## Schedule 1

**Pilgrim's Pride Corporation**
**Master Retention Checklist**

**Debtors Attorneys**
Weil, Gotshal & Manges LLP
Baker & McKenzie LLP

**Other Professionals Retained in Connection with Chapter 11 Case**
Lazard Freres & Co.
Kurtzman, Carson Consultants
William Snyder of CRG
CRG Partners Group LLC
Ernst & Young

**List of Affiliates (including trade names and aliases (up to 8 years) (a/k/a, f/k/a, d/b/a ))**
Agratech Seeds Inc.
Agratrade Financing, Inc.
Agvestments, Inc.
Compania Incubadora Hidalgo S. de R.L. De C. V.
Dallas Reinsurance Company, Ltd.
Food Processors Water Cooperative, Inc.
Gallina Pesada S.A. de C.V.
GK Finance Corporation
GK Pecans, Inc.
GK/MW LLC
Pilgrim's Pride Corporation Foundation, Inc.
Pilgrim's Pride Corporation Political Action Committee, Inc.

**Debtors/ Subsidiaries/ Pending Subsidiaries/ Investments**
PPC Marketing, Ltd.
PPC of Alabama, Inc.
PPC of Delaware Business Trust
PPC of Delaware LLC
PPC of Delaware, Inc.
PPC Transportation Company
To-Ricos Distribution, Ltd.
To-Ricos, Ltd.
Poppsa 3, LLC
Poppsa 4, LLC
Valley Rail Service, Inc.
Southern Hens Inc.
Pilgrim's Pride, LLC
Pilgrim's Pride of Nevada, Inc.
PFS Distribution Company
Pilgrim's Pride Affordable Housing Corporation
Pilgrim's Pride S. de R.L. de C. V.
Pilgrim's Turkey Company, LLC
Pilgrim's Pride Corporation Of West Virginia, Inc.

Pilgrim's Pride Funding Corporation
Servicios Administrativos Pilgrim's Pride S. de R.L. de C. V.
Nacrail, LLC
Mayflower Insurance Company, Ltd
GK Insurance Company
Gold Kist Political Action for Farmers II
Gold Kist Political Action for Farmers, Inc.
ADM/Gold Kist LLC
Luker Inc.
Carnes y Productos Avicola S de Mexico S. de R.L. de C. V. (Inactive)
Comercializadora de Carnes de Mexico S. de R.L. De C. V.
Gold Kist Foundation, Inc.
Greater Shenandoah Valley Development Co.
Grupo Pilgrim's Pride Funding Holdings S. de R.L. De C.V.
Grupo Pilgrim's Pride Funding S. de R.L. de C.V.
Immobliaria Avicola Pilgrim's Pride, S. de R.L.
Incubadora Hidalgo, S. de R.L. de C.V.
Merit Provisions, LLC
Operadora de Productos Avicolas S. de R.L. de C. V. (Inactive)
GC Properties, GP
Avicola Pilgrim's Pride de Mexico, S. de R.L. de C. V.
Bumble Bee Foods, Inc.
Canning Facility in Dossier City
ConAgra Foods, Inc. Chicken Division
Gold Kist, Inc.
Grupo Pilgrim's Pride Funding S. De RL. De CV
Pilgrim's Pride Corporation, Soler City Operations
Pilgrim's Pride de Mexico, S.A. de CV
PPC Escrow Corp.
Wayne Faros LLC, Prepared Food Plant in Bossier City
WLR Foods, Inc.

**30 Largest Unsecured Creditors**
Cargill inc.
Bunge Corp.
International Paper Inc.
Archer Daniels Midland Co.
Novus International Inc.
Lansing Trade Group LLC
TBG Financial
Rock River Lumber & Grain Co.
The Andersons Agriculture

ADM Countrymark LLC
Tom Wade Companies
J D Heiskell And Company
Southern Hens Inc.
TXU Energy
Tate & Lyle Ingredients
Motion Industries Inc.
Alatrade Foods LLC
AG Processing Inc.
Unum Life Insurance
C R England & Sons Inc.
Trouw Nutrition USA LLC
Cobb Vantress Inc.
Louis Dreyfus Corp
Gavilon Holdings LLC
Consolidated Grain & Barge
Airgas Dryice
Aviagen Inc.
Packers Sanitation Services
Davis Express Inc.
Poseidon Forwarding Co. Inc.

**Top 5 Secured Creditors**
CoBank
BMO
ARS
Graves County
Mayfield Kentucky IRB

**Secured Lenders**
Agriland, FCS
AIG Annuity Insurance Company
AIG International Group, Inc.
American General Assurance Company
Bank of America, N.A.
Bank of Montreal
Bank of the West
BBVA Bancomer, S.A., Institucion de Bana
  Multiple, Grupo Financiero BBVA Bancomer
BMO Capital Markets Corp.
Calyon New York Branch
CoBank, ACB
Comerica Bank
Cooperatieve Centrale Raiffeisen-
  Boerenleenbank B.A., "Rabobank-Nederland"
  New York Branch
Credit Suisse, Cayman Islands Branch
Deere Credit, Inc.
Deutsche bank trust Company Americas
Fairway Finance Company, LLC
Farm Credit Services of America, PCA
Farm Credit Services of America, PCA
ING Bank (Mexico), S.A. Institucion de Baca
  Multiple,

