## **Schedule 2**

ABM Industries Incorporated

Allegheny Energy, Inc.

American Electric Power Company, Inc (AEP)

American International Group, Inc. (AIG)

Atmos Energy Corporation

Baker Hughes Incorporated

Bank of America

Blue Cross Blue Shield

CenterPoint Energy, Inc.

CenturyTel, Inc.

CIT Group Inc.

Credit Suisse Group

Deere & Company

Dominion Resources, Inc.

Duke Energy Corporation

Entergy Corporation

Federal National Mortgage Association

Georgia Power Company

ING Groep NV

International Paper Company

JPMorgan Chase & Co.

Kurtzman, Carson Consultants

Lehman Brothers Holdings Inc.

Louis Dreyfus

MCI

Morgan Stanley

Nationwide Financial Services, Inc.

Omnicare, Inc.

PECO Energy Company

Prudential Financial, Inc.

SAC Capital Advisors, L.L.C.

Sprint Nextel Corporation

The Bank of New York Mellon

TXU Corp.

Tyson Foods, Inc.

# **EXHIBIT B**

Engagement Letter