**ALLIED**
Electrical & Power, Inc.

2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571



INVOICE

| DATE | NUMBER |
|---|---|
| 09/30/08 | 0052227 |

**SOLD TO:**
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

**SHIP TO:**
000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 1013222 | 09/15/08 | 160194 09-15 | 300 | 4200105575 | OD | 09/30/08 CP | NET 30 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data: | | | |
| | | | HP:1.5, MFG:SEW, RPM:1800, | | | |
| | | | FRAME:90S, PHASE:3, ENCL:TEFC, ID | | | |
| | | | #:09-15, VOLTS:230/460, | | | |
| | | | AMPS:5.2/2.6, MODEL #:DFT90S4-KS, | | | |
| | | | SERIAL #:880228954.00.90.001, | | | |
| | | | FAILURE:F04, WORK PERF:W07 | | | |
| 1 | 1 | 0 | RECONDITION LABOR | | | 180.000 |
| | | | PARTS / MATERIAL | | 95.000 | 95.000 |
| | | | THANK YOU! WE APPRECIATE YOUR BUSINESS | | | |

FILE COPY

| | |
|---|---|
| SALES AMOUNT | 275.000 |
| | 0.000 |
| SALES TAX | 0.000 |
| SHIPPING & HANDLING | 0.000 |
| **TOTAL** | 275.000 |



# D E L I V E R Y   T I C K E T

```
                                    Job #.: 013222
                                    Date..: 09/27/08
                                    Page:   1


            ALLIED ELECTRICAL & POWER
            2320 INDUSTRIAL PARK RD
                  PO BOX 1245
            VAN BUREN, AR  72957-1245
         (479)474-5271 Fax(479)474-0193
```

```
Sold To: 160194                  Ship To: 000001
   PILGRIM PRIDE CORPORATION        PILGRIM PROCESSING
   ATTN: ACCTS PAYABLE              401 SO 3RD
   P.O. BOX 5000                    DEQUEEN, AR   71832
   PITTSBURG, TX  75686-5000
```

```
PO#: 4200105575      PO Rel#: 09-15            Misc #: CP
Ship Date: 09/29/08  Ship Via: OD
Terms: NET 30        Salesman: 300  CLINT RICHARDSON
```

|                                                                |       | Extended |
|----------------------------------------------------------------|-------|----------|
| Qty   Shp   B/O   Description                                  | Price | Price    |

```
                Nameplate Data:
                   HP:1.5, MFG:SEW, RPM:1800,
                   FRAME:90S, PHASE:3, ENCL:TEFC, ID
                   #:09-15, VOLTS:230/460,
                   AMPS:5.2/2.6, MODEL #:DFT90S4-KS,
                   SERIAL #:880228954.00.90.001
                MOTOR RECONDITION/BEARINGS/SEALS              275.000
```

```
DELIVERED BY: _____         Sales Amt    275.000

TIME OF DELIVERY: _____A.M._____P.M.
                                              Sales Tax      0.000
Received by: _Gene Leathers_____            Freight        0.000

         Date: _9-30-08_                      Total        275.000
```

# ALLIED
### Electrical & Power, Inc.

2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

**INVOICE**

| DATE | NUMBER | PG |
|---|---|---|
| 11/12/08 | 0052547 | 1 |

**SOLD TO:**
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

**SHIP TO:**
000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| J013203 | 09/08/08 | 160194 09-08 | 300 | 4200105574 | OD | 11/07/08 | NET 30 CP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data: GEARMTR HP:1, MFG:SEW/VARIMONT, RPM:1800, FRAME:DT79, PHASE:3, ENCL:TENV, ID #:09-08, VOLTS:230/460, AMPS:3.7/1.8, MODEL #:DFT80N4, FAILURE:F07, WORK PERF:W12 | | | |
| | | | MOTOR SHOP LABOR | | | 165.000 |
| | | | POT LEADS | | | 85.000 |
| 1 | 1 | 0 | PARTS/MATERIALS | | 273.000 | 273.000 |
| 1 | 1 | 0 | HUMIDI-GARD | | 85.000 | 85.000 |

THANK YOU! WE APPRECIATE YOUR BUSINESS

| | | |
|---|---|---|
| SALES AMOUNT | | 608.000 |
| | | 0.000 |
| SALES TAX | | 0.000 |
| SHIPPING & HANDLING | | 0.000 |
| **TOTAL** | | **608.000** |

