# ConAgra Foods

Date: 12/01/08
To: Richard Cogdill

Fax: 903-856-7505
Re: Reclamation Claim

Pages: 7 (including fax cover sheet)

From: Bob Ellis
Phone: 402-595-5440
Fax: 402-516-0316

Comment:

Attached is a reclamation claim for goods shipped from ConAgra Foods, Inc. to Pilgrim's Pride Corporation within the last 45-days.

Sincerely,

Bob Ellis
Manager, Credit Services

ConAgra Foods
1 ConAgra Drive
MS1-220
Omaha, NE 68102



EXHIBIT 1



## POST-BANKRUPTCY DEMAND LETTER

Date: December 1, 2008

**By Facsimile and Original By Overnight Courier**

To: PILGRIM'S PRIDE CORPORATION, and all of its subsidiaries, affiliates and/or agents, including, but not limited to, PILGRIM'S PRIDE CORPORATION (collectively, "PILGRIM'S PRIDE CORPORATION")

Re: **Demand for Reclamation of Goods Sold**

Pursuant to Section 546(c) of the United States Bankruptcy Code, 11 U.S.C. § 546(c), demand is hereby made upon PILGRIM'S PRIDE CORPORATION for the reclamation and return of all goods that were sold to PILGRIM'S PRIDE CORPORATION by CONAGRA FOODS, INC., and all of its subsidiaries and affiliates, including, but not limited to, CONAGRA FOODS, INC (collectively, "CONAGRA FOODS, INC." and received by PILGRIM'S PRIDE CORPORATION today and within the forty-five (45) full days preceding the date upon which PILGRIM'S PRIDE CORPORATION filed its bankruptcy case.

Demand is further made that all goods sought to be reclaimed hereby be segregated from your other inventory and set aside for pick up by CONAGRA FOODS, INC. Attached is a preliminary and non-exclusive listing of the invoices representing the goods subject to CONAGRA FOODS, INC.'s right to reclamation exercised hereby.

Included in this demand are any goods sold by CONAGRA FOODS, INC. to PILGRIM'S PRIDE CORPORATION that remained, or may remain, in transit to PILGRIM'S PRIDE CORPORATION at the time of transmission of this demand.

This demand incorporates any previously served demands that are not inconsistent herewith.

Sincerely,

Robert Ellis

CONAGRA FOODS, INC.



# Detailed Invoices for Reclamation Petition Filed with Pilgrim's Pride Corporation
## December 01, 2008

| Invoice# | Date | Amount | PO# |
|---|---|---|---|
| 1008688 | 10/17/08 | $ 141.58 | 4503629827 |
| 2328241 | 10/23/08 | $ 11.99 | 4503701348 |
| 2331324 | 11/05/08 | $ 784.60 | 4503669910 |
| 2331349 | 11/05/08 | $ 1,792.80 | 4503721530 |
| 2331350 | 11/05/08 | $ 17,068.80 | 4503734645 |
| 2331587 | 11/06/08 | $ 283.43 | 4503725579 |
| 2331604 | 11/06/08 | $ 369.83 | 4503717020 |
| 2331610 | 11/06/08 | $ 1,843.25 | 4503732928 |
| 2188815 | 11/06/08 | $ 9,273.50 | 4503662704 |
| 2332376 | 11/10/08 | $ 534.48 | 4503720865 |
| 2332375 | 11/10/08 | $ 6,827.68 | 4503726216 |
| 2332687 | 11/11/08 | $ 86.52 | 4503728879 |
| 2332752 | 11/11/08 | $ 173.54 | 4503715611 |
| 2332690 | 11/11/08 | $ 239.14 | 4503734655 |
| 2332658 | 11/11/08 | $ 464.34 | 4503714618 |
| 2332664 | 11/11/08 | $ 773.90 | 4503725024 |
| 2332755 | 11/11/08 | $ 824.02 | 4503715032 |
| 2332661 | 11/11/08 | $ 1,025.50 | 4503719582 |
| 2332686 | 11/11/08 | $ 1,038.21 | 4503728879 |
| 2332659 | 11/11/08 | $ 1,366.78 | 4503734638 |
| 2332663 | 11/11/08 | $ 1,366.78 | 4503745236 |
| 2332684 | 11/11/08 | $ 1,466.66 | 4503740459 |
| 2332665 | 11/11/08 | $ 1,502.52 | 4503735676 |
| 2332754 | 11/11/08 | $ 1,768.32 | 4503717093 |
| 2332689 | 11/11/08 | $ 2,129.76 | 4503732930 |
| 2332758 | 11/11/08 | $ 2,335.92 | 4503728680 |
| 2332656 | 11/11/08 | $ 2,672.42 | 4503714623 |
| 2332655 | 11/11/08 | $ 3,791.52 | 4503708356 |
| 2332653 | 11/11/08 | $ 5,104.70 | 4503740355 |
| 2332759 | 11/11/08 | $ 5,517.02 | 4503735676 |
| 2332683 | 11/11/08 | $ 5,689.60 | 4503728877 |
| 2332660 | 11/11/08 | $ 5,917.32 | 4503719585 |
| 2332756 | 11/11/08 | $ 5,973.80 | 4503722972 |
| 2332757 | 11/11/08 | $ 6,393.20 | 4503725579 |
| 2332662 | 11/11/08 | $ 9,188.46 | 4503650735 |
| 2188816 | 11/11/08 | $ 9,273.50 | 4503709165 |
| 2332657 | 11/11/08 | $ 10,640.35 | 4503714617 |
| 2332654 | 11/11/08 | $ 11,379.20 | 4503708433 |
| 2332652 | 11/11/08 | $ 11,810.50 | 4503734654 |
| 2332688 | 11/11/08 | $ 12,761.75 | 4503722973 |
| 2332753 | 11/11/08 | $ 14,459.51 | 4503720383 |
| 2332691 | 11/11/08 | $ 15,788.64 | 4503732930 |
| 2332685 | 11/11/08 | $ 16,375.36 | 4503720370 |
| 2332751 | 11/11/08 | $ 20,188.00 | 4503699226 |
| 2332760 | 11/11/08 | $ 31,540.59 | 4503735676 |



