IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| PILGRIM'S PRIDE CORPORATION, *et al.*, | * | Case No. 08-45644 (DML) |
| Debtors. | * | |
| | * | JOINTLY ADMINISTERED |

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by Pilgrim's Pride Corporation ("PPC") and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors").[1]

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY 10153
    Attn: Erica Coleman

All questions must be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

    1.    Name and address of Firm:

        Christine S. Tenley
        Littler Mendelson, P.C.
        3344 Peachtree Road, N.E., Suite 1500
        Atlanta, Georgia 30326-4803

    2.    Date of retention: 11-17-08.

---

[1] The Debtors in these cases are PPC; PFS Distribution Company; PPC Transportation Company; ToRicos Ltd.; To-Ricos Distribution, Ltd.; Pilgrim's Pride Corporation of West Virginia, Inc.; and PPC Marketing.

1

3. Type of services provided (accounting, legal, etc.): Legal.

4. Brief description of services to be provided: Representation in employment discrimination matters.

5. Arrangement of compensation (hourly, contingent, etc.): Hourly.

   Average hourly rate (if applicable): $330.00. $20,000 - $30,000

   depending on caseload.

   Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

6. Prepetition claims against the Debtors held by the firm:

   Amount of Claim: $6,629.50

   Date claim arose: 11-30-08

   Source of Claim: Legal Services

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: _____

   Date Claim arose: _____

   Source of Claim: _____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: None

9. Stock of the Debtors currently held individually by any member, Associate, or professional employee of the firm:

Name: <u>None</u>

Status: <u>None</u>

Kind of shares: <u>None</u>

No. of shares: <u>None</u>

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

<u>None known at this time</u>

11. Name of individual completing this form:

<u>Christine S. Tenley</u>  *(signed) Christine S. Tenley*

Dated: <u>January 22</u>, 2009.

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| PILGRIM'S PRIDE CORPORATION, *et al.*, | * | Case No. 08-45644 (DML) |
| Debtors. | * | |
| | * | JOINT ADMINISTERED |

AFFIDAVIT AND DISCLOSURE STATEMENT OF
CHRISTINE S. TENLEY ON BEHALF OF LITTLER MENDELSON

STATE OF GEORGIA )
                               ) ss:
COUNTY OF FULTON )

Christine S. Tenley, being duly sworn upon oath, deposes and says:

1. I am Of Counsel with Littler Mendelson, P.C. located at 3344 Peachtree Road, N.E., Suite 1500, Atlanta, Georgia 30326-4803 (the "Firm").

2. Pilgrim's Pride Corporation ("PPC"), and its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors")[1], have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the

---

[1] The Debtors in these cases are PPC; PFS Distribution Company; PPC Transportation Company; To-Ricos Ltd.; To-Ricos Distribution, Ltd.; Pilgrim's Pride Corporation of West Virginia, Inc.; and PPC Marketing, Ltd.

1

Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $6,629.50 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Respectfully submitted,

*Christine S. Tenley* (signature)
Christine S. Tenley

Subscribed and sworn to before me this 22nd day of January, 2009.

*(signature)*
Notary Public

[Notary Seal: TERESA M. HILL, NOTARY PUBLIC, CLAYTON COUNTY, GA, Exp. May 14, 2011]