ALLIED Electrical & Power, Inc.
2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

# INVOICE

| DATE | NUMBER |
|---|---|
| 09/30/08 | 0052227 |

SOLD TO:
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

SHIP TO:
000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 0013222 | 09/15/08 | 160194 09-15 | 300 | 4200105575 | OD | 09/30/08 | NET 30 OP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data: HP:1.5, MFG:SEW, RPM:1800, FRAME:90S, PHASE:3, ENCL:TEFC, ID #:09-15, VOLTS:230/460, AMPS:5.2/2.6, MODEL #:DFT90S4-KS, SERIAL #:880228954.00.90.001, FAILURE:F04, WORK PERF:W07 | | | |
| 1 | 1 | 0 | RECONDITION LABOR | | | 180.000 |
| | | | PARTS / MATERIAL | | 95.000 | 95.000 |
| | | | THANK YOU! WE APPRECIATE YOUR BUSINESS | | | |

ELECTRICAL APPARATUS EASA

| | |
|---|---|
| SALES AMOUNT | 275.000 |
| | 0.000 |
| SALES TAX | 0.000 |
| SHIPPING & HANDLING | 0.000 |
| TOTAL | 275.000 |

FILE COPY

# DELIVERY TICKET

Job #.: 013222
Date..: 09/27/08
Page: 1

ALLIED ELECTRICAL & POWER
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

Ship To: 000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

PO#: 4200105575
PO Rel#: 09-15
Misc #: CP
Ship Date: 09/29/08
Ship Via: OD
Terms: NET 30
Salesman: 300 CLINT RICHARDSON

| Qty | Shp | B/O | Description | Price | Extended Price |
|---|---|---|---|---|---|
| | | | Nameplate Data:<br>HP:1.5, MFG:SEW, RPM:1800, FRAME:90S, PHASE:3, ENCL:TEFC, ID #:09-15, VOLTS:230/460, AMPS:5.2/2.6, MODEL #:DFT90S4-KS, SERIAL #:880228954.00.90.001 | | |
| | | | MOTOR RECONDITION/BEARINGS/SEALS | | 275.000 |

DELIVERED BY: [signature]

TIME OF DELIVERY:________A.M.________P.M.

Received by: Gene Lesthers

Date: 9-30-08

| | |
|---|---|
| Sales Amt | 275.000 |
| Sales Tax | 0.000 |
| Freight | 0.000 |
| Total | 275.000 |

ALLIED Electrical & Power, Inc.

2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

# INVOICE

| DATE | NUMBER | PG |
|---|---|---|
| 11/12/08 | 0052547 | 1 |

SOLD TO:
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

SHIP TO:
000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| J013203 | 09/08/08 | 160194 09-08 | 300 | 4200105574 | OD | 11/07/08 | NET 30 CP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data: GEARMTR HP:1, MFG:SEW/VARIMONT, RPM:1800, FRAME:DT79, PHASE:3, ENCL:TENV, ID #:09-08, VOLTS:230/460, AMPS:3.7/1.8, MODEL #:DFT80N4, FAILURE:F07, WORK PERF:W12 | | | |
| | | | MOTOR SHOP LABOR | | | 165.000 |
| | | | POT LEADS | | | 85.000 |
| 1 | 1 | 0 | | | 273.000 | 273.000 |
| | | | PARTS/MATERIALS | | | |
| 1 | 1 | 0 | | | 85.000 | 85.000 |
| | | | HUMIDI-GARD | | | |

THANK YOU! WE APPRECIATE YOUR BUSINESS

EASA

| | |
|---|---|
| SALES AMOUNT | 608.000 |
| SALES TAX<br>SHIPPING & HANDLING | 0.000<br>0.000<br>0.000 |
| TOTAL | 608.000 |

# DELIVERY TICKET

Job #.: 013203
Date..: 10/03/08
Page: 1

ALLIED ELECTRICAL & POWER
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

Ship To: 000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

PO#: 4200105574
Ship Date: 10/03/08
Terms: NET 30
PO Rel#: 09-08
Ship Via: OD
Salesman: 300 CLINT RICHARDSON
Misc #: CP

| Qty | Shp | B/O | Description | Price | Extended Price |
|---|---|---|---|---|---|
| | | | Nameplate Data:<br>GEARMTR HP:1, MFG:SEW/VARIMONT, RPM:1800, FRAME:DT79, PHASE:3, ENCL:TENV, ID #:09-08, VOLTS:230/460, AMPS:3.7/1.8, MODEL #:DFT80N4, FAILURE:F07, WORK PERF:W12 | | |
| | | | GEARMOTOR REPAIR/BEARINGS/SEALS HUMIDIGUARD/POT LEADS | | 608.000 |

DELIVERED BY: Frank Haller

TIME OF DELIVERY:________A.M.________P.M.

