**F.P.E.C. CORPORATION**

dba FOOD PROCESSING EQUIPMENT CORPORATION

**13623 Pumice Street**

**Santa Fe Springs, CA 90670**

**Tel: (562) 802.3727    Fax: (562) 802.8621**

**FPEC**

Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**

FOOD PROCESSING EQUIPMENT CORPORATION

**2216 Ford Avenue**

**Springdale, AR 72764**

**Tel: (479) 751.9392    Fax: (479) 751.9399**

# DATE
11/10/2008

# INVOICE
AR-36720

**SOLD TO:**

PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
P O BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**

PILGRIM'S PRIDE (ELL  GA)
125 INDUSTRIAL BOULEVARD
ELLIJAY,, GA 30540

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10631 | 4503743265 | COLLECT | Net 30 | A29665 | A27586 | 11/7/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4.00 | 4.00 | 0.00 | 101159 | KNOB PLAS BLAC W/HOLE  *REF: 00000000800-481444* | | 6.96 | $27.84 |

**SALES AMOUNT:**          **$27.84**

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**          **$27.84**



EXHIBIT

A

PENGAD 800-631-6989



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503743265 / 11/07/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:          Delivery date:    Day 11/13/2008
Ellijay Fresh Plant
Ellijay Fresh Plant
125 Industrial Boulevard
Ellijay GA  30540

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| | Order qty. | Unit | Price per unit | Net value | |
| 00010 | 00000000800-481444 | KNOB PLAS BLAC W/HOLE 101159 | | | |
| | 4 Each | | 6.96 | | 27.84 |

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers. implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503743265 / 11/07/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|---------------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                27.84

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

AR - 36720

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4599 632 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/11/2008** |
| | 11:33 A.M. |
| Delivered To: | ELLIJAY, GA, US |
| Signed By: | HEATON |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:05 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

| DATE | INVOICE |
|------|---------|
| 11/11/2008 | AR-36732 |

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURGH, TX 75686-5000

**SHIP TO:**
PILGRIM'S PRIDE    (ENT  AL)
4693 COUNTY ROAD 636
ENTERPRISE, AL 36331

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10111 | 4503744891 | COLLECT | Net 30 | A29675 | A27596 | 11/10/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4.00 | 4.00 | 0.00 | 102519 | BUSC OIL FILT RAO160 | | 53.78 | $215.12 |
| | | | | REF: 00000000800-454400 | | | |
| 2.00 | 2.00 | 0.00 | 100166 | CANI FILT 850 LARG | | 61.56 | $123.12 |
| | | | | REF: 00000000800-290358 | | | |

SALES AMOUNT:     $338.24

It is Buyer's responsibility to maintain proper safety devices and equipment or such other means as may be necessary to safeguard operators of all above listed equipment from harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**     $338.24



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503744891 / 11/10/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:
ENTERPRISE ALABAMA FRESH
ENTERPRISE ALABAMA FRESH
4693 County Road 636
Enterprise AL  36330

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| Order qty. | | Unit | Price per unit | Net value | |

00010 00000000800-454400 FILTER OIL BUSCH 102519
                4 Each                 53.78                      215.12
        Deliv. date  Day 11/13/2008

        FOR THE TUMBLER

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without action regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmitive Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503744891 / 11/10/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|------|------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00020 | 00000000800-290358 FILTER AIR VAC 7.5HP VACUM PUMP 100166 | | | | | 123.12 |
| | 2 | Each | | 61.56 | | |
| | Deliv. date  Day 11/20/2008 | | | | | |

FOR THE TUMBLER

Tot.net item val. excl. tax USD          338.24

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

Close Window

AR - 36732

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4626 884 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 11/12/2008 |
| | 9:07 A.M. |
| Delivered To: | ENTERPRISE,  AL,  US |
| Signed By: | WOODS |
| Service: | GROUND |

Tracking results provided by UPS:  01/23/2009 11:30 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.



**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

Food Processing Equipment Co.

