# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date

4503754120 / 11/17/2008

Page

2

| Item | Material | Description | | Fixed |
|------|----------|-------------|---|-------|
| | Order qty. | Unit | Price per unit | Net value |

Tot.net item val. excl. tax USD          103.62

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

UPS: Tracking Information



☒Close Window

AR - 36804

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4714 155 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 11/20/2008 |
| | 10:58 A.M. |
| Delivered To: | MOOREFIELD, WV, US |
| Signed By: | BUCKALEW |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:10 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.



**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/18/2008

# INVOICE
AR-36805

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
P O BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE (ELL  GA)
125 INDUSTRIAL BOULEVARD
ELLIJAY,, GA 30540

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10631 | 4503754119 | COLLECT | Net 30 | A29752 | A27684 | 11/17/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 24.00 | 24.00 | 0.00 | 102414 | BUSC VACU PUMP OIL R-530 *REF: 00000000800-475805* | | 6.84 | $164.16 |

**SALES AMOUNT:**     $164.16

It is Buyer's responsibility to maintain proper safety devices and equipment or such other means as may be necessary to safeguard operators of all above listed equipment from harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO:  2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:**     $164.16



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503754119 / 11/17/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:    Day 11/22/2008
Ellijay Fresh Plant
Ellijay Fresh Plant
125 Industrial Boulevard
Ellijay GA  30540

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|---|---|-------|
| | Order qty. | Unit | Price per unit | Net value | |

00010 00000000800-475805 BUSC VACU PUMP OIL 102414 R530
            24 Each                    6.84                    164.16

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmitive Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR 72764-4722

PO number/date
4503754119 / 11/17/2008

Page
2

| Item | Material | Description | | Fixed |
|------|----------|-------------|--|-------|
| | Order qty. | Unit | Price per unit | Net value |

Tot.net item val. excl. tax USD          164.16

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

AR-36805

## Track Shipments

### Tracking Summary

**Packages in Shipment: 2**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4662 137 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/19/2008** 11:44 A.M. |
| Delivered To: | ELLIJAY, GA, US |
| Signed By: | HEATON |
| **Tracking Number:** | 1Z 716 113 03 4614 376 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/19/2008** 11:44 A.M. |
| Delivered To: | ELLIJAY, GA, US |
| Signed By: | HEATON |

Tracking results provided by UPS: 01/23/2009 12:06 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/19/2008

# INVOICE
AR-36834

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-5000

**SHIP TO:**
PILGRIM'S PRIDE    (ELB  GA)
1129 OLD MIDDLETON ROAD
ELBERTON,, GA 30635

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10703 | 4503757171 | COLLECT | Net 15 | A29781 | A27709 | 11/18/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | 0.00 | 102818 | BELT CHAI COVE 3 1/2" X 20' 3 PLY NIT *REF: 00000000800-265026* | | 62.34 | $124.68 |
| 1.00 | 1.00 | 0.00 | 10000263 | PLAST VAC COUPLING , 2" *REF: 00000000800-265022* | | 242.56 | $242.56 |
| 3.00 | 3.00 | 0.00 | 100952 | AIR VALV MANU CLOS CENT SMC *REF: 00000000800-322177* | | 80.89 | $242.67 |
| 3.00 | 3.00 | 0.00 | 100402 | O RING 568-136 BUNA | | 0.00 | $0.00 |
| 1.00 | 1.00 | 0.00 | 100142 | CAM LOCK 2" MALE X 2" MNPT ALUM | | 0.00 | $0.00 |

**SALES AMOUNT:** $609.91

It is Buyer's responsibility to maintain proper safety devices and equipment or such other means as may be necessary to safeguard operators of all above listed equipment from harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:** $609.91



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503757171 / 11/18/2008

Contact Person/Telephone
Marvin Stogner OEM/903-434-1297

Our fax number
972-290-4554

Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:
ELBERTON GEORGIA PREPARED FOODS
ELBERTON GEORGIA PREPARED FOODS
1129 Old Middleton Road
Elberton GA  30635

Delivery date:   Day 11/24/2008

Payt. terms:  Within 30 days Due net

Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 | 00000000800-265026 | COVER CHAIN 008P125 | | | |
| | 2 | Each | 62.34 | | 124.68 |
| 00020 | 00000000800-265022 | COUPLING VACUUM 0852077 | | | |
| | 1 | Each | 242.56 | | 242.56 |

