

**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

**INVOICE**

Invoice: **12934**
Page: 1 of 1
Date: 11/5/2008

| Sold To: 1220 | Ship To: 1222 |
|---|---|
| PILGRIM'S PRIDE CORPORATION<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 7568<br>USA | PILGRIM'S PRIDE CORPORATION<br>1710 WEST FRANK AVENUE<br>LUFKIN TX 75902<br>USA |

PO Number: 4503703839
Sales Rep: Terry Ray
Packing Slip: 2620

Terms: 1% 10 Net 30
Ordered: 10/10/2008

Ship Via: SEFL
Ship Date: 11/3/2008

*****DO NOT MAIL INVOICES.  PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 24.00 | 24.00 | 1222-2118<br>1222   179617 PILG NET WT WINGETT<br>16.50" X  60G  7000'  SES340  9KP | 267.65000 | 6,423.60 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/5/2008 | 6,423.60 |
| | Total | 6,423.60 |

Terms Discount: 64.24

No Returned Goods Will Be Accepted Without Proper Authorization.  Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:  **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00


EXHIBIT A



**Packaging Specialties, Inc.**

1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

Invoice: **12935**



Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| 1220 | 1222 |
| PILGRIM'S PRIDE CORPORATION<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 7568<br>USA | PILGRIM'S PRIDE CORPORATION<br>1710 WEST FRANK AVENUE<br>LUFKIN TX 75902<br>USA |

PO Number: 4503717344
Sales Rep: Terry Ray
Packing Slip: See Below

Terms: 1% 10 Net 30
Ordered: 10/20/2008

Ship Via: SEFL
Ship Date: 11/3/2008

***** DO NOT MAIL INVOICES. PAID BY B.O.L. *****

| Packing Slip | Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2618 | 72.00 | 24.00 | 1222-2111<br>1222  179829 PILG NET WT BS BST RM<br>16.50" X 60G 7000' SES340  9KP | 267.65000 | 6,423.60 |
| 2621 | 18.00 | 18.00 | 1222-2167<br>1222  178704 PILG WHOLE CUT UP<br>20.50" X 60G 7000' SES340  9KP | 305.30000 | 5,495.40 |
| 2621 | 18.00 | 18.00 | 1222-2116<br>1222  179873 PILG NET WT  THIGHS<br>20.50" X 60G 7000' SES340  9KP | 305.30000 | 5,495.40 |
| 2621 | 54.00 | 18.00 | 1222-2124<br>1222  179872  PILG NET WT DRMSTKS<br>20.50" X 60G 7000' SES340  9KP | 305.30000 | 5,495.40 |
| 2621 | 54.00 | 18.00 | 1222-2123<br>1222  179874  PILG NET WT  WINGS<br>20.50" X 60G 7000' SES340  9KP | 305.30000 | 5,495.40 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/5/2008 | 28,405.20 |
| | Total | 28,405.20 |

Terms Discount: 284.05

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

ARForm:001:00

Please Remit To: **Packaging Specialties**
PO Box 360
Fayetteville. AR 72702-0360



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

**INVOICE**

Invoice: **12936**
Page: 1 of 1
Date: 11/5/2008

**Sold To:**
1220

PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG TX 7568
USA

**Ship To:**
1222

PILGRIM'S PRIDE CORPORATION
1710 WEST FRANK AVENUE
LUFKIN TX 75902
USA

PO Number: 4503714760
Sales Rep: Terry Ray
Packing Slip: See Below

Terms: 1% 10 Net 30
Ordered: 10/21/2008

Ship Via: See Below
Ship Date: See Below

*****DO NOT MAIL INVOICES. PAID BY B.O.L.*****

SHIP VIA: SEFL & HALEY'S COMET
SHIP DATES: 11/3/08 & 11/4/08

| Packing Slip | Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|---|
| | | | Freight Charge | | 1,540.00 |
| 2619 | 18.00 | 18.00 | 1222-2115<br>1222  179803 PILG NET WT SPLT BST WR<br>19.00" X 60G 7000' SES340  9KP | 292.75000 | 5,269.50 |
| 2626 | 48.00 | 23.20 | 1222-2126<br>1222  179934 PILG NET WT TNDRLNS<br>16.50" X 60G 7000' SES340  9KP | 267.65000 | 6,209.48 |

