**PACMAC, INC.**
Pacmac
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 22874**

## INVOICE

Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2245** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | BOAZ PREPARED FOODS |
| P.O. BOX 5000 | GOLD KIST STREET |
| PITTSBURG TX 75686-5000 | BOAZ AL 35957 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4200046836 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 10/29/2008 | Ship Via: DELIVER |
| Packing Slip: 2592 | | |
| Sales Order: 2500 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. | Ship Date: 11/4/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | R9218-0002WQ   REPAIRED SERVO CONTROLLER | 2,425.00000 | 2,425.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/20/2008 | 2,425.00 |
| | *Total* | 2,425.00 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:

**Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00


EXHIBIT
B

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0523
Fax: 479-521-2448

**Invoice: 22875**

## INVOICE

Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2460 |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE EL DORADO |
| P.O. BOX 5000 | 1810 SOUTH WEST AVENUE |
| PITTSBURG TX 75686-5000 | EL DORADO AR 71730 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503727311 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/3/2008      Ship Via: UPS Ground |
| Packing Slip: 2709 | |
| Sales Order: 2603 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX.     Ship Date: 11/3/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. |
| | SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2.00 | 2.00 | 9211-0019 | BELT | 24.40000 | 48.80 |
| 2.00 | 2.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 6.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/20/2008 | 54.80 |
| | *Total* | 54.80 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:     **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0526
Fax: 479-521-2448

**Invoice: 22876**

## INVOICE

Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2194** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | SUMTER FRESH PLANT |
| P.O. BOX 5000 | 2050 HIGHWAY 15 SOUTH |
| PITTSBURG TX 75686-5000 | SUMTER SC 29150 |
| UNITED STATES | UNITED STATES |

PO Number: 4503727312  
Sales Rep: Frank Terminella  
Packing Slip: 2711

Terms: Net 15 Days  
Ordered: 11/3/2008        Ship Via: UPS Ground

Sales Order: 2605

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD  
NO MORE THAN ONE PO PER BOX.        Ship Date: 11/3/2008  
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.  
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9502-0116 | JUNCTION BOX | 73.60000 | 73.60 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/20/2008 | 73.60 |
| | *Total* | 73.60 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:     **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 22877**

## INVOICE

Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2460** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE EL DORADO |
| P.O. BOX 5000 | 1810 SOUTH WEST AVENUE |
| PITTSBURG TX 75686-5000 | EL DORADO AR 71730 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503718880 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/3/2008 | Ship Via: DELIVER |
| Packing Slip: 2714 | | |
| Sales Order: 2608 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/3/2008 |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | 9502-0035   ROTARY ACTUATOR | 1,687.50000 | 1,687.50 |

| | |
|---|---|
| Freight Charge | 250.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/20/2008 | 1,937.50 |
| | *Total* | 1,937.50 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.
PO Box 360
Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

**Pacmac**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 22878**

## INVOICE

Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503728904 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/4/2008     Ship Via: UPS Ground |
| Packing Slip: 2739 | |

Sales Order: 2632

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
Ship Date: 11/4/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 2.00 | 2.00 | 9509-0021     ROD END | 55.00000 | 110.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/20/2008 | 110.00 |
| | *Total* | 110.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:     **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice:** **22879**

## INVOICE

Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2194 |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | SUMTER FRESH PLANT |
| P.O. BOX 5000 | 2050 HIGHWAY 15 SOUTH |
| PITTSBURG TX 75686-5000 | SUMTER SC 29150 |
| UNITED STATES | UNITED STATES |

PO Number: 4503737943
Sales Rep: Frank Terminella
Packing Slip: 2743

Terms: Net 15 Days
Ordered: 11/4/2008
Ship Via: UPS Ground

Sales Order: 2636

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date: 11/4/2008

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2.00 | 2.00 | 9203-0012 | HEATER BAR .20 TIP | 595.05000 | 1,190.10 |

| | Payment Schedule | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/20/2008 | 1,190.10 |
| | **Total** | 1,190.10 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Favetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 22880**

