**PACMAC, INC.**

Pacmac
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23145**

### INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2446** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE ELBERTON |
| P.O. BOX 5000 | 1129 OLD MIDDLETON ROAD |
| PITTSBURG TX 75686-5000 | ELBERTON GA 30635 |
| UNITED STATES | UNITED STATES |

PO Number: 4200050983      Terms: Net 15 Days
Sales Rep: Frank Terminella      Ordered: 11/11/2008      Ship Via: UPS Ground
Packing Slip: 2915

Sales Order: 2807      ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.      Ship Date: 11/11/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | R9518-0003    REPAIRED COMPUTER # | 190.00000 | 190.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 190.00 |
| | *Total* | 190.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:      **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

**Pacmac** 1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice:** **23146**

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2460** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE EL DORADO |
| P.O. BOX 5000 | 1810 SOUTH WEST AVENUE |
| PITTSBURG TX 75686-5000 | EL DORADO AR 71730 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503722326 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/11/2008 | Ship Via: UPS Ground |
| Packing Slip: 2920 | | |
| Sales Order: 2812 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. | Ship Date: 11/11/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. | |
| | SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 4.00 | 4.00 | 9200-0023 | SPRING GUIDE | 8.00000 | 32.00 |

| | |
|---|---|
| Freight Charge | 8.30 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 40.30 |
| | *Total* | 40.30 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23147**

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

PO Number: 4503730594
Sales Rep: Frank Terminella
Packing Slip: 2921

Terms: Net 15 Days
Ordered: 11/11/2008    Ship Via: UPS Ground

Sales Order: 2813

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date: 11/11/2008

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 12.00 | 12.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 36.00 |
| 1.00 | 1.00 | 9200-0078 | SPRING | 6.20000 | 6.20 |
| 1.00 | 1.00 | 9216-0007 | PRESSURE SWITCH | 206.54000 | 206.54 |
| 2.00 | 2.00 | 9220-0001 | ANGLE | 52.00000 | 104.00 |
| 4.00 | 4.00 | 9220-0003 | BELT | 36.54000 | 146.16 |
| 2.00 | 2.00 | 9212-0022-14 | BAND 25.050 | 24.00000 | 48.00 |
| 1.00 | 1.00 | 9200-0070 | CABLE | 52.00000 | 52.00 |
| 1.00 | 1.00 | 9202-0074-4 | MALE RECEPTACLE | 58.82000 | 58.82 |

| Freight Charge | 13.60 |
|---|---|

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 671.32 |
| | *Total* | 671.32 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23148**

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

PO Number: 4503628985
Sales Rep: Frank Terminella
Packing Slip: 2922

Terms: Net 15 Days
Ordered: 11/11/2008    Ship Via: UPS Ground

Sales Order: 2814

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date: 11/11/2008

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | 9212-0025-12    SKIRT 20.800 | 98.00000 | 98.00 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 11/28/2008 | 98.00 |
| | *Total* | 98.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23149**

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To:<br>2220 | Ship To:<br>2213 |
|---|---|
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>DALLAS PREPARED FOODS<br>2300 HICKORY<br>DALLAS TX 75226<br>UNITED STATES |

| PO Number: 4503748938 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/11/2008 | Ship Via: UPS Ground |
| Packing Slip: 2937 | | |
| Sales Order: 2829 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/11/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 5.00 | 5.00 | 9200-0059 | LINEAR BEARING | 19.82000 | 99.10 |
| 4.00 | 4.00 | 9500-84 | CONNECTOR | 53.00000 | 212.00 |
| 1.00 | 1.00 | 9202-0077 | LH STAGER | 166.40000 | 166.40 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 477.50 |
| | *Total* | 477.50 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:  **Pacmac, Inc.**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23150**

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2122 |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>NACOGDOCHES PREPARED FOODS<br>928 MARTIN L. KING JR. BLVD.<br>NACOGDOCHES TX 75963<br>UNITED STATES |

| | |
|---|---|
| PO Number: 4503743955 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/12/2008 Ship Via: UPS Ground |
| Packing Slip: 2959 | |
| Sales Order: 2849 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD<br>NO MORE THAN ONE PO PER BOX. Ship Date: 11/12/2008<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 10.00 | 10.00 | 9502-0063    1/8" BRASS NIPPLE | 2.21000 | 22.10 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 22.10 |
| | *Total* | 22.10 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23151**

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2035** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | GUNTERSVILLE FRESH PLANT |
| P.O. BOX 5000 | 3500 LAKE GUNTERSVILLE PARK DR. |
| PITTSBURG TX 75686-5000 | GUNTERSVILLE AL 35976 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503747842 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/12/2008 | Ship Via: UPS Ground |
| Packing Slip: 2960 | | |
| Sales Order: 2850 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/12/2008 |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 2.00 | 2.00 | 9032-0001  AIR CONTROL VALVE | 167.10000 | 334.20 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 334.20 |
| | **Total** | 334.20 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23152**

