

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0531
Fax: 479-521-2448

**Invoice:** **23369**

| INVOICE | |
|---|---|
| | Page: 1 of 1 |
| | Date: 11/20/2008 |

| Sold To: | Ship To: |
|---|---|
| **2220** | **2245** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | BOAZ PREPARED FOODS |
| P.O. BOX 5000 | GOLD KIST STREET |
| PITTSBURG TX 75686-5000 | BOAZ AL 35957 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503737371 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/18/2008 | Ship Via: UPS Ground |
| Packing Slip: 3161 | | |
| Sales Order: 3051 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/19/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2.00 | 2.00 | 9200-0040 | BRAKE PAD | 83.20000 | 166.40 |
| 2.00 | 2.00 | 9200-0040 | BRAKE PAD | 83.20000 | 166.40 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/5/2008 | 332.80 |
| | **Total** | 332.80 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00

# Pacmac

**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0026
Fax: 479-521-2448

**Invoice: 23370**

## INVOICE

Page: 1 of 1
Date: 11/20/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2245** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | BOAZ PREPARED FOODS |
| P.O. BOX 5000 | GOLD KIST STREET |
| PITTSBURG TX 75686-5000 | BOAZ AL 35957 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503741597 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/18/2008 | Ship Via: UPS Ground |
| Packing Slip: 3162 | | |
| Sales Order: 3052 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/19/2008 |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | 9200-0040 BRAKE PAD | 83.20000 | 83.20 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/5/2008 | 83.20 |
| | **Total** | 83.20 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0021
Fax: 479-521-2448

**Invoice: 23371**

## INVOICE

Page: 1 of 1
Date: 11/20/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2333** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | ATTN: MAINTENANCE STOCKROOM |
| P.O. BOX 5000 | 1300 MARKET STREET |
| PITTSBURG TX 75686-5000 | CHATTANOOGA TN 37402 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503751600 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/18/2008 | Ship Via: UPS Ground |
| Packing Slip: 3167 | | |

| Sales Order: 3057 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/19/2008 |
|---|---|---|

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9205-0021 | ADJUSTING ROD | 48.00000 | 48.00 |
| 2.00 | 2.00 | 9202-0005S-15 | HEATER BAR LH | 647.55000 | 1,295.10 |
| 3.00 | 3.00 | 9202-0006S-15 | HEATER BAR RH | 647.55000 | 1,942.65 |
| 12.00 | 12.00 | 9200-0016 | MALE CONNECTOR | 5.72000 | 68.64 |
| 4.00 | 4.00 | 9202-0037 | AIR CYLINDER | 122.18000 | 488.72 |
| 57.00 | 57.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 171.00 |
| 34.00 | 34.00 | 9211-0019 | BELT | 24.40000 | 829.60 |
| 6.00 | 6.00 | 9202-0071 | KNIFE PIN | 1.80000 | 10.80 |
| 1.00 | 1.00 | 9212-0016 | SLEEVE | 12.00000 | 12.00 |
| 1.00 | 1.00 | 9200-0042 | SENSOR | 88.00000 | 88.00 |
| 5.00 | 5.00 | 9202-0118 | GROUNDING LUG | 2.25000 | 11.25 |
| 4.00 | 4.00 | 9200-0017 | FEMALE CONNECTOR | 5.38000 | 21.52 |
| 3.00 | 3.00 | 9202-0075 | STAGER BRACE | 93.62000 | 280.86 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/5/2008 | 5,268.14 |
| | **Total** | 5,268.14 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23372**

## INVOICE

Page: 1 of 1
Date: 11/20/2008

| Sold To:<br>2220<br><br>PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | Ship To:<br>2460<br><br>PILGRIM'S PRIDE INCORPORATED<br>PILGRIM'S PRIDE EL DORADO<br>1810 SOUTH WEST AVENUE<br>EL DORADO AR 71730<br>UNITED STATES |
|---|---|

| PO Number: 4503758745 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/19/2008 | Ship Via: UPS Ground |
| Packing Slip: 3176 | | |

| Sales Order: 3064 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD | Ship Date: 11/19/2008 |
|---|---|---|
| | NO MORE THAN ONE PO PER BOX.<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 3.00 | 3.00 | 9512-0025-12.5   SKIRT 23 7/8" | 98.00000 | 294.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/5/2008 | 294.00 |
| | *Total* | 294.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Favetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