ING Capital, LLC
ING Grupo Financiero
John Hancock Life Insurance Company
JP Morgan Chase Bank, N.A.
Merit Life Insurance Co.
Merit Life Insurance Co.
Metropolitan Life Insurance Company
Natixis New York Branch
SunTrust Bank
The CIT Group/Business Credit, Inc.
The Prudential Insurance Company of America
The United State Life Insurance Company in the
  City of New York
The Variable Annuity Life Insurance Company
Transamerica Life Insurance Company
U.S. Bank National Association
Wells Fargo Bank National Association

**Significant Stockholders – If Debtor is a
  corporation, any significant stockholders
  (greater than 5%)**
Fidelity Management and Research
  Company
GAMCO Investors
Gold Kist Inc.
M&G Investment Management Ltd.
Pilgrim's Pride Interest
SAC Capital Advisors, L.L.C.
Wellington Management Company, L.L.P.

**Board Members**
Lonnie Ken Pilgrim
J. Clinton Rivers
Lonnie Pilgrim (Bo)
Richard A. Cogdill
James G. Vetter Jr.
Charles L. Black
Linda Chavez
S. Key Coker
Keith W. Hughes
Blake D. Lovette
Vance C. Miller Sr.
Donald L. Wass Ph.D.

**Affiliations of Board Members:**
ABM Industries
American Eagle Group Inc.
Associates Financial Services Company of
  Hawaii, Inc.
Associates First Capital Corporation
Carreker Corp.
Center for Equal Opportunity
Certegy Inc.
Citigroup Inc.

Compass Bank
ConAgra
ConAgra Poultry Company
Dallas Museum of Art.
Ernst & Young LLP
Fannie Mae
Fidelity National Information Services Inc.
First Federal Bank of Colorado, wholly owned subsidiary
   of First Colorado Bancorp.
Godwin Gruber P.C. f/k/a Godwin White Gruber, P.C.
Gold Kist, Inc.
Golden West Foods
Greyhound Lines Inc.
Henry S. Miller Companies, Inc,
Holly Farms Corporation
Lovette Company
Majesco Software Inc. subsidiary of Mastek Ltd.
Manhattan Institute for Policy Research
National Commission on Migrant Education
Nations Bank
Office of Public Liaison for the White House
Perdue Farms
Proudfoot Consulting , a unit of Management Consulting
   Group PLC
Resurgence Properties Inc.
Shenandoah Products Corporation operations of Perdue
   Farms
Texas Ballet Theater
Texas Industries Inc., a producer of steel, concrete and
   aggregate construction material,
The Children's Medical Center
The New Republic
The Salvation Army of Dallas
The Washington Post
U.S. Commission on Civil Right
University of Texas Southwestern Medical School
   Foundation
USA Today
Valmac Industries
Vance C. Miller Interests
VISA International Service Association
VISA USA Inc.
Wall Street Journal
William Oncken Company of Texas

**Key Professionals:**
J. Clinton Rivers
Lonnie Pilgrim
Richard A. Cogdill
Robert A. Wright
Shane Butler
W. Edwin Carter
Gary L. Rhodes
James G. Vetter Jr.
Clifford E. Butler
A. Wayne Lord
John Southerland

**Affiliations of Key Professionals:**
Advisory Council of the University of Georgia
   College of Agricultural and Environmental
   Sciences
America Peanut Council
Butterball Turkey Company
Central Soya Co.
Coca-Cola Bottlers' Sales and Services
   Company LLC
Flagstar Corp., the parent company of Denny's
Georgia Chamber of Commerce
Gibson Greetings Inc.
Gold Kist Inc.
KPR Foods, a division of Tyson Foods, Inc.
Omnicare Inc.
Perdue Farms, Inc.
Pittsburg Business Times
Strategic Communications Committee of
   the Food Marketing Institute (FMI)
The Board of Trustees of the Clovernook Center
   for the Blind and Visually Impaired in
   Cincinnati
The Cincinnati Post
The Institute of Food Technologists
The International Association of Business
   Communicators (IABC)
The Kroger Co
The National Meat Association
The New York Times
The Southwest Meat Association
The Wall Street Journal
Tyson Prepared Foods in For Worth, TX
United Foodservice Purchasing Co-Op
Worldwide Poultry of Cargill Inc.
Yum Brands, Inc.