# DELIVERY TICKET

Job #.: 013203
Date..: 10/03/08
Page: 1

**ALLIED ELECTRICAL & POWER**
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

Ship To: 000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

PO#: 4200105574    PO Rel#: 09-08           Misc #: CP
Ship Date: 10/03/08    Ship Via: OD
Terms: NET 30    Salesman: 300  CLINT RICHARDSON

| Qty | Shp | B/O | Description | Price | Extended Price |
|---|---|---|---|---|---|
| | | | Nameplate Data:<br>GEARMTR HP:1, MFG:SEW/VARIMONT,<br>RPM:1800, FRAME:DT79, PHASE:3,<br>ENCL:TENV, ID #:09-08,<br>VOLTS:230/460, AMPS:3.7/1.8, MODEL<br>#:DFT80N4, FAILURE:F07, WORK<br>PERF:W12 | | |
| | | | GEARMOTOR REPAIR/BEARINGS/SEALS<br>HUMIDIGUARD/POT LEADS | | 608.000 |

DELIVERED BY: _Frank Halter_

TIME OF DELIVERY: _____ A.M. _____ P.M.

Received by: _____

Date: 11-7-08

Sales Amt    608.000
Sales Tax    0.000
Freight      0.000
Total        608.000



**ALLIED Electrical & Power, Inc.**

2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

**INVOICE**

| DATE | NUMBER |
|---|---|
| 11/12/08 | 0052546 |

SOLD TO:
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

SHIP TO:
000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| J013202 | 09/08/08 | 160194 09-08 | 300 | 4200105574 | OD | 11/07/08 | NET 30 CP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data: GEARMTR HP:1, MFG:SEW/VARIMONT, RPM:1800, FRAME:DT79, PHASE:3, ENCL:TENV, ID #:09-08, VOLTS:230/460, AMPS:3.7/1.8, MODEL #:DFT80N4, FAILURE:F07, WORK PERF:W12 | | | |
| | | | MOTOR SHOP LABOR | | | 238.000 |
| | | | HUMIDI-GARD | | | 85.000 |
| 1 | 1 | 0 | PARTS/MATERIALS | | 200.000 | 200.000 |
| 1 | 1 | 0 | POT LEADS | | 85.000 | 85.000 |

THANK YOU! WE APPRECIATE YOUR BUSINESS

| | |
|---|---|
| SALES AMOUNT | 608.000 |
| SALES TAX | 0.000 0.000 |
| SHIPPING & HANDLING | 0.000 |
| TOTAL | 608.000 |

FILE COPY

# D E L I V E R Y   T I C K E T

Job #.: 013202
Date..: 10/03/08
Page: 1

**ALLIED ELECTRICAL & POWER**
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
    PILGRIM PRIDE CORPORATION
    ATTN: ACCTS PAYABLE
    P.O. BOX 5000
    PITTSBURG, TX 75686-5000

Ship To: 000001
    PILGRIM PROCESSING
    401 SO 3RD
    DEQUEEN, AR 71832

---

PO#: 4200105574    PO Rel#: 09-08    Misc #: CP
Ship Date: 10/03/08    Ship Via: OD
Terms: NET 30    Salesman: 300 CLINT RICHARDSON

| Qty | Shp | B/O | Description | Price | Extended Price |
|---|---|---|---|---|---|
| | | | Nameplate Data: | | |
| | | |   GEARMTR HP:1, MFG:SEW/VARIMONT, | | |
| | | |   RPM:1800, FRAME:DT79, PHASE:3, | | |
| | | |   ENCL:TENV, ID #:09-08, | | |
| | | |   VOLTS:230/460, AMPS:3.7/1.8, MODEL | | |
| | | |   #:DFT80N4, FAILURE:F07, WORK | | |
| | | |   PERF:W12 | | |
| | | | GEARMOTOR REPAIR/BEARINGS/SEALS | | 608.000 |
| | | | HUMIDIGUARD/POT LEADS | | |

Sales Amt    608.000

DELIVERED BY: _____
TIME OF DELIVERY: _____ A.M. _____ P.M.
Received by: _____
Date: 11-7-08

Sales Tax    0.000
Freight    0.000

Total    608.000

# ALLIED Electrical & Power, Inc.

2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

## INVOICE

| DATE | NUMBER |
|---|---|
| 10/30/08 | 0052436 |

**OLD TO:**
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

**SHIP TO:**
000003
PILGRIM PET FOOD
123 WEST PARK
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 013160 | 09/02/08 | 160194 | 300 | 4200105574 09-02 | OD | 10/27/08 | NET 30 CP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | Nameplate Data: DESC1:GORMAN RUPP PUMP, DESC4:09-02, SER #:1321137, MODEL:44163-204, FAILURE:F17, WORK PERF:W13 MACHINE SHOP LABOR MACHINE WORK PARTS/MATERIALS | | 1490.000 | 1173.000 222.000 1490.000 |