# Detailed Invoices for Reclamation Petition Filed with Pilgrim's Pride Corporation
## December 01, 2008

| Invoice# | Date | Amount | PO# |
|---|---|---|---|
| 2333438 | 11/13/08 | $ 559.75 | 4503744922 |
| 2333439 | 11/13/08 | $ 2,025.07 | 4503740505 |
| 2333436 | 11/13/08 | $ 2,335.92 | 4503728680 |
| 2333437 | 11/13/08 | $ 9,746.80 | 4503734720 |
| 2333455 | 11/13/08 | $ 18,267.43 | 4503740988 |
| 2333454 | 11/13/08 | $ 26,449.20 | 4503744921 |
| 2333693 | 11/14/08 | $ 270.13 | 4503721529 |
| 2333781 | 11/14/08 | $ 648.40 | 4503751442 |
| 2333689 | 11/14/08 | $ 1,039.13 | 4503728896 |
| 2333773 | 11/14/08 | $ 1,474.60 | 4503734636 |
| 2333780 | 11/14/08 | $ 2,050.16 | 4503740388 |
| 2333771 | 11/14/08 | $ 2,162.93 | 4503740966 |
| 2333776 | 11/14/08 | $ 2,336.00 | 4503719584 |
| 2333782 | 11/14/08 | $ 2,772.45 | 4503740402 |
| 2333691 | 11/14/08 | $ 2,798.74 | 4503734646 |
| 2333775 | 11/14/08 | $ 2,834.28 | 4503719586 |
| 2333692 | 11/14/08 | $ 2,834.28 | 4503735677 |
| 2333774 | 11/14/08 | $ 2,958.66 | 4503719587 |
| 2333779 | 11/14/08 | $ 3,028.11 | 4503650734 |
| 2333772 | 11/14/08 | $ 4,834.47 | 4503734639 |
| 2333778 | 11/14/08 | $ 5,689.60 | 4503650733 |
| 2333690 | 11/14/08 | $ 11,143.86 | 4503732926 |
| 2333649 | 11/14/08 | $ 13,834.01 | 4503739670 |
| 2333777 | 11/14/08 | $ 21,027.06 | 4503719583 |
| 2334036 | 11/17/08 | $ 2,844.80 | 4503744006 |
| 2334034 | 11/17/08 | $ 2,958.66 | 4503740460 |
| 2195103 | 11/17/08 | $ 3,842.00 | 4503675896 |
| 2334035 | 11/17/08 | $ 6,254.09 | 4503747766 |
| 2334037 | 11/17/08 | $ 6,954.20 | 4503751551 |
| 2334471 | 11/18/08 | $ 421.08 | 4503748525 |
| 2334382 | 11/18/08 | $ 5,689.60 | 4503746141 |
| 2334496 | 11/18/08 | $ 8,534.40 | 4503717465 |
| 2334381 | 11/18/08 | $ 9,114.15 | 4503742859 |
| 2334278 | 11/18/08 | $ 9,239.20 | 4503736110 |
| 2334336 | 11/18/08 | $ 39,800.90 | 4503747767 |
| 2334799 | 11/19/08 | $ 856.29 | 4503748525 |
| 2335008 | 11/19/08 | $ 1,157.78 | 4503740988 |
| 2334795 | 11/19/08 | $ 1,502.52 | 4503722305 |
| 2334898 | 11/19/08 | $ 1,961.30 | 4503726227 |
| 2334850 | 11/19/08 | $ 3,536.64 | 4503750458 |
| 2334792 | 11/19/08 | $ 3,850.11 | 4503750457 |
| 2334794 | 11/19/08 | $ 5,074.92 | 4503726227 |
| 2334798 | 11/19/08 | $ 5,492.51 | 4503740505 |
| 2334897 | 11/19/08 | $ 5,689.60 | 4503748303 |
| 2334796 | 11/19/08 | $ 10,134.28 | 4503734720 |