Received by: ______________________

Date: 11-7-08

| | |
|---|---|
| Sales Amt | 608.000 |
| Sales Tax | 0.000 |
| Freight | 0.000 |
| Total | 608.000 |

2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

INVO

| DATE | NUMBER |
|---|---|
| 11/12/08 | 0052546 |

SOLD TO:
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

SHIP TO:
000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| J013202 | 09/08/08 | 160194 09-08 | 300 | 4200105574 | OD | 11/07/08 | NET 30 CP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data: GEARMTR HP:1, MFG:SEW/VARIMONT, RPM:1800, FRAME:DT79, PHASE:3, ENCL:TENV, ID #:09-08, VOLTS:230/460, AMPS:3.7/1.8, MODEL #:DFT80N4, FAILURE:F07, WORK PERF:W12 | | | |
| | | | MOTOR SHOP LABOR | | | 238.000 |
| | | | HUMIDI-GARD | | | 85.000 |
| 1 | 1 | 0 | | | 200.000 | 200.000 |
| | | | PARTS/MATERIALS | | | |
| 1 | 1 | 0 | | | 85.000 | 85.000 |
| | | | POT LEADS | | | |
| | | | THANK YOU! WE APPRECIATE YOUR BUSINESS | | | |

EASA

| | |
|---|---|
| SALES AMOUNT | 608.000 |
| SALES TAX / SHIPPING & HANDLING | 0.000 / 0.000 / 0.000 |
| TOTAL | 608.000 |

FILE COPY

# DELIVERY TICKET

Job #.: 013202
Date..: 10/03/08
Page: 1

ALLIED ELECTRICAL & POWER
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

Ship To: 000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

PO#: 4200105574
Ship Date: 10/03/08
Terms: NET 30

PO Rel#: 09-08
Ship Via: OD
Salesman: 300 CLINT RICHARDSON

Misc #: CP

| Qty | Shp | B/O | Description | Price | Extended Price |
|---|---|---|---|---|---|
| | | | Nameplate Data: GEARMTR HP:1, MFG:SEW/VARIMONT, RPM:1800, FRAME:DT79, PHASE:3, ENCL:TENV, ID #:09-08, VOLTS:230/460, AMPS:3.7/1.8, MODEL #:DFT80N4, FAILURE:F07, WORK PERF:W12 | | |
| | | | GEARMOTOR REPAIR/BEARINGS/SEALS HUMIDIGUARD/POT LEADS | | 608.000 |

Sales Amt 608.000

DELIVERED BY: CR

TIME OF DELIVERY:________A.M.________P.M.

Received by: Frank Halter

Date: 11-7-08

Sales Tax 0.000
Freight 0.000
Total 608.000



Electrical & Power, Inc.
2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

# INVOICE

| DATE | NUMBER | |
|---|---|---|
| 10/30/08 | 0052436 | 1 |

SOLD TO:
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

SHIP TO:
000003
PILGRIM PET FOOD
123 WEST PARK
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| 013160 | 09/02/08 | 160194 09-02 | 300 | 4200105574 | OD | 10/27/08 | NET 30 CP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data:<br>DESC1:GORMAN RUPP PUMP,<br>DESC4:09-02, SER #:1321137,<br>MODEL:44163-204, FAILURE:F17, WORK<br>PERF:W13 | | | |
| | | | MACHINE SHOP LABOR | | | |
| 1 | 0 | | MACHINE WORK | | | 1173.000 |
| | | | | | | 222.000 |
| | | | PARTS/MATERIALS | | 1490.000 | 1490.000 |
| | | | THANK YOU! WE APPRECIATE YOUR BUSINESS | | | |

ELECTRICAL APPARATUS SERVICE ASSOCIATION
EASA

| | |
|---|---|
| SALES AMOUNT | 2885.000 |
| | 0.000 |
| SALES TAX | 0.000 |
| SHIPPING & HANDLING | 0.000 |
| TOTAL | 2885.000 |

FILE COPY

DELIVERY TICKET

Job #.: 013160
Date..: 10/09/08
Page: 1

ALLIED ELECTRICAL & POWER
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

Ship To: 000003
PILGRIM PET FOOD
123 WEST PARK
DEQUEEN, AR 71832

PO#: 4200105574
Ship Date: 10/09/08
Terms: NET 30

PO Rel#: 09-02
Ship Via: OD
Salesman: 300 CLINT RICHARDSON

Misc #: CP

| Qty | Shp | B/O | Description | Price | Extended Price |
|---|---|---|---|---|---|
| | | | Nameplate Data:<br>DESC1:GORMAN RUPP PUMP, .<br>DESC4:09-02, SER #:1321137,<br>MODEL:44163-204<br>PUMP REPAIR/BEARINGS/SEALS/O-RINGS | | 2885.000 |

DELIVERED BY: [signature]

TIME OF DELIVERY:________A.M.________P.M.