# DATE
11/11/2008

# INVOICE
AR-36738

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
P O BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE (ELL  GA)
125 INDUSTRIAL BOULEVARD
ELLIJAY,, GA 30540

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10631 | 4503743925 | COLLECT | Net 30 | A29681 | A27602 | 11/10/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 3.00 | 3.00 | 0.00 | 10000324 | GASK 24" TUM DOOR GRAY GLUED<br>*REF: 00000000800-222562* | | 51.81 | $155.43 |
| 5.00 | 5.00 | 0.00 | 100182 | CANI FILT 848 SMAL<br>*REF: 00000000800-265136* | | 38.96 | $194.80 |

**SALES AMOUNT:**          $350.23

It is Buyer's responsibility to maintain proper safety devices and equipment or such other means as may be necessary to safeguard operators of all above listed equipment from harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

# TOTAL:          $350.23



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503743925 / 11/10/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:    Day 11/15/2008
Ellijay Fresh Plant
Ellijay Fresh Plant
125 Industrial Boulevard
Ellijay GA  30540

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|---|---|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 | 00000000800-222562 | GASKET DOOR 10000324 | | | |
| | 3 Each | | 51.81 | | 155.43 |
| 00020 | 00000000800-265136 | FILTER ELEMENT SOLBERG 100182 | | | |
| | 5 Each | | 38.96 | | 194.80 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmitive Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503743925 / 11/10/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|------|------|-------|
| Order qty. | | Unit | | Price per unit | Net value | |
| 00030 | 00000000800-290358 | | FILTER AIR VAC 7.5HP VACUM PUMP 100166 | | | |
| | 3 | Each | | 61.56 | | 184.68 |

Tot.net item val. excl. tax USD          534.91

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

☒Close Window

AR-36738

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4709 391 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/12/2008**<br>11:31 A.M. |
| Delivered To: | ELLIJAY, GA, US |
| Signed By: | HEATON |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:06 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/12/2008

# INVOICE
AR-36753

**SOLD TO:**

PILGRIM'S PRIDE CORPORATION
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-5000

**SHIP TO:**

PILGRIM'S PRIDE    (ELB   GA)
1129 OLD MIDDLETON ROAD
ELBERTON,, GA 30635

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10703 | 4503748436 | COLLECT | Net 15 | A29696 | A27621 | 11/11/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5.00 | 5.00 | 0.00 | 10000324 | GASK 24" TUM DOOR GRAY GLUED<br>*REF: 00000000800-266281* | | 51.81 | $259.05 |
| 3.00 | 3.00 | 0.00 | 100166 | CANI FILT 850 LARG<br>*REF: 00000000800-290358* | | 61.56 | $184.68 |

**SALES AMOUNT:**      $443.73

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**      $443.73



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR 72764-4722

### Purchase order

PO number/date
4503748436 / 11/11/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                 Delivery date:    Day 11/17/2008
ELBERTON GEORGIA PREPARED FOODS
ELBERTON GEORGIA PREPARED FOODS
1129 Old Middleton Road
Elberton GA 30635

Payt. terms: Within 30 days Due net                 Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 | 00000000800-266281 | SEAL DOOR 1"X1" 10000323 | | | |
| | 5 Each | | 51.81 | | 259.05 |
| 00020 | 00000000800-290358 | FILTER AIR VAC 7.5HP VACUM PUMP 100166 | | | |
| | 3 Each | | 61.56 | | 184.68 |

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all

persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to

affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter

60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and

the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated

herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

| PO number/date | Page |
|---|---|
| 4503748436 / 11/11/2008 | 2 |

| Item | Material | | Description | | | Fixed |
|---|---|---|---|---|---|---|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                443.73

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

AR - 36753

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4623 967 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/13/2008** |
| | 10:39 A.M. |
| Delivered To: | ELBERTON, GA, US |
| Signed By: | J D |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:12 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621


Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

| **DATE** | **INVOICE** |
|---|---|
| 11/12/2008 | AR-36755 |

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-0093

**SHIP TO:**
PILGRIM'S PRIDE   (MAI   MOO   WV)
214 S. MAIN STREET
MOOREFIELD,, WV 26836

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10694 | 4503748437 | COLLECT | Net 30 | A29698 | A27620 | 11/11/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 100958 | HYDR SOLE VALV COIL WITH LEAD 120V<br>REF: 00000000800-378664 | T | 71.05 | $71.05 |

**SALES AMOUNT:**      $71.05

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO:  2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:**      $71.05



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503748437 / 11/11/2008

Contact Person/Telephone
Marvin Stogner OEM/903-434-1297

Our fax number
972-290-4554

Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                          Delivery date:    Day 11/19/2008
MOOREFIELD WV PREPARED FOODS
MOOREFIELD WV PREPARED FOODS
214 South Main Street
Moorefield WV  26836

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | | Fixed |
|------|----------|-------------|------|------|------|-------|
| | Order qty. | | Unit | Price per unit | Net value | |
| 00010 | 00000000800-378664 | COIL 120V 100958 | | | | |
| | | 1 Each | | 71.05 | | 71.05 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all
persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to
affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter
60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and
the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated
herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR 72764-4722

PO number/date
4503748437 / 11/11/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                71.05

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmitive Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

AR - 36755

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4680 909 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/14/2008**<br>11:03 A.M. |
| Delivered To: | MOOREFIELD, WV, US |
| Signed By: | BUCKALEW |
| Service: | GROUND |

Tracking results provided by UPS:  01/23/2009 12:09 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**FPEC CORPORATION**

dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
**Tel: (562) 802.3727     Fax: (562) 802.8621**

**FPEC**
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**

FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
**Tel: (479) 751.9392     Fax: (479) 751.9399**

| DATE | INVOICE |
|---|---|
| 11/13/2008 | AR-36774 |

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
P O BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE (ELL  GA)
125 INDUSTRIAL BOULEVARD
ELLIJAY,, GA 30540

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10631 | 4503744043 | COLLECT | Net 30 | A29716 | A27641 | 11/12/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 50.00 | 50.00 | 0.00 | 102432 | SNAP ON VINYL TRIM, 1/4" FLAT BLAC<br>REF: 00000000800-579179 | | 0.96 | $48.00 |

**SALES AMOUNT:**          **$48.00**

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**          **$48.00**



## PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

**Purchase order**

PO number/date
4503744043 / 11/12/2008
Contact Person/Telephone
Brandie Devine/903-434-1107
Our fax number
972-290-7683
Our Email
BRANDIE.DEVINE@PILGRIMSPRIDE.C

Your vendor number with us
112405

Please deliver to:                    Delivery date:   Day 11/20/2008
Ellijay Fresh Plant
Ellijay Fresh Plant
125 Industrial Boulevard
Ellijay GA  30540

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | Fixed |
|------|----------|-------------|-------|-------|
| | Order qty. | Unit | Price per unit | Net value |

00010 00000000800-579179 GASKET MATERIAL 50' 0862028
           50 Foot                          0.96                    48.00

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all
persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to
affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter
60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and
the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated
herein by reference.

## PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503744043 / 11/12/2008

Page
2

| Item | Material | Description | | | | Fixed |
|------|----------|-------------|---|---|---|-------|
| | Order qty. | | Unit | Price per unit | Net value | |

Tot.net item val. excl. tax USD                48.00

REMIT ALL INVOICES TO: PILGRIM'S PRIDE CORP; ATTENTION ACCOUNTS PAYABLE
DEPARTMENT; P.O. BOX 5000; PITTSBURG, TEXAS; 75686. IF YOU DO NOT REMIT
AN INVOICE TO THE ADDRESS ABOVE WITH THE CORRECT PO NUMBER INDICATED,
THE PAYMENT PROCESS WILL BE DELAYED UNTIL INVOICE IS RECEIVED. THAT
MEANS, YOUR PAYMENT TERMS WILL NOT START UNTIL THE CORRECT, LEGIBLE
INVOICE IS RECEIVED AND SCANNED IN OUR ACCOUNTS PAYABLE DEPARTMENT.