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR   72764-4722

PO number/date
4503757171 / 11/18/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|------|-----------|-------|
| Order qty. | | Unit | | Price per unit | Net value | |
| 00030 | 00000000800-322177 | VALVE AIR FPEC 100952 | | | | |
| | 3 | Each | | 80.89 | | 242.67 |

Tot.net item val. excl. tax USD          609.91

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

AR-36834

# Tracking Summary

**Tracking Numbers**

**Tracking Number:** 1Z 716 113 03 4792 195 5
Type: Package
Status: **Delivered**
Delivered On: **11/20/2008**
11:43 A.M.
Delivered To: ELBERTON, GA, US
Signed By: J D
Service: GROUND

Tracking results provided by UPS: 01/23/2009 12:13 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/19/2008

# INVOICE
AR-36842

**SOLD TO:**

PILGRIM'S PRIDE CORPORATION
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**

PILGRIM'S PRIDE     (CHA   TN)
1300 MARKET STREET
CHATTANOOGA,, TN 37402

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10105 | 4503751618 | COLLECT | Net 30 | A29790 | A27717 | 11/18/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 10000263 | PLAST VAC COUPLING , 2"<br>*REF: 00000000800-341322* | | 242.56 | $242.56 |
| 3.00 | 3.00 | 0.00 | 100402 | O RING 568-136 BUNA | | 0.00 | $0.00 |
| 1.00 | 1.00 | 0.00 | 104127 | CAM LOCK 1 1/4" MALE X 1 1/4" MNPT AL | | 0.00 | $0.00 |

**SALES AMOUNT:**          **$242.56**

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:**          **$242.56**



## PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

### Purchase order

PO number/date
4503751618 / 11/18/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                     Delivery date:   Day 11/27/2008
CHATTANOOGA TENNESSEE DEBONE
CHATTANOOGA TENNESSEE DEBONE
1300 Market Street
Chattanooga TN  37402

Payt. terms:  Within 30 days Due net                     Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
| --- | --- | --- | --- | --- | --- |
| | Order qty. | Unit | Price per unit | Net value | |
| 00010 | 00000000800-341322 | COUPLING VACUUM 10000263 | | | |
| | 1 Each | | 242.56 | 242.56 | |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503751618 / 11/18/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|---|-------------|---|---|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                    242.56

Buyer Signature:

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

UPS: Tracking Information



⊠Close Window

AR - 36847

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4505 588 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/20/2008** |
| | 10:27 A.M. |
| Delivered To: | CHATTANOOGA,  TN,  US |
| Signed By: | LESTER |
| Service: | GROUND |

Tracking results provided by UPS:  01/23/2009 11:28 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727   Fax: (562) 802.8621

**FPEC**
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392   Fax: (479) 751.9399

# DATE
11/19/2008

# INVOICE
AR-36849

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE (BOA  AL)
#2 GOLDKIST STREET
BOAZ,, AL 35957

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10201 | 4200067948 | COLLECT | Net 15 | A29797 | A27168 | 11/18/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 103706 | ELEC TCP 5" REBU<br>*REF: 0000000R800-492085* | | 1,235.25 | $1,235.25 |
| 1.00 | 1.00 | 0.00 | 103706 | ELEC TCP 5" REBU<br>*REF: 0000000R800-492085* | | 1,235.25 | $1,235.25 |
| 1.00 | 1.00 | 0.00 | 103706 | ELEC TCP 5" REBU<br>*REF: 0000000R800-492085* | | 1,235.25 | $1,235.25 |
| 1.00 | 1.00 | 0.00 | 103706 | ELEC TCP 5" REBU<br>*REF: 0000000R800-492085* | | 1,235.25 | $1,235.25 |

**SALES AMOUNT:** $4,941.00

It is Buyer's responsibility to maintain proper safety devices and equipment or such other means as may be necessary to safeguard operators of all above listed equipment from harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:** $4,941.00



## PILGRIM'S PRIDE PURCHASING

IN PROCESS
CONFIRMATION
SHIP 11/9
THANK YOU

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

### Purchase order

PO number/date
4200067948 / 10/02/2008
Contact Person/Telephone
Kasie Poole CSR/903-434-1297
Our fax number
972-290-4554
Our Email
Kasie.Poole@pilgrimspride.com