-5269.50

**Payment Schedule**
| | Due Date | Amount |
|---|---|---|
| 1 | 12/5/2008 | 13,018.98 |
| | *Total* | 13,018.98 |

Terms Discount: 130.19

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

ARForm 001:00

Please Remit To: **Packaging Specialties**
PO Box 360
Fayetteville, AR 72702-0360



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

**INVOICE**

Invoice: **12951**
Page: 1 of 1
Date: 11/6/2008

**Sold To:**
1220

PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG TX 7568
USA

**Ship To:**
1222

PILGRIM'S PRIDE CORPORATION
1710 WEST FRANK AVENUE
LUFKIN TX 75902
USA

PO Number: 4503714760
Sales Rep: Terry Ray
Packing Slip: 2630

Terms: 1% 10 Net 30
Ordered: 10/21/2008

Ship Via: SEFL
Ship Date: 11/5/2008

*****DO NOT MAIL INVOICES. PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 18.00 | 17.20 | 1222-2125<br>1222  178859  PILGRIM  LEG QTRS<br>20.50" X 60G 7000' SES340  9KP | 305.30000 | 5,251.16 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/6/2008 | 5,251.16 |
| | **Total** | 5,251.16 |

**Terms Discount:** 52.51

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
PO Box 360
Fayetteville. AR 72702-0360

ARForm:001:00



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

**INVOICE**

Invoice: **12952**
Page: 1 of 1
Date: 11/6/2008

**Sold To:**
1220

PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG TX 7568
USA

**Ship To:**
1222

PILGRIM'S PRIDE CORPORATION
1710 WEST FRANK AVENUE
LUFKIN TX 75902
USA

PO Number: 4503725541
Sales Rep: Terry Ray
Packing Slip: 2628

Terms: 1% 10 Net 30
Ordered: 10/27/2008

Ship Via: SEFL
Ship Date: 11/5/2008

*****DO NOT MAIL INVOICES. PAID BY B.O.L.*****

| Qty Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 24.00 | 24.00 | 1222-2590<br>1222 178809 PILG NO NETWT THGHS<br>16.50" X 60G 7000' SES340 9KP | 267.65000 | 6,423.60 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 6,423.60 |
| | Total | 6,423.60 |

Terms Discount: 64.24

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties
PO Box 360
Fayetteville, AR 72702-0360**

ARForm:001:00



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

Invoice: **12953**

### INVOICE

Page: 1 of 1
Date: 11/6/2008

| Sold To: 1220 | Ship To: 1222 |
|---|---|
| PILGRIM'S PRIDE CORPORATION<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 7568<br>USA | PILGRIM'S PRIDE CORPORATION<br>1710 WEST FRANK AVENUE<br>LUFKIN TX 75902<br>USA |

PO Number: 4503725846
Sales Rep: Terry Ray
Packing Slip: 2632

Terms: 1% 10 Net 30
Ordered: 10/27/2008

Ship Via: SEFL
Ship Date: 11/5/2008

*****DO NOT MAIL INVOICES. PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 18.00 | 18.00 | 1222-2591<br>1222  193987  KROGER B/S THIGHS<br>15.00" X  60G 7000'  SES340 / 4KL | 204.10000 | 3,673.80 |