## INVOICE

Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2333** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | ATTN: MAINTENANCE STOCKROOM |
| P.O. BOX 5000 | 1300 MARKET STREET |
| PITTSBURG TX 75686-5000 | CHATTANOOGA TN 37402 |
| UNITED STATES | UNITED STATES |

PO Number: 4503737942
Sales Rep: Frank Terminella
Packing Slip: 2744

Terms: Net 15 Days
Ordered: 11/4/2008
Ship Via: UPS Ground

Sales Order: 2637

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date: 11/4/2008

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2.00 | 2.00 | 9200-0059 | LINEAR BEARING | 19.82000 | 39.64 |
| 1.00 | 1.00 | 9202-0011 | MAYME LEVER | 183.06000 | 183.06 |
| 4.00 | 4.00 | 9200-0040 | BRAKE PAD | 83.20000 | 332.80 |
| 23.00 | 23.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 69.00 |
| 7.00 | 7.00 | 9202-0071 | KNIFE PIN | 1.80000 | 12.60 |
| 9.00 | 9.00 | 9212-0025-15 | SKIRT 26.850 | 98.00000 | 882.00 |
| 6.00 | 6.00 | 9502-0071 | KNIFE PIN | 1.20000 | 7.20 |
| 1.00 | 1.00 | 9200-0042 | SENSOR | 88.00000 | 88.00 |
| 5.00 | 5.00 | 9202-0118 | GROUNDING LUG | 2.25000 | 11.25 |
| 4.00 | 4.00 | 9502-0062 | TUBING CONNECTOR | 25.00000 | 100.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/20/2008 | 1,725.55 |
| | *Total* | 1,725.55 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Favetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

**Pacmac**
®

Phone: 479-521-0523
Fax: 479-521-2448

**Invoice: 22881**

## INVOICE

Page: 1 of 1
Date: 11/5/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2446** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE ELBERTON |
| P.O. BOX 5000 | 1129 OLD MIDDLETON ROAD |
| PITTSBURG TX 75686-5000 | ELBERTON GA 30635 |
| UNITED STATES | UNITED STATES |

PO Number: 4503716616
Sales Rep: Frank Terminella
Packing Slip: 2756

Terms: Net 15 Days
Ordered: 11/4/2008                Ship Via: UPS Ground

Sales Order: 2651

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.                Ship Date: 11/4/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 24.00 | 24.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 72.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/20/2008 | 72.00 |
| | *Total* | 72.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:        **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 22943**

### INVOICE

Page: 1 of 1
Date: 11/6/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

PO Number: 4503738885
Sales Rep: Frank Terminella
Packing Slip: 2771

Terms: Net 15 Days
Ordered: 11/5/2008     Ship Via: UPS Ground

Sales Order: 2667

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.    Ship Date: 11/5/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9509-0008B | TRANSDUCER | 1,465.30000 | 1,465.30 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 11/21/2008 | 1,465.30 |
| | *Total* | 1,465.30 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
                        **PO Box 360**
                        **Favetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-9525
Fax: 479-521-2448

**Invoice: 22944**



### INVOICE

Page: 1 of 1
Date: 11/6/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2460** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE EL DORADO |
| P.O. BOX 5000 | 1810 SOUTH WEST AVENUE |
| PITTSBURG TX 75686-5000 | EL DORADO AR 71730 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503720391 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/5/2008 | Ship Via: UPS Ground |
| Packing Slip: 2780 | | |
| Sales Order: 2676 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. | Ship Date: 11/5/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. | |
| | SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 3.00 | 3.00 | 9512-0025-12.5    SKIRT 23 7/8" | 98.00000 | 294.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/21/2008 | 294.00 |
| | *Total* | 294.00 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:      **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001.00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 22945**