## INVOICE

Page: 1 of 1
Date: 11/13/2008

| Sold To:  2220 | Ship To:  2213 |
|---|---|
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>DALLAS PREPARED FOODS<br>2300 HICKORY<br>DALLAS TX 75226<br>UNITED STATES |

| | |
|---|---|
| PO Number: 4503737082 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/12/2008 |
| Packing Slip: 2961 | Ship Via: UPS Overnight (Next Day) |

Sales Order: 2851

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date: 11/12/2008

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | 9518-0001B  US POWER SUPPLY, RACK MOUNT | 6,100.00000 | 6,100.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/28/2008 | 6,100.00 |
| | Total | 6,100.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

**PACMAC, INC.**

**Pacmac**
® INCORPORATED

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone:    479-521-0525
Fax:    479-521-2448

**Invoice:    23211**

## INVOICE

Page:    1 of 1
Date:    11/14/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503679258 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep:    Frank Terminella | Ordered: 11/13/2008 | Ship Via:  UPS Ground |
| Packing Slip: 3007 | | |
| Sales Order:  2898 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date:  11/13/2008 |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | R9518-0001B      REPAIRED US POWER SUPPLY | 330.00000 | 330.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/29/2008 | 330.00 |
| | *Total* | 330.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Favetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-1525
Fax: 479-521-2448

**Invoice: 23212**

## INVOICE

Page: 1 of 1
Date: 11/14/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2460** |
| | |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE EL DORADO |
| P.O. BOX 5000 | 1810 SOUTH WEST AVENUE |
| PITTSBURG TX 75686-5000 | EL DORADO AR 71730 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503747228 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/13/2008 | Ship Via: UPS Ground |
| Packing Slip: 3009 | | |
| Sales Order: 2900 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/13/2008 |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 3.00 | 3.00 | 9512-0025-12.5 SKIRT 23 7/8" | 98.00000 | 294.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/29/2008 | 294.00 |
| | **Total** | 294.00 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:  **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**

Phone: 479-521-5525
Fax: 479-521-2448

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

**Invoice:** **23213**

### INVOICE

Page: 1 of 1
Date: 11/14/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503747229 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/13/2008 | Ship Via: UPS Ground |
| Packing Slip: 3010 | | |

Sales Order: 2901

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.    Ship Date: 11/13/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 40.00 | 40.00 | 9202-0054 GRIPPER CORD | 3.00000 | 120.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/29/2008 | 120.00 |
| | **Total** | 120.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# *Pacmac*

**PACMAC, INC.**

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-8525
Fax: 479-521-2448

**Invoice:** **23214**

## INVOICE

Page: 1 of 1
Date: 11/14/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

PO Number: 4503739975
Sales Rep: Frank Terminella
Packing Slip: 3012

Terms: Net 15 Days
Ordered: 11/13/2008    Ship Via: UPS Ground

Sales Order: 2902

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date: 11/13/2008

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | 9212-0022-15.5    BAND 27.750 | 24.00000 | 24.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 11/29/2008 | 24.00 |
| | **Total** | 24.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**

1501 S.  ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone:    479-521-5625
Fax:        479-521-2448

**Invoice:    23215**

### INVOICE

Page:    1 of 1
Date:    11/14/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2446** |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>PILGRIM'S PRIDE ELBERTON<br>1129 OLD MIDDLETON ROAD<br>ELBERTON GA 30635<br>UNITED STATES |

| | | |
|---|---|---|
| PO Number:   4503748531 | Terms: Net 15 Days | |
| Sales Rep:    Frank Terminella | Ordered: 11/13/2008 | Ship Via:  UPS Ground |
| Packing Slip: 3020 | | |
| Sales Order:   2911 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX.<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | Ship Date:  11/13/2008 |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 16.00 | 16.00 | 9202-0054      GRIPPER CORD | 3.00000 | 48.00 |

| Payment Schedule | | |
|---|---|---|
| | **Due Date** | **Amount** |
| 1 | 11/29/2008 | 48.00 |
| | *Total* | 48.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:      **Pacmac, Inc.**
                                **PO Box 360**
                                **Fayetteville. AR 72702-0360**

ARForm:001:00



## PACMAC, INC.
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0520
Fax: 479-521-2448

**Invoice:** 23278

## INVOICE

Page: 1 of 1
Date: 11/18/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2122** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | NACOGDOCHES PREPARED FOODS |
| P.O. BOX 5000 | 928 MARTIN L. KING JR. BLVD. |
| PITTSBURG TX 75686-5000 | NACOGDOCHES TX 75963 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503751556 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/14/2008    Ship Via: UPS Ground |
| Packing Slip: 3038 | |
| Sales Order: 2926 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF FIELD NO MORE THAN ONE PO PER BOX.    Ship Date: 11/14/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. |
| | SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 20.00 | 20.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 60.00 |
| 4.00 | 4.00 | 9200-0042 | SENSOR | 88.00000 | 352.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/3/2008 | 412.00 |
| | *Total* | 412.00 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0820
Fax: 479-521-2448