Pacmac

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0521
Fax: 479-521-2448

**Invoice: 23373**

## INVOICE

Page: 1 of 1
Date: 11/20/2008

| Sold To: 2220 | Ship To: 2194 |
|---|---|
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>SUMTER FRESH PLANT<br>2050 HIGHWAY 15 SOUTH<br>SUMTER SC 29150<br>UNITED STATES |

| | | | |
|---|---|---|---|
| PO Number: 4503752232 | Terms: Net 15 Days | | |
| Sales Rep: Frank Terminella | Ordered: 11/19/2008 | Ship Via: UPS Overnight | |
| Packing Slip: 3177 | | (Next Day) | |
| Sales Order: 3065 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX.<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | Ship Date: 11/19/2008 | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 30.00 | 30.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 90.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/5/2008 | 90.00 |
| | **Total** | 90.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:  **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0526
Fax: 479-521-2448

**Invoice: 23374**

## INVOICE

Page: 1 of 1
Date: 11/20/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2248 |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503759477 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/19/2008 | Ship Via: UPS Ground |
| Packing Slip: 3194 | | |
| Sales Order: 3082 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. | Ship Date: 11/19/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2.00 | 2.00 | 9211-0016 | DRIVE PULLEY | 185.15000 | 370.30 |
| 1.00 | 1.00 | 9208-0063 | SHAFT | 120.00000 | 120.00 |
| 2.00 | 2.00 | 9220-0001 | ANGLE | 52.00000 | 104.00 |
| 2.00 | 2.00 | 9220-0003 | BELT | 36.54000 | 73.08 |
| 3.00 | 3.00 | 9211-0037 | FLAT SPRING | 38.00000 | 114.00 |
| 2.00 | 2.00 | 9521-0010 | HEAT ROD | 98.74000 | 197.48 |
| 2.00 | 2.00 | 9208-0007 | LH GUIDE | 112.35000 | 224.70 |
| 2.00 | 2.00 | 9208-0008 | RH GUIDE | 112.35000 | 224.70 |
| 1.00 | 1.00 | 9212-0017 | SPREADER SUPPORT | 220.50000 | 220.50 |
| 2.00 | 2.00 | 9202-0031 | FLOW CONTROL | 41.20000 | 82.40 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/5/2008 | 1,731.16 |
| | Total | 1,731.16 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

**Pacmac**

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0026
Fax: 479-521-2448

**Invoice: 23460**

## INVOICE

Page: 1 of 1
Date: 11/24/2008

| Sold To: 2220 | Ship To: 2194 |
|---|---|
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>SUMTER FRESH PLANT<br>2050 HIGHWAY 15 SOUTH<br>SUMTER SC 29150<br>UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503759648 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/20/2008 | Ship Via: UPS Ground |
| Packing Slip: 3222 | | |
| Sales Order: 3111 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD<br>NO MORE THAN ONE PO PER BOX.<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | Ship Date: 11/20/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 2.00 | 2.00 | 9211-0037 | FLAT SPRING | 38.00000 | 76.00 |
| 4.00 | 4.00 | 9500-77RX | VALVE BODY - REXROTH | 127.32000 | 509.28 |
| 1.00 | 1.00 | 9502-0111 | CABLE | 278.00000 | 278.00 |
| 1.00 | 1.00 | 9502-0112 | THREADED ADAPTER (STAINLESS) | 25.94000 | 25.94 |
| 1.00 | 1.00 | 9502-0118H | HORIZONTAL HEATER CABLE | 350.00000 | 350.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 1,239.22 |
| | **Total** | 1,239.22 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:

**Pacmac, Inc.
PO Box 360
Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0521
Fax: 479-521-2448

**Invoice: 23461**

## INVOICE

Page: 1 of 1
Date: 11/24/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503759647 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/20/2008    Ship Via: UPS Ground |
| Packing Slip: 3223 | |
| Sales Order: 3112 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD |
| | NO MORE THAN ONE PO PER BOX.    Ship Date: 11/20/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. |
| | SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 4.00 | 4.00 | 9501-0072 | GEAR | 228.00000 | 912.00 |

| | |
|---|---|
| Freight Charge | 21.27 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 933.27 |
| | **Total** | 933.27 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0626
Fax: 479-521-2448

**Invoice: 23462**

## INVOICE

Page: 1 of 1
Date: 11/24/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2213 |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503760779 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/20/2008 | |
| Packing Slip: 3225 | | Ship Via: UPS Ground |
| Sales Order: 3114 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD | |
| | NO MORE THAN ONE PO PER BOX. | Ship Date: 11/20/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. | |
| | SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 30.00 | 30.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 90.00 |
| 4.00 | 4.00 | 9212-0025-14 | SKIRT 24.85 | 98.00000 | 392.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 482.00 |
| | **Total** | 482.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone:  479-521-1020
Fax:    479-521-2448