**Customers:**
El Pollo Loco Inc.
Panda Express, Inc.
Pilgrim Poultry G.P.
Pollo Tropical, Inc.
Wal-Mart Stores, Inc.

**Professionals - All parties currently retained or planned to be retained. [including ordinary course professionals, financial advisors, attorneys, etc]**
AG Edwards Inc.
Bain & Company Inc.
Baker & McKenzie, LLP
BMO Nesbitt Burns International Ltd.
Computershare Investor Services LLC
Credit Suisse
Credit Suisse (USA), Inc.
Credit Suisse Group
Deloitte LLP
Deloitte Touche TohmatsuCredit Suisse
Ernst & Young LLP
J.P. Morgan Securities Inc.
JPMorgan Chase Bank, National Association
Lazard Ltd.
Legacy Partners Group LLC
Lehman Brothers Inc.
Merrill Lynch & Co., Inc.
Merrill Lynch (Singapore) Pte. Ltd.
Morgan Stanley
Morris, Nichols, Arsht & Tunnell LLP
Richards, Layton & Finger
Weil, Gotshal & Manges LLP

**Indenture Trustee – In respect of all securities outstanding at the Petition Date and those outstanding for the prior three years.**
The Bank of New York
Wells Fargo Bank, National Association

**Receivables Purchasing Agreement Parties:**
Pooled Accounts Receivable Capital Corporation
Nesbitt Burns Securities

**Office of the United States Trustee Region 6 (Northern District of Texas – Dallas or Fort Worth)**
William T Neart
George McElreath
Timothy O'Neil
Beverly Brooks
Ruby Curry
Mary Frances Durham
Christi C. Flanagan

C. Marie Goodier
Melany M. Johnson
Lisa Lambert
Marina J. Lopez
Albert Loftus
LaSharion F. McClellan
A.L. Nickerson
Sandra F. Nixon
Felicia P. Palos
William S. Parkinson
Bradley D. Perdue
Nancy S. Resnick
Julie S. Salina
Erin Schmidt
Joseph W. Speranza
Victoria Tutterow
Cheryl Wilcoxson
Cindy Worthington
Gale Wright
Susan G. Young
Elizabeth Ziegler

**Underwriting Investment Bankers for Debtor's securities for all securities issued or outstanding on the Petition Date or during the three years prior to the Petition Date.**
Credit Suisse
Lehman Brothers
Legacy Partners Group, LLC
Merrill Lynch & Co.,
JP Morgan Chase,
Morgan Stanley,
Donaldson, Lufkin & Jenrette
A.G. Edwards.

**Competitors**
Tyson Foods, Inc.
Cagles, Inc.
Hormel Foods Corporation
Industrias Bachoco
Perdigao, SA
Sanderson Farms, Inc.
Seaboard Corporation
Smithfield Foods, Inc.
Zhongpin Inc

| **Litigation (counterparties)** |
|---|
| Stephania Aaron, et al |
| Ace Cash Express |
| Gabriel Acuna v. Aerofreeze Inc. et al |
| Rutilo Alarcon |
| Toni Alexander, et al |
| Alford, Eddie |
| Shakil A. Ali vs Jason G. Correa and Colleen Gray |
| Heather Roberts and Chardrick Allen vs. Patricia R. Friend |
| Luis Daniel Cintron Alvarado vs Pollos To Ricos, Inc.. Ruben Fernandez Rosado, Jone doe Corporation ZXZ Insurance Company |
| Americas Money Network vs. CAG Poultry |
| Donald Anderson Vs. B&B Subway And Conagra Foods |
| Michael Theodore Anderson vs. Samson Marchman, Gold Kist, Inc and PPC |
| Ricky Arnold, et al |
| Robin Baggett |
| Robin Baggett |
| Cynthia Johnson Baker vs Liesle Marie Yanicak, Harold Wade Wood, Penske Truck Leasing Co. Limited Partnership and Lovett Transportation, Inc. |
| Brian and Rachel Barton |
| Jackie Beekman vs Francisco Robles and Pilgrim Pride Corporation |
| Donning And Doffing |
| Joseph Bevins and Destiny Bevins, a minor ,etc. vs. Wal-Mart, Inc. and PPC |
| Evan Blackwood |
| Phillip Wade Blowe |
| Teresa Boshell v. Gold Kist Inc., et al. |
| Brailey V. Wendy's |
| Valerie Brunson vs Michael Govan and Gold Kist, Inc. |
| David Bryant v. Gold Kist v. Eddie Lee Smith d/b/a Smith Poultry, WAUSAU Insurance Company and Auto Owners Insurance Company |
| Daniel Bumiller v. Wenarmerica. LLC. Et. Al |
| Billy & Sheri Burnett vs. Jack Sherman & PPC |
| Allstate Insruance Company as Subrogee of Raymond Gary Cain vs John Parham and Pilgrim's Pride Corporaton |
| Cano |
| Cisneros |
| Clark |
| Christine M. Cloutier, Plaintiff vs. Wendy's International, Inc., and Wendy's Restaurant, Defandants/Third Party Plaintiffs vs. Pilgrim's Pride Corporation, Third party Defendant |
| *Commercial Grains et al.* |
| Rafael Contrera |
| Javier Corona |
| Melissa Crider |
| Patricia Curry v. ConAgra Poultry Company, et al. |
| Melinda J. and James Gregory Daniel vs Jason L. Webser et al including PPC Transportation Clompany Defts |
| Melinda J. Danile and James Gregory Daniel vs Jason L. Webster, PPC Transportation Company and Pilgrim's Pride company of Delaware |
| Melinda J. Daniel and James Gregory Daniel vs Jason L. Webster, PPC Transportation Company, and Pilgrim's Pride Corporation of Delaware, Inc |
| EEOC - Harold Davis and Toney Looney |
| Roscoe Davis vs. Charles Lee Jones and PPC f/k/a Goldk Kist, Inc. |