THANK YOU! WE APPRECIATE YOUR BUSINESS

(EASA seal stamp)

| | |
|---|---|
| SALES AMOUNT | 2885.000 |
| SALES TAX | 0.000 |
| SHIPPING & HANDLING | 0.000 |
| TOTAL | 2885.000 |

FILE COPY

# DELIVERY TICKET

Job #.: 013160
Date..: 10/09/08
Page: 1

ALLIED ELECTRICAL & POWER
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

Ship To: 000003
PILGRIM PET FOOD
123 WEST PARK
DEQUEEN, AR 71832

---

PO#: 4200105574        PO Rel#: 09-02              Misc #: CP
Ship Date: 10/09/08    Ship Via: OD
Terms: NET 30          Salesman: 300  CLINT RICHARDSON

---

| Qty | Shp | B/O | Description | Price | Extended Price |
|---|---|---|---|---|---|
| | 1 | | Nameplate Data: DESC1:GORMAN RUPP PUMP, DESC4:09-02, SER #:1321137, MODEL:44163-204 PUMP REPAIR/BEARINGS/SEALS/O-RINGS | | 2885.000 |

DELIVERED BY: _[signature]_

TIME OF DELIVERY: _____ A.M. _____ P.M.

Received by: _[signature]_

Date: 10-22-08

Sales Amt      2885.000
Sales Tax         0.000
Freight           0.000
Total          2885.000



2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

**INVOICE**

| DATE | NUMBER |
|---|---|
| 10/31/08 | 0052484 |

SOLD TO:
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

SHIP TO:
000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| J013525 | 10/27/08 | 160194 | 300 | 4200088828 RUSH/ROUNDTHECLOCK | OD | 10/29/08 | NET 30 CP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data: HP:75, MFG:MARATHON, RPM:1800, FRAME:365TSC, PHASE:3, ENCL:DP, #:10-27, VOLTS:230/460, AMPS:186/93, MODEL #:4VJ365TSTDS528AN-F2W, FAILURE:F04,F11, WORK PERF:W35,W38 | ID | | |
| 1 | 1 | 0 | REWIND | | | 2566.000 |
| | | | HUMIDI-GARD | | | 245.000 |
| | | | BALANCE | | 340.000 | 340.000 |
| 1 | 1 | 0 | PARTS/MATERIALS | | 336.000 | 336.000 |

THANK YOU! WE APPRECIATE YOUR BUSINESS

| | |
|---|---|
| SALES AMOUNT | 3487.000 |
| | 0.000 |
| SALES TAX | 0.000 |
| SHIPPING & HANDLING | 0.000 |
| TOTAL | 3487.000 |

FILE COPY

# DELIVERY TICKET

Job #.: 013525
Date..: 10/29/08
Page: 1

**ALLIED ELECTRICAL & POWER**
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

Ship To: 000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

---

PO#: NEEDS PO          PO Rel#: RUSH/ROUNDTHECLOCK     Misc #: CP
Ship Date: 10/29/08    Ship Via: OD
Terms: NET 30          Salesman: 300  CLINT RICHARDSON

---

| Qty | Shp | B/O | Description | Price | Extended Price |
|-----|-----|-----|-------------|-------|----------------|
|     |     |     | Nameplate Data: HP:75, MFG:MARATHON, RPM:1800, FRAME:365TSC, PHASE:3, ENCL:DP, ID #:10-27, VOLTS:230/460, AMPS:186/93, MODEL #:4VJ365TSTDS528AN-F2W Special Instructions: ******RUSH/ROUNDTHECLOCK****** | | |
|     |     |     | REWIND/BEARINGS/HUMIDIGUARD | | 0.000 |

3487.00

---

DELIVERED BY: _____

TIME OF DELIVERY: _____ A.M. _____ P.M.

Received by: _Gene Leathers_

Date: _10-29-08_

Sales Amt    0.000
Sales Tax    0.000
Freight      0.000
Total        0.000

| VENDOR NUMBER | 100944 | VENDOR NAME | ALLIED ELECTRICAL & POWER INC | 1908307 | | 11/25/2008 |
|---|---|---|---|---|---|---|
| INVOICE NUMBER | DESCRIPTION | | DATE | P.O. NUMBER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
| 52436 | 3160 | | 10/30/2008 | 4200105574 | 2,885.00 | 0.00 | 2,885.00 |
| 52546 | 3302 | | 11/12/2008 | 4200105574 | 608.00 | 0.00 | 608.00 |
| 52547 | 3303 | | 11/12/2008 | 4200105574 | 608.00 | 0.00 | 608.00 |
| 52484 | 3533 | | 10/31/2008 | 4200088828 | 3,487.00 | 0.00 | 3,487.00 |
| 52227 | 1333 | | 09/30/2008 | 4200105575 | 275.00 | 0.00 | 275.00 |

160194

**For payment inquiries please call 903-434-7670**

PP# 403  1099 Reportable          0.00 TOTALS          7,863.00       0.00       7,863.00