# Detailed Invoices for Reclamation Petition Filed with Pilgrim's Pride Corporation
## December 01, 2008

| Invoice# | Date | Amount | PO# |
|---|---|---|---|
| 2334800 | 11/19/08 | $ 10,350.55 | 4503746171 |
| 2334844 | 11/19/08 | $ 12,813.44 | 4503752925 |
| 2334791 | 11/19/08 | $ 14,224.00 | 4503747817 |
| 2334797 | 11/19/08 | $ 15,536.15 | 4503744922 |
| 2334824 | 11/19/08 | $ 16,733.92 | 4503747763 |
| 2334793 | 11/19/08 | $ 19,493.60 | 4503728683 |
| 2335382 | 11/20/08 | $ 1,168.00 | 4503730574 |
| 2335383 | 11/20/08 | $ 2,711.88 | 4503747179 |
| 2335381 | 11/20/08 | $ 4,057.20 | 4503728896 |
| 2335352 | 11/20/08 | $ 5,249.11 | 4503746139 |
| 2335385 | 11/20/08 | $ 5,498.86 | 4503747178 |
| 2335635 | 11/21/08 | $ 597.85 | 4503748526 |
| 2335677 | 11/21/08 | $ 1,168.00 | 4503740407 |
| 2335806 | 11/21/08 | $ 1,476.90 | 4503752212 |
| 2335801 | 11/21/08 | $ 1,547.80 | 4503740987 |
| 2335672 | 11/21/08 | $ 1,791.93 | 4503725230 |
| 2335803 | 11/21/08 | $ 2,537.46 | 4503728680 |
| 2335679 | 11/21/08 | $ 2,566.50 | 4503724887 |
| 2335671 | 11/21/08 | $ 2,624.56 | 4503746139 |
| 2335680 | 11/21/08 | $ 2,733.55 | 4503748304 |
| 2335676 | 11/21/08 | $ 2,772.45 | 4503740408 |
| 2335673 | 11/21/08 | $ 2,958.66 | 4503751443 |
| 2335674 | 11/21/08 | $ 2,958.66 | 4503740406 |
| 2335678 | 11/21/08 | $ 3,028.11 | 4503724886 |
| 2335804 | 11/21/08 | $ 4,057.20 | 4503740505 |
| 2335789 | 11/21/08 | $ 4,410.60 | 4503752213 |
| 2335805 | 11/21/08 | $ 4,844.26 | 4503746171 |
| 2335802 | 11/21/08 | $ 5,689.60 | 4503756862 |
| 2335516 | 11/21/08 | $ 8,534.40 | 4503751595 |
| 2335675 | 11/21/08 | $ 8,651.29 | 4503740403 |
| 2335800 | 11/21/08 | $ 9,188.46 | 4503750510 |
| 2335760 | 11/21/08 | $ 11,865.42 | 4503750453 |
| 2335799 | 11/21/08 | $ 14,224.00 | 4503724888 |
| 2335681 | 11/21/08 | $ 21,348.31 | 4503758944 |
| 2335759 | 11/21/08 | $ 25,000.35 | 4503689092 |
| 2336008 | 11/24/08 | $ 386.95 | 4503749887 |
| 2336051 | 11/24/08 | $ 1,038.21 | 4503728689 |
| 2336050 | 11/24/08 | $ 1,816.92 | 4503743951 |
| 2336011 | 11/24/08 | $ 1,910.70 | 4503740505 |
| 2336013 | 11/24/08 | $ 1,981.57 | 4503750492 |
| 2336007 | 11/24/08 | $ 2,188.34 | 4503749889 |
| 2336135 | 11/24/08 | $ 4,057.20 | 4503760037 |
| 2336006 | 11/24/08 | $ 5,689.60 | 4503749890 |
| 2336137 | 11/24/08 | $ 5,689.60 | 4503750456 |
| 2336012 | 11/24/08 | $ 6,214.80 | 4503748525 |