Received by: [signature]

Date: 10-27-08

| | |
|---|---|
| Sales Amt | 2885.000 |
| Sales Tax | 0.000 |
| Freight | 0.000 |
| Total | 2885.000 |



# INVOICE

| DATE | NUMBER |
|---|---|
| 10/31/08 | 0052484 |

2320 Industrial Park Road. • Van Buren, AR 72956
P.O. Box 1245 • Van Buren, AR 72957
(479) 474-5271 • FAX (479) 474-0193 • WATTS (800) 755-5571

SOLD TO:
160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

SHIP TO:
000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SLSMN. NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
|---|---|---|---|---|---|---|---|
| J013525 | 10/27/08 | 160194 | 300 | 4200088828 RUSH/ROUNDTHECLOCK | OD | 10/29/08 | NET 30 CP |

| QUANTITY ORDERED | QUANTITY SHIPPED | QUANTITY BACK ORD. | DESCRIPTION | U/M | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| | | | Nameplate Data: HP:75, MFG:MARATHON, RPM:1800, FRAME:365TSC, PHASE:3, ENCL:DP, ID #:10-27, VOLTS:230/460, AMPS:186/93, MODEL #:4VJ365TSTDS528AN-F2W, FAILURE:F04,F11, WORK PERF:W35,W38 | | | |
| | | | REWIND | | | 2566.000 |
| | | | HUMIDI-GARD | | | 245.000 |
| 1 | 1 | 0 | BALANCE | | 340.000 | 340.000 |
| 1 | 1 | 0 | PARTS/MATERIALS | | 336.000 | 336.000 |
| | | | THANK YOU! WE APPRECIATE YOUR BUSINESS | | | |

EASA

| | |
|---|---|
| SALES AMOUNT | 3487.000 |
| SALES TAX SHIPPING & HANDLING | 0.000 0.000 0.000 |
| TOTAL | 3487.000 |

FILE COPY

# DELIVERY TICKET

Job #.: 013525
Date..: 10/29/08
Page: 1

ALLIED ELECTRICAL & POWER
2320 INDUSTRIAL PARK RD
PO BOX 1245
VAN BUREN, AR 72957-1245
(479)474-5271 Fax(479)474-0193

Sold To: 160194
PILGRIM PRIDE CORPORATION
ATTN: ACCTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686-5000

Ship To: 000001
PILGRIM PROCESSING
401 SO 3RD
DEQUEEN, AR 71832

PO#: NEEDS PO
Ship Date: 10/29/08
Terms: NET 30

PO Rel#: RUSH/ROUNDTHECLOCK
Ship Via: OD
Salesman: 300 CLINT RICHARDSON

Misc #: CP

| Qty | Shp | B/O | Description | Price | Extended Price |
|---|---|---|---|---|---|
| | | | Nameplate Data:<br>HP:75, MFG:MARATHON, RPM:1800, FRAME:365TSC, PHASE:3, ENCL:DP, ID #:10-27, VOLTS:230/460, AMPS:186/93, MODEL #:4VJ365TSTDS528AN-F2W<br>Special Instructions:<br>******RUSH/ROUNDTHECLOCK****** | | |
| | | | REWIND/BEARINGS/HUMIDIGUARD | | 0.000 |

3487.00

File w/ Job

DELIVERED BY: [signature]

TIME OF DELIVERY:________A.M.________P.M.

Received by: Gene Leathers

Date: 10-29-08

| | |
|---|---|
| Sales Amt | 0.000 |
| Sales Tax | 0.000 |
| Freight | 0.000 |
| Total | 0.000 |

| VENDOR NUMBER | 100944 | VENDOR NAME | ALLIED ELECTRICAL & POWER INC | 1908307 | | 11/25/2008 |
|---|---|---|---|---|---|---|
| **INVOICE NUMBER** | **DESCRIPTION** | **DATE** | **P.O. NUMBER** | **GROSS AMOUNT** | **DISCOUNT** | **NET AMOUNT** |
| 52436 | 13160 | 10/30/2008 | 4200105574 | 2,885.00 | 0.00 | 2,885.00 |
| 52546 | 13202 | 11/12/2008 | 4200105574 | 608.00 | 0.00 | 608.00 |
| 52547 | 13203 | 11/12/2008 | 4200105574 | 608.00 | 0.00 | 608.00 |
| 52484 | 13523 | 10/31/2008 | 4200088828 | 3,487.00 | 0.00 | 3,487.00 |
| 52227 | 13222 | 09/30/2008 | 4200105575 | 275.00 | 0.00 | 275.00 |

160194

**For payment inquiries please call 903-434-7670**

| PP# 403 | 1099 Reportable | 0.00 | TOTALS | 7,863.00 | 0.00 | 7,863.00 |
|---|---|---|---|---|---|---|