THIS PURCHASE ORDER MUST BE CONFIRMED WITHIN 12 HOURS BY ONE OF THE
FOLLOWING METHODS:

*************************NOTE CHANGE*************************************

E-Mail:
Brandie.Devine@pilgrimspride.com

*************************NOTE ABOVE CHANGE******************************

Fax: ___972.290.7683_____

FAILURE TO DO SO WILL HINDER AND DELAY THE PAYMENT PROCESS. PAYMENTS
WILL BE MADE BASED ON THE CONFIRMATION INFORMATION PROVIDING
CONFIRMATON IS RECEIVED CORRECTLY AND TIMELY.

YOUR CONFIRMATION MUST INCLUDE THE FOLLOWING INFORMATION:
o Pricing Verification
o Expected Ship Date
o All BACKORDERS must be noted with expected ship date.
o Your Sales Order Number
o Your First and Last Name - hand printed and legible
--Your initials are not acceptable.
o Freight Charge Verification (if applicable)

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all
persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to
affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter
60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and
the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated
herein by reference.

## PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503744043 / 11/12/2008

Page
3

--If estimate is not on confirmation it will be short paid.

IF SHIPPING VIA UPS AND NOT USING PILGRIM'S PRIDE ACCOUNT NUMBER WILL
RESULT IN SHORT PAYMENT OF THE FREIGHT CHARGES.WE WILL NO LONGER PAY
FREIGHT CHARGES ADDED ON FOR UPS SHIPMENTS. PO NUMBER MUST BE INDICATED
ON BILL OF LADING.

ACCOUNT NUMBER IS 5568RV

NOTHING IS TO BE ADDED TO THIS PURCHASE ORDER WITHOUT PRIOR VERBAL
CONSENT FROM Thomas Loving

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all
persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to
affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter
60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and
the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated
herein by reference.



⊠Close Window

AR-36774

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4538 488 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/14/2008**<br>11:00 A.M. |
| Delivered To: | ELLIJAY, GA, US |
| Signed By: | HEATON |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:06 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727   Fax: (562) 802.8621



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392   Fax: (479) 751.9399

# DATE
11/14/2008

# INVOICE
AR-36779

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
PO BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE(SUM  SC)
2050 HIGHWAY 15 SOUTH
SUMTER, SC 29150-8977

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10202 | 4503752167 | UPS GROUND | Net 15 | A29720 | A27645 | 11/13/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4.00 | 4.00 | 0.00 | 101321 | BEAR PILL 2 BOLT 3" NP<br>*REF: 00000000800-284567* | | 720.65 | $2,882.60 |
| 4.00 | 4.00 | 0.00 | 100818 | WHEE 14 X 6 FORK WHIT<br>*REF: 00000000800-429486* | | 594.10 | $2,376.40 |

**SALES AMOUNT:**      $5,259.00

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:**      $5,259.00



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

## Purchase order

PO number/date
4503752167 / 11/13/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:   Day 11/20/2008
Sumter Prepared Foods
Sumter Prepared Foods
2050 HWY 15 South
Sumter SC  29150

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|------|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 00000000800-284567 | | BRG SHAFT 2" FOR TUMBLER 101321 | | | |
| | | 4 Each | 720.65 | | 2,882.60 |

PLEASE SHIP NEXT DAY AIR/ FOR DELIVERY 11/14/2008

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opporunity for all
persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to
affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter
60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and
the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated
herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR 72764-4722

PO number/date
4503752167 / 11/13/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|-----------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |
| 00020 | 00000000800-429486 | | WHEEL 14X6 FORK W/HUB SN6456/VT85 100818 | | | |
| | 4 | Each | | 594.10 | 2,376.40 | |