Your vendor number with us
112405
Your order acknowledgment
service

Please deliver to:                    Delivery date:    Day 10/09/2008
Boaz Prepared Foods
Boaz Prepared Foods
Gold Kist Street
Boaz AL  35957

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | Fixed |
|------|----------|-------------|--|-------|
| | Order qty. | Unit | Price per unit | Net value |

00010 0000000R800-492085 TOUCH SCREEN 103706/5173/5174 REBUILT
             1,235 Each                  1.00              1,235.25

    10:SN#30507461129

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal
employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause
contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam
Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled
workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business
concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by
reference.

4797513589          FPEC Corp of Arkansas

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4200067948 / 10/02/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|---------------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |
| 00020 | 0000000R800-492085 | | TOUCH SCREEN 103706/5173/5174 REBUILT | | | |
| | 1,235 Each | | | 1.00 | 1,235.25 | |
| | 20:SN# 34500530093 | | | | | |
| 00030 | 0000000R800-489895 | | TOUCH SCREEN 103706/ 5612 REBUILT | | | |
| | 1,235 Each | | | 1.00 | 1,235.25 | |
| | 30:SN# 34500530079 | | | | | |
| 00040 | 0000000R800-492086 | | TOUCH SCREEN 103706/3788 REBUILT | | | |
| | 1,235 Each | | | 1.00 | 1,235.25 | |
| | 40:SN# 30507460993 | | | | | |

THESE TOUCH SCREENS ARE FOR THE BLENDERS AND TUMBLERS.
ATTENTION RAYMOND RYBA
10:SN#30507461129
20:SN# 34500530093
30:SN# 34500530079
40:SN# 30507460993

Tot.net item val. excl. tax USD          4,941.00

Package no more than one PO per box. Put PO # on the outside of the box
and the packing list must be on the outside of the box in a P/L
envelope. If a PO is in more than one box mark accordingly, i.e. box
1/3, 2/3, etc. with the PO # on each box. Ship UPS collect and charge
to shipper #5568RV. Please enter our PO #  in the reference #1 field of
the UPS label.

IN ORDER TO RECEIVE PAYMENT YOU MUST DO THE FOLLOWING:

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal
employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause
contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam
Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled
workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business
concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by
reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date          Page
4200067948 / 10/02/2008  3

1. Fax or email this Purchase Order back to the fax number or email
address provided above CONFIRMING DELIVERY DATE, PRICE CORRECTIONS,
FREIGHT CHARGES, and/or other charges. Your confirmation must reflect
ALL charges that will appear on your invoice.

2. All invoices must be sent to: Pilgrims Pride Corp. ATTN: ACCOUNTS
PAYABLE, PO BOX 5000, PITTSBURG, TX 75686. All invoices must be legible
and have the correct PO attached. Invoices received without a PO will
be returned to Vendor and not paid.

3. All approved inbound freight is to be shipped and delivered via one
of PPC#s approved carriers, Collect. (via a provided account number or
Third party billed to:  PO Box 5000, Pittsburg, TX 75686)

    Small Parcel Shipments:  UPS, (Collect), using the PPC account
number 5568RV

    LTL (Less Than truckload) and Truckload: Collect

    -         Central Transport (CTII)

    -         Estes (EXLA)

    -         FedEx Freight (FXFE)

    -         Old Dominion (ODFL)

    -         SAIA (SAIA)

    -         Southeast Freight Lines (SEFL)

---

Note # No shipment is to be sent #C.O.D.# for any reason!

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal
employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause
contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam
Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled
workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business
concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by
reference.

4797519399    FPEC Corp of Arkansas    10:22:22   12-05-2008    9 /12

## PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4200067948 / 10/02/2008

Page
4

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal
employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause
contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam
Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled
workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business
concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by
reference.