**Payments Scheduled**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 3,673.80 |
| | *Total* | 3,673.80 |

Terms Discount: 36.74

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

ARForm:001:00

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville, AR 72702-0360**



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

Invoice: 12954

## INVOICE

Page: 1 of 1
Date: 11/6/2008

**Sold To:**
1220

PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG TX 7568
USA

**Ship To:**
1058

PILGRIM'S PRIDE CORPORATION
949 INDUSTRIAL BLVD.
GAINESVILLE GA 30501
USA

PO Number: 4503712991
Sales Rep: Robbie Wyatt
Packing Slip: 2627

Terms: 1% 10 Net 30
Ordered: 10/28/2008

Ship Via: SEFL
Ship Date: 11/5/2008

*****DO NOT MAIL INVOICES.  PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 18.00 | 17.40 | 1058-2207<br>1058   193873   KROGER VP  THIGHS<br>20.50" X 60G  7000' SES340  4KL | 264.30000 | 4,598.82 |
| 18.00 | 18.00 | 1058-2202<br>1058   193874   KROGER VP   WINGS<br>20.50" X 60G  7000' SES340  4KL | 264.30000 | 4,757.40 |
| 24.00 | 24.00 | 1058-2221<br>1058   216829   HYVEE/CP FILLETS<br>16.50" X 60G  7000'  SES340  6KL | 224.45000 | 5,386.80 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 14,743.02 |
| | Total | 14,743.02 |

Terms Discount: 147.43

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:  Packaging Specialties
PO Box 360
Fayetteville, AR 72702-0360

ARForm:001:00



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

**INVOICE**

Invoice: **12955**
Page: 1 of 1
Date: 11/6/2008

| Sold To: 1220 | Ship To: 1219 |
|---|---|
| PILGRIM'S PRIDE CORPORATION<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 7568<br>USA | PILGRIM'S PRIDE CORPORATION<br>2300 HICKORY<br>DALLAS TX 75226<br>USA |

PO Number: 4503725033    Terms: 1% 10 Net 30    Ship Via: Conway Freight
Sales Rep: Terry Ray     Ordered: 10/30/2008    Ship Date: 11/6/2008
Packing Slip: 2644

*****DO NOT MAIL INVOICES. PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 445.86 | 445.86 | 9000-4001<br>ZIP FG 9000 BLUE GENERIC 350G<br>350G ARMIN 501E5ZP - PERF CAP | 56.56000 | 25,217.84 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 25,217.84 |
| | Total | 25,217.84 |

Terms Discount: 252.18

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
PO Box 360
Fayetteville, AR 72702-0360

ARForm:001:00



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

**INVOICE**

Invoice: **12956**
Page: 1 of 1
Date: 11/6/2008

**Sold To:**
1220

PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG TX 7568
USA

**Ship To:**
1219

PILGRIM'S PRIDE CORPORATION
2300 HICKORY
DALLAS TX 75226
USA

PO Number: 4503732752
Sales Rep: Terry Ray
Packing Slip: 2645

Terms: 1% 10 Net 30
Ordered: 11/3/2008

Ship Via: Conway Freight
Ship Date: 11/6/2008

*****DO NOT MAIL INVOICES. PAID BY B.O.L.*****

| Qty Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 446.06 | 446.06 | 9000-4001<br>ZIP FG 9000 BLUE GENERIC 350G<br>350G ARMIN 501E5ZP - PERF CAP | 56.56000 | 25,229.15 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 25,229.15 |
| | *Total* | 25,229.15 |

Terms Discount: 252.29

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

ARForm.001:00

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

**INVOICE**

Invoice: **12957**
Page: 1 of 1
Date: 11/6/2008

**Sold To:**
1220

PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG TX 7568
USA

**Ship To:**
1264

PILGRIM'S PRIDE CORPORATION
1129 OLD MIDDLETON ROAD
ELBERTON GA 30635
USA

PO Number: 4503714835
Sales Rep: Robbie Wyatt
Packing Slip: 2646

Terms: 1% 10 Net 30
Ordered: 10/29/2008

Ship Via: Conway Freight
Ship Date: 11/6/2008

***** DO NOT MAIL INVOICES. PAID BY B.O.L. *****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 267.22 | 267.22 | 9000-4001<br>ZIP FG 9000 BLUE GENERIC 350G<br>350G ARMIN 501E5ZP - PERF CAP | 56.56000 | 15,113.96 |