## INVOICE

Page: 1 of 1
Date: 11/6/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

PO Number: 4503720392
Sales Rep: Frank Terminella
Packing Slip: 2781

Terms: Net 15 Days
Ordered: 11/5/2008

Ship Via: UPS Ground

Sales Order: 2677

Ship Date: 11/5/2008

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 3.00 | 3.00 | 9202-0037 | AIR CYLINDER | 122.18000 | 366.54 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/21/2008 | 366.54 |
| | **Total** | 366.54 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:

**Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-5325
Fax: 479-521-2448

**Invoice: 22999**

## INVOICE

Page: 1 of 1
Date: 11/7/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2194** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | SUMTER FRESH PLANT |
| P.O. BOX 5000 | 2050 HIGHWAY 15 SOUTH |
| PITTSBURG TX 75686-5000 | SUMTER SC 29150 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503717782 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/6/2008 Ship Via: UPS Ground |
| Packing Slip: 2816 | |
| Sales Order: 2709 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. Ship Date: 11/6/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 10.00 | 10.00 | 9202-0118 | GROUNDING LUG | 2.25000 | 22.50 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/22/2008 | 22.50 |
| | *Total* | 22.50 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice:   23000**

### INVOICE

Page:     1 of 1
Date:     11/7/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2122 |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>NACOGDOCHES PREPARED FOODS<br>928 MARTIN L. KING JR. BLVD.<br>NACOGDOCHES TX 75963<br>UNITED STATES |

PO Number:  4503736118
Sales Rep:  Frank Terminella
Packing Slip: 2817

Terms: Net 15 Days
Ordered: 11/6/2008          Ship Via:  UPS Ground

Sales Order:  2710

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.          Ship Date:  11/6/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 10.00 | 10.00 | 9202-0074-4 | MALE RECEPTACLE | 58.82000 | 588.20 |
| 10.00 | 10.00 | 9202-0074-3 | FEMALE CONNECTOR | 58.82000 | 588.20 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/22/2008 | 1,176.40 |
| | *Total* | 1,176.40 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:     **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**

*Pacmac*

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone:    479-521-0525
Fax:       479-521-2448

**Invoice:    23001**

| INVOICE |
| --- |

Page:     1 of 1
Date:     11/7/2008

| Sold To: | Ship To: |
| --- | --- |
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

| | | |
| --- | --- | --- |
| PO Number:  4503736119 | Terms: Net 15 Days | |
| Sales Rep:   Frank Terminella | Ordered:  11/6/2008 | Ship Via:  UPS Ground |
| Packing Slip: 2818 | | |
| Sales Order:  2711 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date:  11/6/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
| --- | --- | --- | --- | --- | --- |
| 30.00 | 30.00 | 9500-11 | 3/16" SPIRAL WRAP | 2.06000 | 61.80 |

| Payment Schedule | | |
| --- | --- | --- |
| | Due Date | Amount |
| 1 | 11/22/2008 | 61.80 |
| | *Total* | 61.80 |

No Returned Goods Will Be Accepted Without Proper Authorization.  Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.
PO Box 360
Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone:  479-521-0525
Fax:  479-521-2448

**Pacmac**

**Invoice:  23002**

## INVOICE

Page:  1 of 1
Date:  11/7/2008

| Sold To:<br>2220<br><br>PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | Ship To:<br>2213<br><br>PILGRIM'S PRIDE INCORPORATED<br>DALLAS PREPARED FOODS<br>2300 HICKORY<br>DALLAS TX 75226<br>UNITED STATES |
|---|---|

| | |
|---|---|
| PO Number:  4503739975 | Terms: Net 15 Days |
| Sales Rep:  Frank Terminella | Ordered: 11/6/2008          Ship Via:  UPS Ground |
| Packing Slip: 2827 | |

Sales Order:  2719

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.                    Ship Date:  11/6/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 5.00 | 5.00 | 9212-0022-15     BAND 27.050 | 24.00000 | 120.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/22/2008 | 120.00 |
| | **Total** | 120.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:     **Pacmac, inc.**
**PO Box 360**
**Favetteville. AR 72702-0360**