**Invoice: 23279**

## INVOICE

Page: 1 of 1
Date: 11/18/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2213 |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>DALLAS PREPARED FOODS<br>2300 HICKORY<br>DALLAS TX 75226<br>UNITED STATES |

| | |
|---|---|
| PO Number: 4503748010 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/14/2008   Ship Via: UPS Ground |
| Packing Slip: 3046 | |

Sales Order: 2934

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.                          Ship Date: 11/14/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2.00 | 2.00 | 9200-0076 | AIR CYLINDER | 135.66000 | 271.32 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/3/2008 | 271.32 |
| | *Total* | 271.32 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23281**

## INVOICE

Page: 1 of 1
Date: 11/18/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2460** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE EL DORADO |
| P.O. BOX 5000 | 1810 SOUTH WEST AVENUE |
| PITTSBURG TX 75686-5000 | EL DORADO AR 71730 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503748257 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/17/2008     Ship Via: UPS Ground |
| Packing Slip: 3067 | |

| | |
|---|---|
| Sales Order: 2955 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX.    Ship Date: 11/17/2008<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 2.00 | 2.00 | 9211-0019    BELT | 24.40000 | 48.80 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/3/2008 | 48.80 |
| | **Total** | 48.80 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice:** **23282**

## INVOICE

Page: 1 of 1
Date: 11/18/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2245** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | BOAZ PREPARED FOODS |
| P.O. BOX 5000 | GOLD KIST STREET |
| PITTSBURG TX 75686-5000 | BOAZ AL 35957 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503755379 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/17/2008 | Ship Via: UPS Ground |
| Packing Slip: 3091 | | |
| Sales Order: 2979 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD | Ship Date: 11/17/2008 |
| | NO MORE THAN ONE PO PER BOX. | |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. | |
| | SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2.00 | 2.00 | 9521-0010 | HEAT ROD | 98.74000 | 197.48 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/3/2008 | 197.48 |
| | *Total* | 197.48 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23283**

## INVOICE

Page: 1 of 1
Date: 11/18/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503755377 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/17/2008    Ship Via: UPS Ground |
| Packing Slip: 3092 | |

| Sales Order: 2980 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD    Ship Date: 11/17/2008 |
|---|---|
| | NO MORE THAN ONE PO PER BOX. |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. |
| | SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | 9203-0012    HEATER BAR .20 TIP | 595.05000 | 595.05 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/3/2008 | 595.05 |
| | **Total** | 595.05 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23284**

## INVOICE

Page: 1 of 1
Date: 11/18/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>6648 HWY 15 NORTH<br>COOK PLANT<br>FARMERVILLE LA 71241<br>UNITED STATES |

PO Number: 4503755378   Terms: Net 15 Days
Sales Rep: Frank Terminella   Ordered: 11/17/2008   Ship Via: UPS Ground
Packing Slip: 3096

Sales Order: 2984

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.   Ship Date: 11/17/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext. Price |
|---|---|---|---|---|
| 1.00 | 1.00 | 9212-0017   SPREADER SUPPORT | 220.50000 | 220.50 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/3/2008 | 220.50 |
| | *Total* | 220.50 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0820
Fax: 479-521-2448

**Invoice: 23367**

## INVOICE

Page: 1 of 1
Date: 11/20/2008

| Sold To:<br>2220<br><br>PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | Ship To:<br>2248<br><br>PILGRIM'S PRIDE INCORPORATED<br>6648 HWY 15 NORTH<br>COOK PLANT<br>FARMERVILLE LA 71241<br>UNITED STATES |
|---|---|

| PO Number: 4503756582 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/18/2008 | Ship Via: UPS Ground |
| Packing Slip: 3137 | | |
| Sales Order: 3025 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD | Ship Date: 11/18/2008 |
| | NO MORE THAN ONE PO PER BOX.<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9200-0078 | SPRING | 6.20000 | 6.20 |
| 1.00 | 1.00 | 9218-0006R | PRINT REGISTRATION BASE (RED) | 243.75000 | 243.75 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/5/2008 | 249.95 |
| | *Total* | 249.95 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:

**Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0520
Fax: 479-521-2448

**Invoice: 23368**



## INVOICE

Page: 1 of 1
Date: 11/20/2008

| Sold To: | Ship To: |
|----------|----------|
| **2220** | **2446** |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>PILGRIM'S PRIDE ELBERTON<br>1129 OLD MIDDLETON ROAD<br>ELBERTON GA 30635<br>UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503757136 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/18/2008 | Ship Via: UPS Ground |
| Packing Slip: 3140 | | |
| Sales Order: 3028 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD<br>NO MORE THAN ONE PO PER BOX.<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | Ship Date: 11/18/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|-----------|----------|-------------|--|------------|-----------|
| 6.00 | 6.00 | 9502-0071 | KNIFE PIN | 1.20000 | 7.20 |
| 2.00 | 2.00 | 9212-0025-14 | SKIRT 24.85 | 98.00000 | 196.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/5/2008 | 203.20 |
| | **Total** | 203.20 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00