**Invoice:  23463**

### INVOICE

Page:   1 of 1
Date:   11/24/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2194 |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | SUMTER FRESH PLANT |
| P.O. BOX 5000 | 2050 HIGHWAY 15 SOUTH |
| PITTSBURG TX 75686-5000 | SUMTER SC 29150 |
| UNITED STATES | UNITED STATES |

PO Number:  4503759721
Sales Rep:  Frank Terminella
Packing Slip:  3258

Terms: Net 15 Days
Ordered:  11/21/2008

Ship Via:  UPS Ground

Sales Order:  3145

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date:  11/21/2008

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 5.00 | 5.00 | 9200-0042 | SENSOR | 88.00000 | 440.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 440.00 |
| | **Total** | 440.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0525
Fax: 479-521-2448

**Invoice: 23523**

## INVOICE

Page: 1 of 1
Date: 11/24/2008

| Sold To:<br>2220<br><br>PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | Ship To:<br>2043<br><br>PILGRIM'S PRIDE INCORPORATED<br>RUSSELLVILLE FRESH PLANT<br>2045 HWY 244<br>RUSSELLVILLE AL 35653<br>UNITED STATES |
|---|---|

| PO Number: 4503728703 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/24/2008 | Ship Via: UPS Ground |
| Packing Slip: 3279 | | |
| Sales Order: 3166 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. | Ship Date: 11/24/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9200-0070 | CABLE | 52.00000 | 52.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 52.00 |
| | **Total** | 52.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Favetteville. AR 72702-0360**

ARForm:001:00



## PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone:
Fax: 479-521-2448

**Invoice:** **23524**

### INVOICE

Page: 1 of 1
Date: 11/24/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2446** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | PILGRIM'S PRIDE ELBERTON |
| P.O. BOX 5000 | 1129 OLD MIDDLETON ROAD |
| PITTSBURG TX 75686-5000 | ELBERTON GA 30635 |
| UNITED STATES | UNITED STATES |

| | |
|---|---|
| PO Number: 4503764594 | Terms: Net 15 Days |
| Sales Rep: Frank Terminella | Ordered: 11/24/2008      Ship Via: UPS Ground |
| Packing Slip: 3297 | |
| Sales Order: 3184 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. |
| | Ship Date: 11/24/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 4.00 | 4.00 | 9205-0065        VALVE | 15.95000 | 63.80 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 63.80 |
| | **Total** | 63.80 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:       **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-5520
Fax: 479-521-2448

**Invoice: 23525**

## INVOICE

Page: 1 of 1
Date: 11/24/2008

| Sold To:<br>2220<br><br>PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | Ship To:<br>2213<br><br>PILGRIM'S PRIDE INCORPORATED<br>DALLAS PREPARED FOODS<br>2300 HICKORY<br>DALLAS TX 75226<br>UNITED STATES |
|---|---|

| PO Number: 4503619330 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/24/2008 | Ship Via: UPS 2nd Day |
| Packing Slip: 3298 | | |
| Sales Order: 3185 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX.<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | Ship Date: 11/24/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 4.00 | 4.00 | 9502-0007 | COOLING PLATE | 540.00000 | 2,160.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 2,160.00 |
| | **Total** | 2,160.00 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**

Phone: 479-521-0429
Fax: 479-521-2448

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

**Invoice:** 23526

## INVOICE

Page: 1 of 1
Date: 11/24/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | DALLAS PREPARED FOODS |
| P.O. BOX 5000 | 2300 HICKORY |
| PITTSBURG TX 75686-5000 | DALLAS TX 75226 |
| UNITED STATES | UNITED STATES |

PO Number: 4503736605     Terms: Net 15 Days
Sales Rep: Frank Terminella     Ordered: 11/24/2008     Ship Via: UPS Ground
Packing Slip: 3300