| Litigation (counterparties) |
|---|
| Julie Davis and Russell Davis |
| Roscoe Davis v. Charles Lee Jones and Pilgrim's Pride f/k/a Gold Kist Inc. |
| Sandra Dowles Vs Conagra, Inc. |
| Larry S. Ebert vs thomas Edward Posey and Pilgrim's Pride Corporation |
| Billye Edwards vs Edard Desrochers, Professional Food Systems, Inc ConAgra Poultry Company and Pilgrims Pride Corporation |
| Terri Shirley, as Legal Guardian of Pamela Ferebee an incapacitated adult vs Gold Kist, Inc, Pilgrim's Pride Corporation, Pilgrim's Pride Corporation of Georgia, Inc, Old Republic Insurnce Company, and Jimmy Wayne Pittard. |
| Janice Ferrier vs Pilgrim's Pride Corporation, Pilgrim's Pride Corporation of North Carolina, Inc., PFS Distribution Compnay, Carolina Terra and Lovette Company, Inc |
| Milton Finley vs. Lean Plan USA & PPC |
| Maria Fuentes |
| Maria Fuentes |
| Laney Gaddis vs Jerald Bob Jackson and Pilgrim's Pride Corporation |
| Maria A. Garza et vs. Juan Daniel Meigarejo et al & PPC |
| Johnny Gill |
| Base Manufacturing, Inc. |
| Angela Goodwin |
| Victor Gray |
| Randy Green |
| Rochelle Gregg vs John Mongaino & Pilgrims Pride Corporation |
| Rochelle Greggs vs John Monaingo, Pilgrim's Pride Corporation and Zurich American Insurance Group |
| Gutierrez |
| Eddie Gusby v. ConAgra Poultry Company, et al. |
| Jennifer Hall, individually and on behalf of all others similarly situated, Plaintiffs, v. Paul White and Phyllis Thomas, Defendants |
| Jerry R. Henderson vs Pilgrim's Pride et al |
| Norma Hernandez |
| Leocadia Herrera |
| Bruce A. Hicks and Ruth Hicks |
| Steven Hicks vs. W&M Restaurants, Inc, et al |
| Zachery Hill and Michelle Hill |
| Zackery W. Hill and Michelle Hill |
| Steve Holeman vs. Golden Corral Corp, et al & PPC |
| Richard Hollis v. Gold Kist, Inc. and Verbon Stallings |
| Sibyl Holloway, Plt |
| Kathleen and Craig Horelica vs Pilgrim's Pride Corporation and Tracy William Mason |
| Michael Howell v. KFC and Gold Kist Inc. |
| Robert Howell vs. Wal-Mart Inc. and Pilgrim's Pride Corporation |
| Adriene Turlington Hughes vs. Christopher Parsons and PPC Transportation Company |
| Steven Illing v. Pilgrim's Pride Corporation and Jack in the Box, Inc. |
| Samuel Johnson |
| Samuel Johnson |
| Christopher Shane Johnston v. Gold Kist Inc., Lynn Buchanan, Larry Lambert and Edward Marsh |
| Anthony Jones |
| Carolyn Jones v. ConAgra Poultry Company, et al. |
| Alicia Joy vs Larry Boydston and Pilgrim's Pride Corporation |
| KCS Railway Company vs. ConAGara et al to PPC |
| Laura Ketchum vs. Wal-Mart Stores, Inc., And Pilgrim's Pride Corporation |