# Detailed Invoices for Reclamation Petition Filed with Pilgrim's Pride Corporation
## December 01, 2008

| Invoice# | Date | Amount | PO# |
|---|---|---|---|
| 2336048 | 11/24/08 | $ 6,236.93 | 4503752226 |
| 2336010 | 11/24/08 | $ 6,965.78 | 4503721611 |
| 2336136 | 11/24/08 | $ 8,534.40 | 4503760036 |
| 2336009 | 11/24/08 | $ 10,513.53 | 4503749888 |
| 2336014 | 11/24/08 | $ 11,530.95 | 4503751594 |
| 2336005 | 11/24/08 | $ 17,304.00 | 4503699226 |
| 2336049 | 11/24/08 | $ 19,937.28 | 4503751592 |
| 2335978 | 11/24/08 | $ 39,754.48 | 4503752227 |
| 2336347 | 11/25/08 | $ 1,930.03 | 4503756863 |
| 2336348 | 11/25/08 | $ 2,839.68 | 4503736110 |
| 2336437 | 11/25/08 | $ 6,909.22 | 4503749637 |
| 2336349 | 11/25/08 | $ 9,315.00 | 4503696434 |
| 2336293 | 11/25/08 | $ 12,590.48 | 4503736594 |
| 2336713 | 11/26/08 | $ 432.56 | 4503756864 |
| 2336717 | 11/26/08 | $ 492.30 | 4503752212 |
| 2336730 | 11/26/08 | $ 676.66 | 4503750452 |
| 2336716 | 11/26/08 | $ 761.26 | 4503728688 |
| 2336836 | 11/26/08 | $ 856.29 | 4503744384 |
| 2336830 | 11/26/08 | $ 1,160.85 | 4503749887 |
| 2336731 | 11/26/08 | $ 1,284.80 | 4503753708 |
| 2336832 | 11/26/08 | $ 1,366.78 | 4503740059 |
| 2336715 | 11/26/08 | $ 1,502.52 | 4503734720 |
| 2336857 | 11/26/08 | $ 1,792.80 | 4503752225 |
| 2336712 | 11/26/08 | $ 2,672.42 | 4503751441 |
| 2336732 | 11/26/08 | $ 3,134.59 | 4503747529 |
| 2336834 | 11/26/08 | $ 3,662.94 | 4503753706 |
| 2336835 | 11/26/08 | $ 5,689.60 | 4503759198 |
| 2336831 | 11/26/08 | $ 6,056.21 | 4503737447 |
| 2336829 | 11/26/08 | $ 9,188.46 | 4503750510 |
| 2336833 | 11/26/08 | $ 9,826.10 | 4503748525 |
| 2336858 | 11/26/08 | $ 17,068.80 | 4503750511 |
| 2336714 | 11/26/08 | $ 18,376.92 | 4503758594 |
| 2337440 | 12/01/08 | $ 1,362.87 | 4503767408 |
| 2337439 | 12/01/08 | $ 1,816.15 | 4503744384 |
| 2337446 | 12/01/08 | $ 2,129.76 | 4503736110 |
| 2337435 | 12/01/08 | $ 3,566.00 | 4503744922 |
| 2337423 | 12/01/08 | $ 3,740.17 | 4503724099 |
| 2337437 | 12/01/08 | $ 4,057.20 | 4503736593 |
| 2337402 | 12/01/08 | $ 4,152.36 | 4503732124 |
| 2337438 | 12/01/08 | $ 4,771.28 | 4503756349 |
| 2337403 | 12/01/08 | $ 5,374.00 | 4503757745 |
| 2337445 | 12/01/08 | $ 5,689.60 | 4503740504 |
| 2337444 | 12/01/08 | $ 6,236.93 | 4503757747 |
| 2337436 | 12/01/08 | $ 7,199.57 | 4503759198 |
| 2337447 | 12/01/08 | $ 9,315.00 | 4503696434 |



# Detailed Invoices for Reclamation Petition Filed with Pilgrim's Pride Corporation
## December 01, 2008

| Invoice# | Date | Amount | PO# |
|---|---|---|---|
| 2337424 | 12/01/08 | $ 66,680.37 | 4503757873 |
| | | $ 1,189,722.16 | |