100818

PLEASE SHIP NEXT DAY AIR/ FOR DELIVERY 11/14/2008

Tot.net item val. excl. tax USD          5,259.00

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

UPS: Tracking Information



⊠Close Window

AR - 36779

# Track Shipments

### Tracking Summary

**Packages in Shipment:** **6**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 01 4684 897 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/14/2008** |
| | **9:16 A.M.** |
| Delivered To: | SUMTER, SC, US |
| Signed By: | S RUSH |

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 01 4790 736 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/14/2008** |
| | **9:16 A.M.** |
| Delivered To: | SUMTER, SC, US |
| Signed By: | S RUSH |

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 01 4540 115 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/14/2008** |
| | **9:16 A.M.** |
| Delivered To: | SUMTER, SC, US |
| Signed By: | S RUSH |

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 01 4697 434 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/14/2008** |
| | **9:16 A.M.** |
| Delivered To: | SUMTER, SC, US |
| Signed By: | S RUSH |

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 01 4611 093 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/14/2008** |
| | **9:16 A.M.** |
| Delivered To: | SUMTER, SC, US |
| Signed By: | S RUSH |

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 01 4553 492 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 11/14/2008 |
| | 9:16 A.M. |
| Delivered To: | SUMTER, SC, US |
| Signed By: | S RUSH |

AR-36779

Tracking results provided by UPS: 01/23/2009 11:44 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒ Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
**Tel: (562) 802.3727    Fax: (562) 802.8621**

**FPEC**
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
**Tel: (479) 751.9392    Fax: (479) 751.9399**

# DATE
11/14/2008

# INVOICE
AR-36780

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-5000

**SHIP TO:**
PILGRIM'S PRIDE    (ELB  GA)
1129 OLD MIDDLETON ROAD
ELBERTON,, GA 30635

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10703 | 4503752553 | COLLECT | Net 15 | A29722 | A27647 | 11/13/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 103557 | ADHE GASK | | 13.33 | $13.33 |
| | | | | REF: 00000000800-265304 | | | |

**SALES AMOUNT:**    $13.33

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**    $13.33



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503752553 / 11/13/2008

Contact Person/Telephone
Marvin Stogner OEM/903-434-1297

Our fax number
972-290-4554

Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:   Day 11/18/2008
ELBERTON GEORGIA PREPARED FOODS
ELBERTON GEORGIA PREPARED FOODS
1129 Old Middleton Road
Elberton GA  30635

Payt. terms:  Within 30 days Due net                   Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 00000000800-265304 | | GLUE GASKET BLENDER 1067 | | | |
| | | 1 Each | 13.33 | | 13.33 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503752553 / 11/13/2008

Page
2

| Item | Material | | Description | | Fixed |
|------|----------|------|-------------|------|-------|
| | Order qty. | Unit | Price per unit | Net value | |

Tot.net item val. excl. tax USD                    13.33

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

Close Window

AR - 36 780

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4604 620 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/17/2008** |
| | **10:17 A.M.** |
| Delivered To: | ELBERTON, GA, US |
| Signed By: | J D |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:13 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727     Fax: (562) 802.8621

**FPEC**
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392     Fax: (479) 751.9399

## DATE
11/17/2008

## INVOICE
AR-36783

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE (BOA  AL)
#2 GOLDKIST STREET
BOAZ,, AL 35957

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10201 | 4503752897 | COLLECT | Net 15 | A29723 | A27651 | 11/13/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 104313 | ELEC PV PLUS 7" W/FPEC SFTWRE *REF: 00000000800-303439* | | 2,866.00 | $2,866.00 |

**SALES AMOUNT:** $2,866.00

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:** $2,866.00



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503752897 / 11/13/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:
Boaz Prepared Foods
Boaz Prepared Foods
Gold Kist Street
Boaz AL  35957

Delivery date:  Day 11/19/2008

Payt. terms:  Within 30 days Due net

Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 00000000800-303439 | | PAD TOUCH SCREEN 104313 | | | |
| 1 Each | | | 2,866.00 | | 2,866.00 |

TOUCH SCREEN PAD

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503752897 / 11/13/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|---------------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD          2,866.00