UPS: Tracking Information



⊠Close Window

*Al - 36849*

# Track Shipments

### Tracking Summary

**Packages In Shipment: 2**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4548 193 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/20/2008** |
| | 9:17 A.M. |
| Delivered To: | BOAZ, AL, US |
| Signed By: | SWEARENGEM |
| **Tracking Number:** | 1Z 716 113 03 4796 592 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/20/2008** |
| | 9:17 A.M. |
| Delivered To: | BOAZ, AL, US |
| Signed By: | SWEARENGEM |

Tracking results provided by UPS: 01/23/2009 11:45 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.



**FPEC CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621

FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/21/2008

# INVOICE
AR-36866

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
P O BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE (ELL  GA)
125 INDUSTRIAL BOULEVARD
ELLIJAY,, GA 30540

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10631 | 4503748508 | COLLECT | Net 30 | A29721 | A27637 | 11/20/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 10001653 | VMS SURGE TANK END CAP<br>*REF: 00000000800-490440* | | 193.39 | $193.39 |

**SALES AMOUNT:**    $193.39

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE · SPRINGDALE, AR  72764**

**TOTAL:**    $193.39



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

## Purchase order

PO number/date
4503748508 / 11/12/2008
Contact Person/Telephone
Marvin Stogner OEM/903-434-1297
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                     Delivery date:    Day 11/18/2008
Ellijay Fresh Plant
Ellijay Fresh Plant
125 Industrial Boulevard
Ellijay GA  30540

Payt. terms:  Within 30 days Due net                          Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|---|---|-------|
| | Order qty. | Unit | Price per unit | Net value | |
| 00010 | 00000000800-490440 | VMS SURGE TANK END CAP 10001653 | | | |
| | 1 Each | | 193.39 | | 193.39 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR   72764-4722

PO number/date
4503748508 / 11/12/2008

Page
2

| Item | Material | Description | | | Fixed |
|------|----------|-------------|--|--|-------|
| Order qty. | | Unit | Price per unit | Net value | |

Tot.net item val. excl. tax USD      193.39

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

UPS: Tracking Information



☒Close Window

*AR.36866*

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4726 239 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 11/17/2008 10:46 A.M. |
| Delivered To: | ELLIJAY, GA, US |
| Signed By: | HEATON |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:08 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
**Tel: (562) 802.3727     Fax: (562) 802.8621**



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
**Tel: (479) 751.9392     Fax: (479) 751.9399**

# DATE
11/24/2008

# INVOICE
AR-36888

**SOLD TO:**
PILGRIM'S PRIDE
ATTN:  ACCOUNTS PAYABLE
PO BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE (SUM  SC)
2050 HIGHWAY 15 SOUTH
SUMTER, SC 29150-8977

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10202 | 4503762176 | COLLECT | Net 15 | A29836 | A27763 | 11/21/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 5.00 | 5.00 | 0.00 | 10000324 | GASK 24" TUM DOOR GRAY GLUED | | 51.81 | $259.05 |
| | | | | *REF: 00000000800-222562* | | | |

**SALES AMOUNT:**  $259.05

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

**TOTAL:**  $259.05



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

**Purchase order**

PO number/date
4503762176 / 11/21/2008
Contact Person/Telephone
Thomas Loving OEM/903-434-1962
Our fax number
972-290-8158
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:    Day 11/27/2008
Sumter Prepared Foods
Sumter Prepared Foods
2050 HWY 15 South
Sumter SC  29150

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|---|---|-------|
| | Order qty. | Unit | Price per unit | Net value | |
| 00010 | 00000000800-222562 | GASKET DOOR 10000324 | | | |
| | 5 Each | | 51.81 | | 259.05 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

4797519399          FPEC Corp of Arkansas                                          10:22:50    12-05-2008       9 /12

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date                  Page
4503762176 / 11/21/2008      2

| Item | Material | | Description | | | Fixed |
|------|----------|--|-------------|--|--|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                    259.05

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

A2 - 36888

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4564 428 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/26/2008** 9:09 A.M. |
| Delivered To: | SUMTER, SC, US |
| Signed By: | S RUSH |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 11:40 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727     Fax: (562) 802.8621



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392     Fax: (479) 751.9399

# DATE
11/24/2008

# INVOICE
AR-36893

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN: ACOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-0093