**Payment Schedule**
| | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 15,113.96 |
| | Total | 15,113.96 |

Terms Discount: 151.14

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

ARForm:001.00

Please Remit To: **Packaging Specialties**
PO Box 360
Favetteville. AR 72702-0360

**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748


INVOICE

Invoice: **12958**
Page: 1 of 1
Date: 11/6/2008

**Sold To:**
1220

PILGRIM'S PRIDE CORPORATION
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG TX 7568
USA

**Ship To:**
1117

PILGRIM'S PRIDE CORPORATION
928 MARTIN LUTHER KING JR. BLVD
NACOGDOCHES TX 75963
USA

PO Number: 4503724091
Sales Rep: Terry Ray
Packing Slip: 2647

Terms: 1% 10 Net 30
Ordered: 10/28/2008

Ship Via: Conway Freight
Ship Date: 11/6/2008

*****DO NOT MAIL INVOICES. PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 176.46 | 176.46 | 9000-4001<br>ZIP FG 9000 BLUE GENERIC 350G<br>350G ARMIN 501E5ZP - PERF CAP | 56.56000 | 9,980.58 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 9,980.58 |
| | Total | 9,980.58 |

Terms Discount: 99.81

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
PO Box 360
Fayetteville, AR 72702-0360

ARForm:001:00



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

Invoice: **12965**

**INVOICE**

Page: 1 of 1
Date: 11/10/2008

| Sold To: | Ship To: |
|---|---|
| 1220 | 1222 |
| PILGRIM'S PRIDE CORPORATION | PILGRIM'S PRIDE CORPORATION |
| ATTN: ACCOUNTS PAYABLE | 1710 WEST FRANK AVENUE |
| P.O. BOX 5000 | LUFKIN TX 75902 |
| PITTSBURG TX 7568 | USA |
| USA | |

PO Number: 4503717344    Terms: 1% 10 Net 30    Ship Via: SEFL
Sales Rep: Terry Ray    Ordered: 10/20/2008    Ship Date: 11/5/2008
Packing Slip: 2637

*****DO NOT MAIL INVOICES. PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 54.00 | 18.00 | 1222-2123 | 305.30000 | 5,495.40 |
| | | 1222  179874  PILG NET WT  WINGS | | |
| | | 20.50" X 60G 7000' SES340 9KP | | |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/10/2008 | 5,495.40 |
| | *Total* | 5,495.40 |

Terms Discount: 54.95

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Packaging Specialties**
PO Box 360
Fayetteville, AR 72702-0360

ARForm:001:00



**Packaging Specialties, Inc.**
1663 Armstrong Avenue
Fayetteville Arkansas 72701
USA

Phone: 479-521-2580
Fax: 479-521-2748

**INVOICE**

Invoice: **13091**
Page: 1 of 1
Date: 11/24/2008

| Sold To: | Ship To: |
|---|---|
| **1220** | |
| PILGRIM'S PRIDE CORPORATION | PILGRIM'S PRIDE CORPORATION |
| ATTN: ACCOUNTS PAYABLE | ATTN: ACCOUNTS PAYABLE |
| P.O. BOX 5000 | P.O. BOX 5000 |
| PITTSBURG TX 7568 | PITTSBURG TX 756865000 |
| USA | USA |

PO Number: 4503712399
Sales Rep: Dave Grulkey

Terms: 1% 10 Net 30

Ship Date: 11/24/2008

*****DO NOT MAIL INVOICES.  PAID BY B.O.L.*****

| Qty Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 0.00 | 1.00 PC | Plate & Artwork Charge | 329.46000 | 329.46 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/24/2008 | 329.46 |
| | **Total** | 329.46 |

Terms Discount:   3.29

No Returned Goods Will Be Accepted Without Proper Authorization.  Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00