ARForm:001:00

# Pacmac

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23048**

## INVOICE

Page: 1 of 1
Date: 11/10/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2043** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | RUSSELLVILLE FRESH PLANT |
| P.O. BOX 5000 | 2045 HWY 244 |
| PITTSBURG TX 75686-5000 | RUSSELLVILLE AL 35653 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503718814 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/7/2008 | Ship Via: UPS Ground |
| Packing Slip: 2849 | | |
| Sales Order: 2741 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/7/2008 |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | 9200-0070   CABLE | 52.00000 | 52.00 |
| 10.00 | 10.00 | 9200-0057   BEARING STAINLESS STEEL | 7.80000 | 78.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/25/2008 | 130.00 |
| | **Total** | 130.00 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0925
Fax: 479-521-2448

**Pacmac** ®

**Invoice:** **23140**

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2333** |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>ATTN: MAINTENANCE STOCKROOM<br>1300 MARKET STREET<br>CHATTANOOGA TN 37402<br>UNITED STATES |

PO Number: 4503708799
Sales Rep: Frank Terminella
Packing Slip: 2200

Terms: Net 15 Days
Ordered: 10/16/2008

Ship Via: UPS Ground

Sales Order: 2128

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date: 11/12/2008

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9212-0003-15 | FORMING COLLAR | 3,031.25000 | 3,031.25 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 3,031.25 |
| | **Total** | 3,031.25 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:

**Pacmac, Inc.**
**PO Box 360**
**Favetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone:   479-521-0525
Fax:   479-521-2448

**Invoice:  23141**

## INVOICE

Page:  1 of 1
Date:  11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503738692 | Terms: Net 15 Days |
| Sales Rep:  Frank Terminella | Ordered: 11/10/2008 |
| Packing Slip: 2880 | Ship Via:  UPS Overnight (Next Day) |
| Sales Order:  2772 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. |
| | Ship Date:  11/10/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9200-0049 | TERMINAL STRIP | 29.12000 | 29.12 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 29.12 |
| | *Total* | 29.12 |

No Returned Goods Will Be Accepted Without Proper Authorization.  Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

Pacmac
®
INCORPORATED

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice:** **23142**

| INVOICE |
|---|

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2446** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE ELBERTON |
| P.O. BOX 5000 | 1129 OLD MIDDLETON ROAD |
| PITTSBURG TX 75686-5000 | ELBERTON GA 30635 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503746837 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/10/2008 | |
| Packing Slip: 2885 | | Ship Via: UPS Ground |
| Sales Order: 2777 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/10/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 6.00 | 6.00 | 9211-0019 | BELT | 24.40000 | 146.40 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 146.40 |
| | *Total* | 146.40 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701



| | |
|---|---|
| Phone: | 479-521-6525 |
| Fax: | 479-521-2448 |

**Invoice:** 23143

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503746836 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/10/2008 | Ship Via: UPS Overnight |
| Packing Slip: 2886 | | (Next Day) |
| | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD | |
| Sales Order: 2778 | NO MORE THAN ONE PO PER BOX. | Ship Date: 11/10/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. | |
| | SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9209-0005B | HORN | 600.00000 | 600.00 |
| 1.00 | 1.00 | 9209-0006BT | TITANIUM BOOSTER | 588.00000 | 588.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 1,188.00 |
| | *Total* | 1,188.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice:** **23144**

| | INVOICE | |
|---|---|---|

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503743886 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/10/2008 | Ship Via: UPS Ground |
| Packing Slip: 2902 | | |
| Sales Order: 2794 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. | Ship Date: 11/10/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. | |
| | SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9201-0001W | SERVO MOTOR | 3,015.00000 | 3,015.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 3,015.00 |
| | **Total** | 3,015.00 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00