Sales Order: 3187

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.     Ship Date: 11/24/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 6.00 | 6.00 | 9211-0019 | BELT | 24.40000 | 146.40 |
| 5.00 | 5.00 | 9200-0073 | PROBE | 22.42000 | 112.10 |
| 1.00 | 1.00 | 9500-76 | TEMPERATURE CONTROLLER | 326.00000 | 326.00 |
| 30.00 | 30.00 | 9500-11 | 3/16" SPIRAL WRAP | 2.06000 | 61.80 |
| 2.00 | 2.00 | 9218-0006 | PRINT REGISTRATION BASE | 243.75000 | 487.50 |
| 10.00 | 10.00 | 9502-0071 | KNIFE PIN | 1.20000 | 12.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 1,145.80 |
| | **Total** | 1,145.80 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:     **Pacmac, Inc.**
                              **PO Box 360**
                              **Fayetteville. AR 72702-0360**

ARForm:001:00



# Pacmac

## PACMAC, INC.
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-1520
Fax: 479-521-2448

**Invoice: 23527**

## INVOICE

Page: 1 of 1
Date: 11/24/2008

| Sold To: | Ship To: |
|---|---|
| 2220 | 2122 |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>NACOGDOCHES PREPARED FOODS<br>928 MARTIN L. KING JR. BLVD.<br>NACOGDOCHES TX 75963<br>UNITED STATES |

| PO Number: | 4503736604 | Terms: Net 15 Days | |
|---|---|---|---|
| Sales Rep: | Frank Terminella | Ordered: 11/24/2008 | Ship Via: UPS Ground |
| Packing Slip: | 3301 | | |
| Sales Order: | 3188 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. | Ship Date: 11/24/2008 |
| | | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | F2-12.5-5X12 | FUNNEL | 656.25000 | 656.25 |
| 1.00 | 1.00 | F2-13-5X12 | FUNNEL | 656.25000 | 656.25 |
| 1.00 | 1.00 | F2-14-5X12 | FUNNEL | 656.25000 | 656.25 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/9/2008 | 1,968.75 |
| | **Total** | 1,968.75 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone:    479-521-0820
Fax:      479-521-2448

**Invoice:    23572**

## INVOICE

Page:    1 of 1
Date:    11/26/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2043** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | RUSSELLVILLE FRESH PLANT |
| P.O. BOX 5000 | 2045 HWY 244 |
| PITTSBURG TX 75686-5000 | RUSSELLVILLE AL 35653 |
| UNITED STATES | UNITED STATES |

PO Number:  4503765110
Sales Rep:  Frank Terminella
Packing Slip: 3310

Terms: Net 15 Days
Ordered: 11/24/2008          Ship Via:  UPS Ground

Sales Order:  3198

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

Ship Date:  11/25/2008

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 14.00 | 14.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 42.00 |
| 2.00 | 2.00 | 9502-0007 | COOLING PLATE | 540.00000 | 1,080.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/11/2008 | 1,122.00 |
| | *Total* | 1,122.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:    **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**
1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0520
Fax: 479-521-2448

**Invoice: 23573**

### INVOICE

Page: 1 of 1
Date: 11/26/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2245** |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>BOAZ PREPARED FOODS<br>GOLD KIST STREET<br>BOAZ AL 35957<br>UNITED STATES |

| PO Number: 4503732130 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep: Frank Terminella | Ordered: 11/25/2008 | Ship Via: UPS Ground |
| Packing Slip: 3316 | | |

Sales Order: 3202

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.      Ship Date: 11/25/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | A9203-0012    HEATER BAR ASSEMBLY | 750.06000 | 750.06 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/11/2008 | 750.06 |
| | *Total* | 750.06 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:      **Pacmac, Inc.**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm;001:00

# PACMAC, INC.

Phone:    479-521-6825
Fax:      479-521-2448

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

**Invoice:    23574**

## INVOICE

Page:    1 of 1
Date:    11/26/2008

**Sold To:**
**2220**

PILGRIM'S PRIDE INCORPORATED
ATTN: ACCOUNTS PAYABLE
P.O. BOX 5000
PITTSBURG TX 75686-5000
UNITED STATES

**Ship To:**
**2446**

PILGRIM'S PRIDE INCORPORATED
PILGRIM'S PRIDE ELBERTON
1129 OLD MIDDLETON ROAD
ELBERTON GA 30635
UNITED STATES

| | |
|---|---|
| PO Number:   4503725635 | Terms: Net 15 Days |
| Sales Rep:   Frank Terminella | Ordered: 11/25/2008          Ship Via:  UPS Ground |
| Packing Slip: 3320 | |

Sales Order:  3206

ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD
NO MORE THAN ONE PO PER BOX.                Ship Date:  11/25/2008
PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.
SHIP UPS COLLECT #5568RV.