| Litigation (counterparties) |
|---|
| Curtis Ketterman |
| Donald A. Krupczyk, Plaintiff, V. Pilgrim's Pride Corporation, Pilgrim's Pride Corporation Of West Virginia, Inc., Terry Menter, Llc D/B/A Subway Restaurant |
| Rodrick Ladd vs Frank Alf Bratlee and PPC |
| Rodrick Ladd vs Frank Alf Bratlee and PPC |
| Lakeland Regional Medical Center vs PPC Distribution Company |
| Kenneth Lamar v Everett Sargent, Lovette Co, aka PPC |
| Curtis Laurel |
| LEDFORD |
| Susan T. Love-Carroza |
| Julia Loyd, Derrick & Joshua Loyd v. CAG & Marvin Thomas |
| Cameron Mutual Insurance Company |
| Bobby Mackey, Jr. |
| Michael lee mallow |
| Beth Ann Marsahll vs Gary D. Hall and Pilgrim's Pride Corporation |
| Pat Marshall on behalf of the Estate of Michael L. Marshall, Deceased Cory Marshall and Dortha Marshall |
| Petra Martinez |
| Petra Martinez |
| Mary E. Fulmore, Adminstrator of Estate of Priscilla Maultsby vs Gregory A. Howell and Pilgrims Pride Corporation |
| Rhonda McDuffie, Christopher McDuffie, Jr., Estate of Christopher McDuffie vs. PPC and Nathanial Brittian |
| Memorial Health vs PPC & BCBS |
| Ramon Luis Ortiz Mendez and Joritza Ramirez Riveria vs Molino De To-Ricos |
| Richard Mercado, Plaintiff vs. Wendy's of New York, Pilgrim's Pride Corporation and Willow Run Foods, Inc. |
| *Merit Transportation Company, LLC* |
| Luke Metcalf et al |
| Luke Metcalf |
| Calvin Metoyer ET AL vs Tacey Lemoine,l Zurich Insurnce Company ET AL and Pilgrms Pride Corporation |
| Mid Century Insurance Company as Subrogee for Alberto Perez vs William A. Carruthers and Pilgrims Pride Corpation |
| Miller v. ConAgra, Inc. |
| John R. Miller |
| James Mintz |
| Valentin Montoya |
| Gary Moore, et al vs PPC, Robert Hendrix, Charles Bishop, Gary White, Larry Daniel and Michael Martin |
| FLAS, PWPCL and PWWA violations |
| Frisco Foods, Sunset Food, National Foodco, National Produce, & Parrco Foods |
| Brutus Ned, Jr. v. Gold Kist Inc. v. Alvin Holmes, Jr., d/b/a Holmes Poultry |
| Marta Negron Berrios et als, Plaintiff's vs. Mapfre Praico Insurance Company, et als, Defendants and Pilgrim's Pride Corporation, and Isurer X, Third Party Defendants. |
| Brittney Newman v John Doe and Pilgrim's Pride Corporation |
| Barbara A. Battle, as Personal Representative of the Estate of Jeremy Christian Norton, Deceased, v. Gold Kist, a foreign corporation v. Eddie Lee Smith |
| EEOC |
| Latasha Oliphant ve Gurney M. Bennett and Pilgrim's Pride, Corporation |
| Nationwide Insurance company as subrogee of Themas E. Symons vs Russell E. Mowery and |

| Litigation (counterparties) |
| --- |
| PPC Transportation Co dba Pilgrimps Pride Corporation |
| Zenaida Osser - Lopez vs Pollos To-Rico, Inc. et al |
| Zenaida Osser Lopez Vs Pollos To Rico, Inc., Et Al |
| Yolunda Owens, ETAL |
| Parsons Dispatch, Inc., et al |
| Gregory Patterson v. Tidco Transportation and Gold Kist Inc. |
| Richard Payne vs Jes Hisey and Pilgrims Pride Corporation |
| James Pearson and Angela Pearson, individually and on behalf of their minor son Colton Pearson vs Pilgrim's Pride and or PPC Transportation Company, Teddy J. Allen and Sabine Parish Police Jury. |
| Jamie Peppers v. Gold Kist Inc. and George T. Brown |
| Tommy Perdue |
| Charles & Brenda Pool v. PPC and Rex Rains |
| Felicia Pope |
| Darrell Raduechel |
| Eeoc (Audrey Ratliff) |
| Michael A. Ray vs CSX Transportation, Inc and Pilgrims Pride Corporation, Inc |
| Michael A. Ray vs CSX Transportation, int and Pilgrims's Pride |
| Lorrie Redmond and Lawrence Redmond, Plaintiff's vs. Wendy's International, Inc., and Pilgrim's Pride Corporation, Defendants |
| Heather LeAnn Roberts and Chadrick O'Neal Allen vs Patricia Friend and Pilgrim's Pride Corporation |
| Nathan Robinson v. ConAgra Poultry Company, et al. |
| Juan Arrieta Robles |
| Douglas Rockett |
| Jane & Cortie Rolison vs Myron Schroepfer and PPC Transportation |
| Roy Lee Roseberry vs Elmer Kent Alston and Pilgrim's Pride Corporation |
| Roy Lee Roseberry vs Elmer Kent Alston and Pilgrim's Pride Corporation |
| Bill Salisbury v. Eric Long and Gold Kist Inc. |
| Robert Samuels vs. Winston Roden and PPC |
| CHRIS SHEPHERD & CC GILL, ET AL |
| Andrew Simpkins vs Raymond Loggins, Pilgrim's Pride Transportation Company and Zurich Insurance Company |
| Allstate Insurance Company vs Pilgrim's Pride Corporation and Samuel Joseph Roden, Jr. |
| Allstate fire and Casualty Insurance Comapny vs Brad Lee Keith |
| Stan Smith |
| Smith Welding Products |
| Shirley Spencer vs Luke Hewitt Leftwitch and Pilgrim's Pride Corporation |
| Shirley Spencer vs Luke Hewitt Leftwitch and Pilgrim's Pride Corporation |
| Staten |
| Julie Renee Stokes And Craig Brent Baldridge |
| Larry Stone V. Cps D/B/A Pfs |
| Allstate Fire and Casualty Insurance Company vs Brad Lee Keith |
| RICK TEHANSKY V. DAVCO RESTAURANTS AND PPC |
| Mary A. Terrell, Plaintiff vs. Wawa, Inc., Wawa Food Market a/k/a My Wawa, issa LLC d/b/a Missa Bay, Haddonfield Foods, Tip Top Poultry, Inc., Pilgrim's Pride, and John Doe (1 through 7, fictitious names, true names bieng unknown) Defendants |
| Donald Thacker |
| Demontrey Thomas & Deisha Bolton |
| Thomas Medical Group |