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



⊠Close Window

AR - 36783

# Tracking Summary

### Tracking Numbers

**Tracking Number:**   1Z 716 113 03 4694 802 7
Type:                          Package
Status:                       **Delivered**
Delivered On:              **11/17/2008**
                                   9:45 A.M.
Delivered To:              BOAZ, AL,  US
Signed By:                 SWEARENGEN
Service:                     GROUND

Tracking results provided by UPS:  01/23/2009 11:31 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621


FPEC
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/17/2008

# INVOICE
AR-36784

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-5000

**SHIP TO:**
PILGRIM'S PRIDE    (ELB   GA)
1129 OLD MIDDLETON ROAD
ELBERTON,, GA 30635

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10703 | 4503753655 | COLLECT | Net 15 | A29727 | A27659 | 11/14/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | 0.00 | 100965 | ELEC ACTU  SD4B-10 | | 353.80 | $707.60 |
| | | | | *REF: 0000000800-337460* | | | |

**SALES AMOUNT:**          $707.60

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:**          $707.60



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

### Purchase order

PO number/date
4503753655 / 11/14/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:    Day 11/20/2008
ELBERTON GEORGIA PREPARED FOODS
ELBERTON GEORGIA PREPARED FOODS
1129 Old Middleton Road
Elberton GA   30635

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|---|---|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 | 00000000800-337460 | ACTUATOR MARINATOR ICI 100965 | | | |
| | 2 Each | | 353.80 | | 707.60 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

| PO number/date | Page |
|---|---|
| 4503753655 / 11/14/2008 | 2 |

| Item | Material | | Description | | | Fixed |
|---|---|---|---|---|---|---|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD          707.60

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

UPS: Tracking Information



☒Close Window

AR. 36784

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4665 646 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/18/2008** |
| | 11:17 A.M. |
| Delivered To: | ELBERTON, GA, US |
| Signed By: | J D |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:13 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/17/2008

# INVOICE
AR-36790

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
PO BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE(SUM  SC)
2050 HIGHWAY 15 SOUTH
SUMTER, SC 29150-8977

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10202 | 4503684830 | COLLECT | Net 15 | A29734 | A27665 | 11/14/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4.00 | 4.00 | 0.00 | 101327 | BUSH QD E 3" | | 46.20 | $184.80 |
| | | | | *REF: 00000000800-429487* | | | |

|  | **SALES AMOUNT:** | **$184.80** |
|---|---|---|

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:**     **$184.80**



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

## Purchase order

PO number/date
4503684830 / 11/14/2008
Contact Person/Telephone
Kasie Poole CSR/903-434-1297
Our fax number
972-290-4554
Our Email
Kasie.Poole@pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:    Day 11/21/2008
Sumter Prepared Foods
Sumter Prepared Foods
2050 HWY 15 South
Sumter SC  29150

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 00000000800-429487 | | BUSHING QD E 3" SN 6456/VT85 101327 | | | |
| | | 4 Each | 54.67 | | 218.68 |

NEED SHIP NEXT DAY AIR / DELIVERY SATURDAY 11/15/2008

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503684830 / 11/14/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|-----------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                218.68

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

AR - 36790

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 44 4594 556 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/15/2008** 8:48 A.M. |
| Delivered To: | SUMTER, SC, US |
| Signed By: | HENSLEY |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS:  01/23/2009 11:40 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.



**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

05

# DATE
11/17/2008

# INVOICE
AR-36792

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-0093

**SHIP TO:**
PILGRIM'S PRIDE    (MAI  MOO  WV)
214 S. MAIN STREET
MOOREFIELD,, WV 26836

0

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10694 | 4503754537 | COLLECT | Net 30 | A29736 | A27668 | 11/14/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 12.00 | 12.00 | 0.00 | 10001373 | VFH 6" PLUNGER GASKET | T | 25.80 | $309.60 |
| | | | | *REF: 00000000800-265247* | | | |