**SHIP TO:**
PILGRIM'S PRIDE     (WAC  TX)
2500 EAST LAKE SHORE DRIVE
WACO,, TX 76702

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10630 | 4503756912 | COLLECT | Net 30 | A29841 | A27769 | 11/21/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | 0.00 | 100812 | WHEE 6" X 2" X 1" NYLO WHIT<br>*REF: 00000000800-544305* | | 53.43 | $106.86 |

**SALES AMOUNT:** $106.86

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm; and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:** $106.86



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

## Purchase order

PO number/date
4503756912 / 11/21/2008
Contact Person/Telephone
Thomas Loving OEM/903-434-1962
Our fax number
972-290-8158
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                          Delivery date:   Day 11/27/2008
PF05 PILGRIM'S PRIDE CORPORATION
WACO PREPARED FOODS
2500 East Lake Shore Drive
WACO TX  76702

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item    Material | Description | | Fixed |
|------------------|-------------|--|-------|
| Order qty. | Unit | Price per unit | Net value | |

| | | | | |
|---|---|---|---|---|
| 00010 00000000800-544305 | WHEEL END ROLLER 100812 | | | |
| 2 Each | | 53.43 | | 106.86 |

Buyer Signature:_____ ____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all
persons without regard to race, color, religion, sex or national origin. the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to
affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter
60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and
the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated
herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503756912 / 11/21/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|---|-------------|---|---|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD          106.86

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

UPS: Tracking Information



⊠Close Window

AR - 36893

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4655 033 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/25/2008** |
| | 10:11 A.M. |
| Delivered To: | WACO, TX, US |
| Signed By: | STORBECK |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 11:41 A.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
13623 Pumice Street
Santa Fe Springs, CA 90670
Tel: (562) 802.3727    Fax: (562) 802.8621

**FPEC**
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
2216 Ford Avenue
Springdale, AR 72764
Tel: (479) 751.9392    Fax: (479) 751.9399

# DATE
11/24/2008

# INVOICE
AR-36898

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:   ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-5000

**SHIP TO:**
PILGRIM'S PRIDE    (ELB   GA)
1129 OLD MIDDLETON ROAD
ELBERTON,, GA 30635

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10703 | 4503758618 | COLLECT | Net 15 | A29848 | A27773 | 11/21/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 8.00 | 8.00 | 0.00 | 104489 | CAM LOCK GASK 6" SILICONE W/ METAL FL<br>*REF: 00000000800-370502* | | 44.95 | $359.60 |

**SALES AMOUNT:**    $359.60

It is Buyer's responsibility to maintain proper safety devices and equipment or such other means as may be necessary to safeguard operators of all above listed equipment from harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

## TOTAL:    $359.60



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503758618 / 11/21/2008
Contact Person/Telephone
Thomas Loving OEM/903-434-1962
Our fax number
972-290-8158
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                          Delivery date:    Day 11/27/2008
ELBERTON GEORGIA PREPARED FOODS
ELBERTON GEORGIA PREPARED FOODS
1129 Old Middleton Road
Elberton GA  30635

Payt. terms:  Within 30 days Due net                        Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|------|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 00000000800-370502 | | GASKET RUST COLOR 6 W/FLAKES 104489 | | | |
| | 8 Each | | 44.95 | | 359.60 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR   72764-4722

PO number/date                    Page
4503758618 / 11/21/2008           2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|------|------|------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                359.60

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



⊠Close Window

*AR - 36 89*

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4543 142 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/25/2008** |
| | 11:46 A.M. |
| Delivered To: | ELBERTON,  GA,  US |
| Signed By: | J D |
| Service: | GROUND |

Tracking results provided by UPS:  01/23/2009 12:13 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
**Tel: (562) 802.3727    Fax: (562) 802.8621**



**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
**Tel: (479) 751.9392    Fax: (479) 751.9399**

# DATE
11/25/2008

# INVOICE
AR-36902

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-5000

**SHIP TO:**
PILGRIM'S PRIDE    (NAC   TX)
928 MARTIN L KING JR
NACOGDOCHES,, TX 75961

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10784 | 4503763848 | COLLECT | Net 30 | A29850 | A27774 | 11/24/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 104569 | AIR ACTU 2 WAY 1 1/2" BALL VALV-SS<br>*REF: 00000000800-500141* | T | 633.18 | $633.18 |