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 8.00 | 8.00 | 9211-0019 | BELT | 24.40000 | 195.20 |
| 16.00 | 16.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 48.00 |
| 8.00 | 8.00 | 9200-0059 | LINEAR BEARING | 19.82000 | 158.56 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/11/2008 | 401.76 |
| | **Total** | 401.76 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:     **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**PACMAC, INC.**

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701



Phone:  479-521-9525
Fax:  479-521-2448

**Invoice:  23575**

## INVOICE

Page:  1 of 1
Date:  11/26/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

| PO Number: 4503748258 | Terms: Net 15 Days | |
|---|---|---|
| Sales Rep:  Frank Terminella | Ordered: 11/25/2008 | Ship Via:  UPS Ground |
| Packing Slip: 3323 | | |
| Sales Order:  3209 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD NO MORE THAN ONE PO PER BOX. | Ship Date:  11/25/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. | |
| | SHIP UPS COLLECT #5568RV. | |

| Order Qty | Ship Qty | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 1.00 | 1.00 | R9518-0003  REPAIRED COMPUTER # | 600.00000 | 600.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/11/2008 | 600.00 |
| | **Total** | 600.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:  **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00

# PACMAC, INC.

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Phone: 479-521-0535
Fax: 479-521-2448

**Invoice: 23576**

## INVOICE

Page: 1 of 1
Date: 11/26/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2248** |
| PILGRIM'S PRIDE INCORPORATED | PILGRIM'S PRIDE INCORPORATED |
| ATTN: ACCOUNTS PAYABLE | 6648 HWY 15 NORTH |
| P.O. BOX 5000 | COOK PLANT |
| PITTSBURG TX 75686-5000 | FARMERVILLE LA 71241 |
| UNITED STATES | UNITED STATES |

| | | |
|---|---|---|
| PO Number: 4503766619 | Terms: Net 15 Days | |
| Sales Rep: Frank Terminella | Ordered: 11/25/2008 | Ship Via: UPS Ground |
| Packing Slip: 3336 | | |

| | |
|---|---|
| Sales Order: 3222 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD |
| | NO MORE THAN ONE PO PER BOX. Ship Date: 11/25/2008 |
| | PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX. |
| | SHIP UPS COLLECT #5568RV. |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 6.00 | 6.00 | 9202-0054 | GRIPPER CORD | 3.00000 | 18.00 |
| 1.00 | 1.00 | 9212-0022-14 | BAND 25.050 | 24.00000 | 24.00 |
| 1.00 | 1.00 | 9212-0025-14 | SKIRT 24.85 | 98.00000 | 98.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/11/2008 | 140.00 |
| | **Total** | 140.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization. Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

ARForm:001:00

Please Remit To:     **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**



**PACMAC, INC.**

1501 S. ARMSTRONG AVE
PO BOX 360
FAYETTEVILLE AR. 72701

Fax:  479-521-2448

**Invoice:  23577**

**INVOICE**

Page:    1 of 1
Date:   11/26/2008

| Sold To: | Ship To: |
|---|---|
| **2220** | **2213** |
| PILGRIM'S PRIDE INCORPORATED<br>ATTN: ACCOUNTS PAYABLE<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE INCORPORATED<br>DALLAS PREPARED FOODS<br>2300 HICKORY<br>DALLAS TX 75226<br>UNITED STATES |

| PO Number: | 4503738692 | Terms: Net 15 Days | |
|---|---|---|---|
| Sales Rep: | Frank Terminella | Ordered: 11/25/2008 | Ship Via: UPS Overnight |
| Packing Slip: | 3345 | | (Next Day) |
| Sales Order: | 3231 | ENTER #AI0390 IN THE 1ST REF FIELD. ENTER PO# IN 2ND REF. FIELD<br>NO MORE THAN ONE PO PER BOX.<br>PACKING LIST SHOULD BE PLACED IN P/S ENVELOPE OUTSIDE OF BOX.<br>SHIP UPS COLLECT #5568RV. | Ship Date:  11/25/2008 |

| Order Qty | Ship Qty | Part Number/Description | | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 1.00 | 1.00 | 9502-0118H | HORIZONTAL HEATER CABLE | 350.00000 | 350.00 |

| Payment Schedule | | |
|---|---|---|
| | Due Date | Amount |
| 1 | 12/11/2008 | 350.00 |
| | **Total** | 350.00 |

No Returned Goods Will Be Accepted Without Proper
Authorization.  Shortages Must Be Reported Within 7 Days After
Receipt of Goods Before Claim Can Be Honored.

Please Remit To:   **Pacmac, Inc.**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00