| Litigation (counterparties) |
| --- |
| Tier One Global |
| Gregory Underwood and Paige Underwood vs Gold Kist, Inc. Et al. |
| Universal Construction Co., Inc.; d/b/a Turner/Universal Company |
| University Meat, Inc., vs. PFS Distribution Company dba Professional Food Systems dba Pilgrim's Food Systems dba Pilgrim's Pride Corporation, Accuffod, Inc., Gary R. Williams |
| Cathy Jo Urbie individually and as of Next Friend of Summer Rios, Shanya Rios, and Jordan Mathews Children vs Chris Elliott Baxter and Pilgrims Pride Corporation |
| Raul Vasquez |
| Terry Vickers V. Cag Of El Dorado And Terry Maynor |
| Robert Ward vs Bennie's LLC, PPC, MBM Customized Foodservice Dist |
| Jason Waters Vs. Jack In The Box |
| Wheeler, et al. |
| Stephen White, et al |
| Christine Williams |
| Freddie and Doroty Wilson v. Gold Kist, Inc. |
| Freddie Wilson and Dorothy Wilson v. Gold Kist Inc. v. Claudio Torres a/k/a Claudio T. Betancourt d/b/a Torres Poultry |
| Crystal Wise, By and Through Her Next Friend Albert Daniel Wise and Albert Daniel Wise, Individually v. Joe Willie Williams and Gold Kist Inc. |
| Eugene Woodring |
| All R's Consulting, Inc dba Wow Wings And Fresh Back, Inc |
| Brandy R. Wright |
| James Wright III |
| John F. Wright vs Oather Bush, DL Peterson Trust, Pilgrims Pride Corporation, PPC Transportation Company and Zurich American Insurance Company |
| Fern See, et al |
| Nichole Yothier v. Gold Kist and Todd Anthony |
| Jerrod Young |
| Jerrod Young |

**Taxing Authorities**
TAXING AUTHORITY
AL Dept of Rev- Falkville,Ft Payne city,
　Guntersville, Jasper, Ranburne, Russellville
Alabama - Dekalb County
Alabama - Morgan County
Alabama - Walker County
Alabama (AlaTAX, Inc.)
Alabama- Cullman County
Alabama Department of Revenue
Alabama Department of Revenue
Alabama Department of Revenue
Alabama-STACS  Franklin Co.
Alabama-STACS Colbert Co.
Arkansas ARTAX (SALES)
Arkansas Sales & Use Tax  ARTAX
Florida Department of Revenue
Georgia Department Of Revenue
Kentucky State Treasurer
LA Bienville Parish Sales & Use Tax Commission
LA Bossier City-Parish Sales & Use Tax Division
LA Caddo Shreveport Sales & Use Tax Commission
LA Claiborne Parish Sales Tax Department
LA Lincoln Parish Sales & Use Tax Commission
LA Natchitoches Tax Commission
LA Sabine Parish Sales & Use Tax Commission
LA Union Parish School Board
Louisiana Department of Revenue
North Carolina Sales and Use Tax
North Carolina Sales and Use Tax
Oklahoma Tax Commission
Oklahoma Tax Commission
Pennsylvania Department of Revenue
South Carolina Department of Revenue
Tennessee Department of Revenue
Tennessee Department of Revenue
Tennessee Department of Revenue
Tennessee Department of Revenue
Texas -Comptroller of Public Accounts
Texas -Comptroller of Public Accounts
Virginia - Commonwealth of Virginia
Virginia - Commonwealth of Virginia
Washington - State of Washington
West Virginia Dept of Tax & Revenue (sales)
West Virginia Dept of Tax & Revenue (use)
Texas -Comptroller of Public Accounts
Arizona Department of Revenue
Arizona, City of Phoenix
Iowa Department of Revenue
Ohio Treasurer of State (CAT TAX)
Texas Sales & Use Tax
Utah State Tax Commission
West Virginia Dept of Tax & Revenue (direct pay)
West Virginia Dept of Tax & Revenue (sales 04201)
West Virginia Dept of Tax & Revenue (use 04502)

Pennsylvania Department of Revenue

**Unions**
Bakery, Confectionary, Tobacco Workers and Grain
　Millers International Union
Congress of Industrial Unions of Puerto Rico
International Brotherhood of Teamsters
International Brotherhood of Teamsters
International Brotherhood of Teamsters
International Brotherhood of Teamsters
International Brotherhood of Teamsters
Retail, Wholesale and Department Store Union
Retail, Wholesale and Department Store Union
United Food and Commercial Workers
United Food and Commercial Workers
United Food and Commercial Workers
United Food and Commercial Workers
United Food and Commercial Workers
United Food and Commercial Workers
United Steel Workers of America