**SALES AMOUNT:**    $309.60

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**    **TOTAL:**    $309.60



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

### Purchase order

PO number/date
4503754537 / 11/14/2008

Contact Person/Telephone
Marvin Stogner OEM/903-434-1297

Our fax number
972-290-4554

Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                  Delivery date:    Day 11/25/2008
MOOREFIELD WV PREPARED FOODS
MOOREFIELD WV PREPARED FOODS
214 South Main Street
Moorefield WV  26836

Payt. terms:  Within 30 days Due net                  Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|--|--|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 00000000800-265247 | | GASKET PLUNGER END 10001373 | | | |
| 12 Each | | | 25.80 | | 309.60 |

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR 72764-4722

PO number/date
4503754537 / 11/14/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|-----|-------------|------------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD          309.60

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

AR - 36792

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4526 459 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/19/2008** |
| | 11:01 A.M. |
| Delivered To: | MOOREFIELD,  WV,  US |
| Signed By: | BUCKALEW |
| Service: | GROUND |

Tracking results provided by UPS:  01/23/2009 12:09 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621

**FPEC**
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/17/2008

# INVOICE
AR-36793

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURGH, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE    (FAR  LA)
6648 HWY 15 NORTH
FARMERVILLE, LA 71241

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10109 | 4503754536 | COLLECT | Net 30 | A29737 | A27667 | 11/14/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 6.00 | 6.00 | 0.00 | 100042 | SANI GASK 8" BUNA LIP<br>*REF: 00000000800-479649* | | 19.31 | $115.86 |

**SALES AMOUNT:** $115.86

It is Buyer's responsibility to maintain proper safety devices and equipment or such other means as may be necessary to safeguard operators of all above listed equipment from harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:** $115.86

# PILGRIM'S PRIDE PURCHASING



FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

## Purchase order

**PO number/date**
4503754536 / 11/14/2008
**Contact Person/Telephone**
Marvin Stogner OEM/903-434-1297
**Our fax number**
972-290-4554
**Our Email**
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:
FARMERVILLE LOUISIANA FRESH
FARMERVILLE LOUISISNA FRESH
6648 Hwy 15 North
Farmerville LA  71241

Delivery date:   Day 11/17/2008

Payt. terms:  Within 30 days Due net                      Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material<br>Order qty. | Unit | Description | Price per unit | Net value | Fixed |
|------|------|------|------|------|------|------|
| 00010 | 00000000800-479649 | | GASKET 8" 100042 | | | |
| | 6 Each | | | 19.31 | | 115.86 |

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opporunity for all
persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to
affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter
60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and
the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated
herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503754536 / 11/14/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|---------------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                115.86

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

AR - 36793

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4547 640 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/18/2008** |
| | 10:32 A.M. |
| Delivered To: | FARMERVILLE, LA, US |
| Signed By: | BOWMAN |
| Service: | GROUND |

Tracking results provided by UPS:  01/23/2009 11:30 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
**Tel: (562) 802.3727    Fax: (562) 802.8621**


FPEC
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
**Tel: (479) 751.9392    Fax: (479) 751.9399**

# DATE
11/18/2008

# INVOICE
AR-36804

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-0093

**SHIP TO:**
PILGRIM'S PRIDE    (MAI  MOO  WV)
214 S. MAIN STREET
MOOREFIELD,, WV 26836

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10694 | 4503754120 | COLLECT | Net 30 | A29751 | A27683 | 11/17/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | 0.00 | 10000324 | GASK 24" TUM DOOR GRAY GLUED<br>*REF: 00000000800-302840* | T | 51.81 | $103.62 |

**SALES AMOUNT:**          $103.62

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**          $103.62



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR 72764-4722

### Purchase order

PO number/date
4503754120 / 11/17/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                          Delivery date:     Day 11/25/2008
MOOREFIELD WV PREPARED FOODS
MOOREFIELD WV PREPARED FOODS
214 South Main Street
Moorefield WV 26836

Payt. terms: Within 30 days Due net                          Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|------|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 00000000800-302840 | | DOOR GASKET 10000324 | | | |
| | | 2 Each | 51.81 | | 103.62 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.