**SALES AMOUNT:**          **$633.18**

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**          **$633.18**



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR   72764-4722

## Purchase order

PO number/date
4503763848 / 11/21/2008
Contact Person/Telephone
Thomas Loving OEM/903-434-1962
Our fax number
972-290-8158
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:            Delivery date:    Day 11/24/2008
NACOGDOCHES FRESH PLANT
NACOGDOCHES FRESH PLANT
928 MARTIN L. KING JR. BLVD.
NACOGDOCHES TX  75963

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | Fixed |
|------|----------|-------------|---|-------|
| | Order qty. | Unit | Price per unit | Net value |

00010 00000000800-500141 ACTUATOR AIR 3-WAY 1 1/2" VALVE 104569
            1 Each              633.18                    633.18
         Your material number 104569

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

| | | |
|---|---|---|
| PO number/date | | Page |
| 4503763848 / 11/21/2008 | | 2 |

| Item | Material | Description | | | Fixed |
|---|---|---|---|---|---|
| | Order qty. | Unit | Price per unit | Net value | |

Tot.net item val. excl. tax USD                     633.18

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



☒Close Window

AR-36902

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4609 084 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **11/26/2008** |
| | 11:27 A.M. |
| Delivered To: | NACOGDOCHES, TX, US |
| Signed By: | PRICE |
| Service: | GROUND |

Tracking results provided by UPS: 01/23/2009 12:15 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**

dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621



**F.P.E.C. CORPORATION OF ARKANSAS**

FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

| # DATE | # INVOICE |
|---|---|
| 11/28/2008 | AR-36926 |

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:   ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-5000

**SHIP TO:**
PILGRIM'S PRIDE    (ELB   GA)
1129 OLD MIDDLETON ROAD
ELBERTON,, GA 30635

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10703 | 4503766574 | COLLECT | Net 15 | A29881 | A27806 | 11/25/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 3.00 | 3.00 | 0.00 | 100166 | CANI FILT 850 LARG | | 61.56 | $184.68 |
| | | | | *REF: 0000000800-290358* | | | |

|  |  |
|---|---|
| **SALES AMOUNT:** | **$184.68** |

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR  72764**

| **TOTAL:** | **$184.68** |
|---|---|



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503766574 / 11/25/2008
Contact Person/Telephone
Thomas Loving OEM/903-434-1962
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                          Delivery date:    Day 12/01/2008
ELBERTON GEORGIA PREPARED FOODS
ELBERTON GEORGIA PREPARED FOODS
1129 Old Middleton Road
Elberton GA  30635

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|-----|-----|-------|
| Order qty. | | Unit | Price per unit | Net value | |
| 00010 | 00000000800-290358 | FILTER AIR VAC 7.5HP VACUM PUMP 100166 | | | |
| | 3 Each | | 61.56 | | 184.68 |

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR   72764-4722

PO number/date
4503766574 / 11/25/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|----------------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                184.68

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

UPS: Tracking Information



Close Window

*AR-36926*

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4585 411 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/01/2008 12:24 P.M. |
| Delivered To: | ELBERTON, GA, US |
| Signed By: | J D |
| Service: | GROUND |
| Multiple Packages: | 2 |

Tracking results provided by UPS: 01/23/2009 12:14 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727  Fax: (562) 802.8621

# FPEC
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392  Fax: (479) 751.9399

## DATE
11/28/2008

## INVOICE
AR-36927

**SOLD TO:**
PILGRIM'S PRIDE
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG, TX 75686

**SHIP TO:**
PILGRIM'S PRIDE (BOA  AL)
#2 GOLDKIST STREET
BOAZ,, AL 35957

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10201 | 4503767351 | COLLECT | Net 15 | A29882 | A27808 | 11/25/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 10000069 | PLAST CARR GUIDE BUSH VL8 <br> *REF: 00000000800-487021* | | 32.45 | $32.45 |

**SALES AMOUNT:**          $32.45

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**          $32.45



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR 72764-4722

## Purchase order

PO number/date
4503767351 / 11/25/2008
Contact Person/Telephone
Thomas Loving OEM/903-434-1962
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:   Day 12/02/2008
Boaz Prepared Foods
Boaz Prepared Foods
Gold Kist Street
Boaz AL 35957

Payt. terms: Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| | Order qty. | Unit | Price per unit | Net value | |
| 00010 | 00000000800-487021 | ROLLER GUIDE 10000069 | | | |
| | 1 Each | | 32.45 | | 32.45 |

Buyer Signature:_____  ____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR 72764-4722

PO number/date
4503767351 / 11/25/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD 32.45

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.