**Utility Companies**
AT&T
Aep Southwestern Electric Power
Aep Southwestern Electric Power(Draft)
Alabama Power Co
Allegheny Power
Alltel
Alltel Communications Inc
Alltel Mobile Communications
Amerada Hess Corp
Ameresco Pine Bluff
American Messaging Services Llc
American Water Purificaton Inc
Arkansas Telephone Co
At&T (Draft)
Athens Clarke County
Atkins Water & Sewer
Atmos Energy
Atmos Energy Marketing Llc
Atx Telecommunications Services
Autoridad De Acueductos Y
Avaya Inc
Batesville Water Utility
Bell South
Bi County Water Supply Corp
Boaz Water & Sewer Board
Bowie-Cass Electric Coop Inc
Brashear Water Supply Corp
Broadway Water Assoc Inc
Carolina Power & Light
Carroll Electric Membership Corp
Centerpoint Energy Arkla
Centerpoint Energy Entex
Centerpoint Energy Entex (Draft)

Centerpoint Energy Gas Marketing
Centerpoint Energy Resources Corp
Centerpoint Energy Services Inc
Centurytel Solutions Llc
Chatham County Utilities
Chattanooga Gas Company
Cherokee County Water &
City Of Arlington
City Of Athens {Utilities}
City Of Bossier City Utility Dept
City Of Calhoun
City Of Canton
City Of Carrollton
City Of Cartersville
City Of Center
City Of Chattanooga
City Of Chireno Natural Gas
City Of Commerce
City Of Concord
City Of Dallas Utilities & Services
City Of Dequeen
City Of Douglas
City Of Elberton
City Of Gainesville
City Of Harrisonburg
City Of Jefferson
City Of Live Oak
City Of Lufkin
City Of Monroe
City Of Moulton Gas Department
City Of Mt Pleasant
City Of Nacogdoches
City Of Natchitoches Utilities
City Of Pittsburg
City Of Pompano Beach
City Of Richardson Texas
City Of Sanford
City Of Shreveport
City Of Sumter
City Of Tenaha
City Of Waco
City Of Winnsboro
Claiborne Electric Cooperative
Cleburne County Water Authority
Clinton Water & Sewer
Columbia Gas Of Virginia
Commercial Natl Bank
Conference America Inc
Consolidated Communications Of
Cp Tel Network Services
Crossville Water Board
Cullman Jefferson Counties
Curry Water Authority
Dalton Utilities
Deep East Texas Electric

Deep East Texas Electric Coop
Dekalb Cherokee Gas District
Dekalb Co Ga
Delta Energy Llc
Delta Payphones
Dominion Virginia Power
Duke Power
Eastern Communications
El Dorado Water Utilities
El Paso Water Utilities
Electric Board Of
Electric Power Board Of Chatt
Ellijay Gilmer County Water &
Ellijay Telephone Co
Entergy
Entergy (Draft)
Enterprise Water Works Board
Farmers Telephone Coop Inc
Farmers Telephone Cooperative
Farmerville Water Department
Florida Power & Light Co
Florida Power Corp
Food Processors Water Cooperative
Fort Payne Improvement Authori
Fort Payne Water Works Board
Franconia Sewer Authority
Franklin Electric Cooperative
Frontier
Gas Incorporated
Georgia Power
Georgia Power Company
Greenville Utilities Commission
Guntersville Water & Sewer Brd
Haralson County
Hardy County Public Service Di
Harrisonburg Electric Commission
Hickory Water District
Hope Water & Light
Jackson Electric Membership Corp
Joe Wheeler Emc
Lewisville Water & Sewer Sys
Marshall County Gas District
Marshall Dekalb Electric Coop
Mayfield Electric & Water Systems
Mci Communications Services Inc
Mci Telecommunications
Midamerican Energy
Moulton Water Work Board Inc
Mountaineer Gas Company
Municipal Utilities Board
Nashville Water Utilities (Draft)
Nextel South Corp
North Georgia Electric
North Penn Water Authority
Ntelos

Oskaloosa Municipal
Pacificorp
Peco Energy Company
Pelec Central City Ltd
Petit Jean Electric Cooperative
Pickens County Govt
Ppl Electric Utilities Corporation
Progas Inc
Psnc Energy
Qwest Communications
Qwest Communications Corp
Randolph Electric
Randolph Telephone
Rayle
Rockingham County Treasurer
Russellville Gas Board
Russellville Utilities
Russellville Water & Sewer
Sabine Parish Water Works Dstr
Sand Mountain Electric Cooperative
Sand Mountain Water Authority
Scana Energy Marketing Inc
Sevier Co Water Assoc
Sheffield Utilities
Shenandoah Valley Electric
Sooner Lift Inc
South Carolina Electric &
Southeast Alabama Gas District
Southstar Energy Services Llc
Southwestern Bell Telephone
Suwannee Valley Electric Coop
Swift Water Supply
Tampa Electric Company
Tds Telecom
Teletouch Communications Inc
Tennessee American Water
Texas Gas Service
The Electric Co
Town Of Broadway
Town Of Choudrant
Town Of Crossville Sewer Board
Town Of Falkville
Town Of Many
Town Of Marshville
Town Of Moorefield
Town Of Siler City
Town Of Wingate
Tri Special Utility District
Txu Energy
Union Power Cooperative
United Telephone Co Of Pennsylvania
Upshur Rural Elec Coop
Upshur Rural Electric
Upshur Rural Electricity Coop
Us Cellular