⊠Close Window

AR-36927

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 03 4545 873 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | **12/01/2008** 9:26 A.M. |
| Delivered To: | BOAZ, AL, US |
| Signed By: | SWEARENGEN |
| Service: | GROUND |

Tracking results provided by UPS:  01/23/2009 11:34 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
13623 Pumice Street
Santa Fe Springs, CA 90670
Tel: (562) 802.3727    Fax: (562) 802.8621

**FPEC**
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
2216 Ford Avenue
Springdale, AR 72764
Tel: (479) 751.9392    Fax: (479) 751.9399

**DATE**
11/28/2008

**INVOICE**
AR-36928

| SOLD TO: | SHIP TO: |
|---|---|
| PILGRIM'S PRIDE CORPORATION<br>ATTN:  ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG,, TX 75686-5000 | PILGRIM'S PRIDE    (ELB   GA)<br>1129 OLD MIDDLETON ROAD<br>ELBERTON,, GA 30635 |

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10703 | 4503716834 | COLLECT | Net 15 | A29883 | A27809 | 11/25/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | 0.00 | 104313 | ELEC PV PLUS 7" W/FPEC SFTWRE<br>REF: 00000000800-303439<br>PRE-PROGRAMMED FOR S/N 7620 | | 2,866.00 | $2,866.00 |

SALES AMOUNT:      $2,866.00

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**      **TOTAL:**      $2,866.00



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503716834 / 11/25/2008
Contact Person/Telephone
Kasie Poole CSR/903-434-1297
Our fax number
972-290-4554
Our Email
Kasie.Poole@pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                        Delivery date:   Day 12/02/2008
ELBERTON GEORGIA PREPARED FOODS
ELBERTON GEORGIA PREPARED FOODS
1129 Old Middleton Road
Elberton GA  30635

Payt. terms:  Within 30 days Due net                        Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | Description | | | Fixed |
|------|----------|-------------|------|-----------|-------|
| | Order qty. | Unit | Price per unit | Net value | |
| 00010 | 00000000800-303439 | PAD TOUCH SCREEN 104313 | | | |
| | 1 Each | | 2,866.00 | | 2,866.00 |
| | | TOUCH SCREEN PAD | | | |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all
persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to
affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter
60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and
the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated
herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR   72764-4722

PO number/date
4503716834 / 11/25/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|---|-------------|---|---|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

PLEASE SHIP UPS RED NEXT DAY AIR

Tot.net item val. excl. tax USD          2,866.00

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

☒Close Window

AR-36928

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 716 113 01 4727 800 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 11/26/2008<br>11:14 A.M. |
| Delivered To: | ELBERTON, GA, US |
| Signed By: | L M |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 01/23/2009 12:14 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

**F.P.E.C. CORPORATION**
dba FOOD PROCESSING EQUIPMENT CORPORATION
**13623 Pumice Street**
**Santa Fe Springs, CA 90670**
Tel: (562) 802.3727    Fax: (562) 802.8621

**FPEC**
Food Processing Equipment Co.

**F.P.E.C. CORPORATION OF ARKANSAS**
FOOD PROCESSING EQUIPMENT CORPORATION
**2216 Ford Avenue**
**Springdale, AR 72764**
Tel: (479) 751.9392    Fax: (479) 751.9399

**DATE**
12/3/2008

**INVOICE**
AR-36971

**SOLD TO:**
PILGRIM'S PRIDE CORPORATION
ATTN:   ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG,, TX 75686-0093

**SHIP TO:**
PILGRIM'S PRIDE DONT USE (MAI MO
214 S. MAIN STREET
MOOREFIELD,, WV 26836

| CUSTOMER # | CUSTOMER PO | SHIP VIA | TERMS | PACKLIST | ORDER ID | SHIPPED DATE |
|---|---|---|---|---|---|---|
| 10694 | 4503768454 | COLLECT | Net 30 | A29922 | A27826 | 12/1/2008 |

| ORD QTY | SHIP QTY | B/O QTY | FPEC PART # | DESCRIPTION | TX | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 4.00 | 4.00 | 0.00 | 104851 | 0541.120.179 - BUSCH EXHAUST VALVE<br>*REF: 00000000800-239957* | T | 119.00 | $476.00 |
| 1.00 | 1.00 | 0.00 | 102867 | BUSC OVER HAUL KIT RAO160<br>*REF: 00000000800-410974* | T | 912.19 | $912.19 |