Usa Mobility Wireless Inc
Utilities Board City Of Cullman
Valley Electric Membership Cor
Verizon
Verizon South
Verizon Wireless
Walnut Hill Telephone Company
Walton Natural Gas
Washington Gas Light
West Kentucky Rural Elec Coop
West Kentucky Rural Telephone
Windstream Corp
Windstream Corp
Wiregrass Electric Cooperative
Wood Communications
Wood County Electric Coop
York Waste Disposal Inc
Txu Energy

**Other Names the Filing entities are known as**

| Pilgrim's Pride Corporation | Gold Kist Inc.<br>• Pilgrim's Pride Corporation of Georgia, Inc<br>• Gold Kist Inc.<br><br>ConAgra:<br><br>Pilgrim's Pride Corporation of Delaware, Inc.<br>• ConAgra Poultry Company<br>• ConAgra Foods, Inc. (chicken division)<br>• ConAgra Foods Poultry Division<br>WLR:<br>• Pilgrim's Pride Corporation of Virginia, Inc.<br>• Wampler Foods, Inc.<br>• WLR Foods, Inc. |
|---|---|
| PPC Transportation Company | PPC Transportation |
| PFS Distribution Company | • Pilgrim's Pride Corporation of North Carolina, Inc.<br>• Lovette Company, Inc.<br>• Pilgrim's Food Systems, Inc.<br>• PPC Acquisition Corp.<br>• Bud's Poultry |
| To-Ricos Ltd. | To- Ricos, Inc. |
| To- Ricos | • To-Ricos Distribution, Inc. |

| Distributions, Ltd. | • To-Ricos (Cayman), Inc. |
|---|---|

**LANDLORDS – Counterparty**
Anika and Associates, Inc. > Spirit Finance Acquisitions, LLC
Surol, Inc.
Vernell Havard
Bill Crawford
David and Jalayne Robinson
Contractor's Supplies, Inc.
Vincent A. and Joella P. Enna
Burlwood, LLC
Patsy Simmons Limited Partnership
Taylor Farms Texas, Inc.
Paul J. and Jewell Hegeman; Angela Anderson is payee per 8/4/00 letter from Jewell Hegeman
Creekside Village, a division of Creekside Village, L.C.
W.C. Birchmore, Jr., Trustee of the Trust Created Under Item IV of the Last Will and Testament of Mary Rowe Birchmore, deceased; Birchmore Inc. is payee
Florence Powell
Stanley Real Estate Investments Ltd; agent is Cronin Company
Green Burgdorf & Company
Equaston Stemmons Place
Gilbert C. Wilson
Pinnacle Towers
FRAPAG/Seefried I, LLC on lease; unclear how CBRE/Northmont Business Center became payee
National Build to Suit Eastpoint 13425, LLC
Rockwall Economic Development Corporation and its assigns; Americo-Rockworth, LP by 1/24/05; Belle Haven Realty Co. dba Belle Hav/Tex, L.P. wrote that it acquired property 5/6/06
Equitable Life (at some point before 4/1/04 assigned to) Natomas Creek LLC
Baker Hughes Oilfield Operations, Inc. -> sold to Pelec Central City, Ltd
Art Mortgage Borrower, L.P. (apparently dba Americold and Americold Logistics)
VersaCold Texas LP dba VersaCold San Antonio
Robert A. Green et ux.; agent is Chas. Hawkins Co., Inc.
Emerito Colon Miranda
East Valley Commerce Park Ltd
JHCH Properties, L.L.C.
Medical Arts Building of Rockingham, Inc.; somehow payee has become Virginia Mennonite Retirement –

**Restructuring Committee**
Lonnie "Bo" Pilgrim
S. Key Coker
Vance C. Miller
Linda Chavez
Keith W. Hughes

|  | **Directors/ Managers** |
|---|---|
| Pilgrim's Pride Corporation | Lonnie "Bo" Pilgrim<br>J. Clinton Rivers<br>Richard A. Cogdill<br>Lonnie Ken Pilgrim<br>James G. Vetter, Jr.<br>S. Key Coker<br>Vance C. Miller, Sr.<br>Donald L. Wass<br>Charles L. Black<br>Blake D. Lovette<br>Linda Chavez<br>Keith W. Hughes |
| PPC Distribution Company | Lonnie Ken Pilgrim<br>J. Clinton Rivers<br>Richard A. Cogdill |
| Pilgrim's Pride Corporation of West Virginia, Inc. | Lonnie Ken Pilgrim<br>J. Clinton Rivers<br>Richard A. Cogdill |
| To-Ricos Ltd. | Lonnie Ken Pilgrim<br>J. Clinton Rivers<br>Richard A. Cogdill<br>Alternate Director: Mark Lawrence |
| To- Ricos Distributions, Ltd. | Lonnie Ken Pilgrim<br>J. Clinton Rivers<br>Richard A. Cogdill<br>Alternate Director: Mark Lawrence |
| PPC Transportation Company | Lonnie Ken Pilgrim<br>J. Clinton Rivers<br>Richard A. Cogdill |
| PPC Marketing, Ltd. | All managerial authority is vested in PPC as the general partner |