**SALES AMOUNT:**      $1,388.19

It is Buyer's responsibility to maintain proper safety devices and equipment or such other
means as may be necessary to safeguard operators of all above listed equipment from
harm, and to ensure that proper & safe operating procedures are followed

**PLEASE REMIT TO: 2216 FORD AVENUE - SPRINGDALE, AR 72764**

**TOTAL:**      $1,388.19



# PILGRIM'S PRIDE PURCHASING

FPEC CORP
DBA FOOD PROCESSING EQUIPMENT CO
2216 FORD AVE
SPRINGDALE AR  72764-4722

## Purchase order

PO number/date
4503768454 / 11/26/2008
Contact Person/Telephone
Thomas Loving OEM/903-434-1962
Our fax number
972-290-4554
Our Email
OEMProcurement@Pilgrimspride.com

Your vendor number with us
112405

Please deliver to:                    Delivery date:    Day 12/08/2008
MOOREFIELD WV PREPARED FOODS
MOOREFIELD WV PREPARED FOODS
214 South Main Street
Moorefield WV  26836

Payt. terms:  Within 30 days Due net                    Currency USD

**Confirm pricing and delivery via fax or e-mail**
Confirm All Aspects of Purchase Order Within Four (4) Business Hours,
via Email or Fax.
Shipping Must Refer To Pilgrim's Routing Instructions, Using Specified
Carriers.
Ship Collect Only - 3rd Party Billing (never C.O.D. - Cash on Delivery)
Send Invoices To: P.O. Box 5000, Pittsburg, Tx 75686-0093.

| Item | Material | | Description | | | Fixed |
|------|----------|------|-------------|----------------|-----------|-------|
| | Order qty. | Unit | | Price per unit | Net value | |
| 00010 | 00000000800-239957 | | EXHAUST VALVE 0541.120.179 | | | |
| | 4 | Each | | 119.00 | | 476.00 |
| 00020 | 00000000800-410974 | | KIT OVERHAUL BUSCH RAO160 102867 | | | |
| | 1 | Each | | 912.19 | | 912.19 |

Buyer Signature:_____

Nondiscrimination. The Equal Opportunity Clause contained in section 202 of Executive Order 11246, as amended, relating to equal employment opportunity for all persons without regard to race, color, religion, sex or national origin, the Affirmative Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

# PILGRIM'S PRIDE PURCHASING

FPEC CORP
2216 FORD AVE
SPRINGDALE AR  72764-4722

PO number/date
4503768454 / 11/26/2008

Page
2

| Item | Material | | Description | | | Fixed |
|------|----------|---|-------------|---|---|-------|
| | Order qty. | Unit | | Price per unit | Net value | |

Tot.net item val. excl. tax USD                     1,388.19

---

Buyer Signature:_____

Nondiscrimination. The Equal Opporunity Clause contained in section 202 of Executive Order 11246, as ammended, relating to equal employment opporunity for all persons without regard to race, color, religion, sex or national origin, the Affirmitive Action Clause contained in 41 C.F.R.Chapter 60-250.4 relating to affirmative action obligations to disabled veterans and to veterans of the Vietnam Era and the Affirmative Action Clause contained in 41 C.F.R Chapter 60-741.4 relating to Affirmative Action obligations to disabled workers, implementing rules and regulations of the Secretary of Labor (41 C.F.R Chapter), and the utilization of small business concerns owned by socially and economically disadvantaged individuals as set forth in public law 95-50 are incorporated herein by reference.

☒Close Window

A2- 36971

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 275 025 03 5331 430 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 12/01/2008<br>11:07 A.M. |
| Delivered To: | MOOREFIELD, WV, US |
| Signed By: | HARMAN |
| Service: | GROUND |

Tracking results provided by UPS:  01/26/2009 10:00 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.