

**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-0200
Fax: 770-534-0638

**Invoice: 31388**

# INVOICE

Page: 1 of 1
Date: 11/6/2008

| Sold To: | Ship To: |
|---|---|
| **3019** | **3136** |
| PILGRIM'S PRIDE CORPORATION<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE - SANFORD<br>484 ZIMMERMAN ROAD<br>SANFORD NC 27330<br>UNITED STATES |

PO Number: 4503696882
Sales Rep: Robbie Wyatt
Packing Slip: 1425
Terms: 1% 10 Net 30
Ordered: 10/7/2008
Ship Via: Southeastern Freigl
Ship Date: 11/3/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 24.00 | 27.00 | 3136-2065<br>183715 (600-133565) 17.5" X 60 GA X 7000' PRINTED CRYOVAC FILM SES340/OSSID500E/A/P#/9KP/SIGNATU RE FARM FRESH | 278.05000 | 7,507.35 |

X 6940.35
567.00 X

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 7,507.35 |
| | *Total* | 7,507.35 |

**Terms Discount:** 75.07

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00






**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31389**

# INVOICE

Page: 1 of 1
Date: 11/6/2008

| Sold To: | Ship To: |
|---|---|
| **3019** | **3040** |
| PILGRIM'S PRIDE CORPORATION<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE - GUNTERSVILLE<br>3500 LAKE GUNTERSVILLE<br>HWY. 227<br>GUNTERSVILLE AL 35976<br>UNITED STATES |

PO Number: 4503714807
Sales Rep: Robbie Wyatt
Packing Slip: 1424
Terms: 1% 10 Net 30
Ordered: 10/23/2008
Ship Via: Southeastern Freigl
Ship Date: 11/3/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 54.00 | 55.00 | 3040-2090<br>#8 GENERIC (600-133742) 21" X 60 GA X 7000' PRINTED CRYOVAC FILM SES340/OSSID500E/NO A/P#/8KP/BASE BRAND VILLAGE MARKET | 309.45000 | 17,019.75 |
| 40.00 | 40.00 | 3040-2091<br>#25 GENERIC (600-133743) 21" X 60 GA X 7000' PRINTED CRYOVAC FILM SES340/OSSID500E/NO A/P#/8KP/BASE BRAND VILLAGE MARKET | 309.45000 | 12,378.00 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 29,397.75 |
| | *Total* | 29,397.75 |

**Terms Discount:** 293.98

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm 001:00



**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31390**

# INVOICE

Page: 1 of 1
Date: 11/6/2008

| Sold To: | Ship To: |
|---|---|
| 3019 | 3040 |
| PILGRIM'S PRIDE CORPORATION<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE - GUNTERSVILLE<br>3500 LAKE GUNTERSVILLE<br>HWY. 227<br>GUNTERSVILLE AL 35976<br>UNITED STATES |

PO Number: 4503717006
Sales Rep: Robbie Wyatt
Packing Slip: 1422

Terms: 1% 10 Net 30
Ordered: 10/24/2008

Ship Via: Southeastern Freigl
Ship Date: 11/3/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 90.00 | 18.00 | 3040-2089<br>250830 (600-133581) 21" X 60 GA X 7000' PRINTED CRYOVAC FILM SES340/OSSID500E/NO A/P#/8KP/BASE BRAND VILLAGE MARKET | 309.45000 | 5,570.10 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 5,570.10 |
| | **Total** | 5,570.10 |

**Terms Discount:** 55.70

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00




**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31392**

# INVOICE

Page: 1 of 1
Date: 11/6/2008

**Sold To:**
**3019**

PILGRIM'S PRIDE CORPORATION
P.O. BOX 5000
PITTSBURG TX 75686-5000
UNITED STATES

**Ship To:**
**3041**

PILGRIM'S PRIDE - LIVE OAK
HWY. 90 WEST
LIVE OAK FL 32060
UNITED STATES

PO Number: 4503728358
Sales Rep: Robbie Wyatt
Packing Slip: 1432

Terms: 1% 10 Net 30
Ordered: 11/3/2008

Ship Via: FedEx Freight
Ship Date: 11/4/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 8.00 | 8.00 | 3041-2055<br>23562 16.5 X 60 X 7000 PRINTED<br>CRYOVAC FILM<br>SES340/OSS500E/P#/NOA/6<br>COLOR LINE/600-132775 | 224.45000 | 1,795.60 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 1,795.60 |
| | *Total* | 1,795.60 |

**Terms Discount:** 17.96

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00



**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31393**

# INVOICE

Page: 1 of 1
Date: 11/6/2008

**Sold To:**
**3019**

PILGRIM'S PRIDE CORPORATION
P.O. BOX 5000
PITTSBURG TX 75686-5000
UNITED STATES

**Ship To:**
**3041**

PILGRIM'S PRIDE - LIVE OAK
HWY. 90 WEST
LIVE OAK FL 32060
UNITED STATES

PO Number: 4503732751
Sales Rep: Robbie Wyatt
Packing Slip: 1436
Terms: 1% 10 Net 30
Ordered: 11/3/2008
Ship Via: FedEx Freight
Ship Date: 11/5/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 18.00 | 18.00 | 3041-2051<br>85905 20.5 X 60 X 7000 PRINTED CRYOVAC FILM<br>SES340/OSS500E/A/6 COLOR LINE/600-126229 | 264.30000 | 4,757.40 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/6/2008 | 4,757.40 |
| | ***Total*** | 4,757.40 |

**Terms Discount:** 47.57

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31411**

# INVOICE

Page: 1 of 1
Date: 11/10/2008

| **Sold To:** | **Ship To:** |
|---|---|
| **3019** | **3020** |
| PILGRIM'S PRIDE CORPORATION<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE - GAINESVILLE<br>949 INDUSTRIAL BLVD.<br>GAINESVILLE GA 30501<br>UNITED STATES |

PO Number: 4503698265
Sales Rep: Robbie Wyatt
Packing Slip: 1444

Terms: 1% 10 Net 30
Ordered: 10/10/2008

Ship Via: LLOYD'S
Ship Date: 11/6/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 18.00 | 18.00 | 3020-2472<br>80805 16.5 X 60 X 7000 PRINTED CRYOVAC FILM<br>SES340/OSS500E/A/6 COLOR LINE/600-126223 | 224.45000 | 4,040.10 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/10/2008 | 4,040.10 |
| | ***Total*** | 4,040.10 |

**Terms Discount:** 40.40

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm.001:00




**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31412**

# INVOICE

Page: 1 of 1
Date: 11/10/2008

| Sold To: | Ship To: |
|---|---|
| **3019** | **3020** |
| PILGRIM'S PRIDE CORPORATION<br>P.O. BOX 5000<br>PITTSBURG TX 75686-5000<br>UNITED STATES | PILGRIM'S PRIDE - GAINESVILLE<br>949 INDUSTRIAL BLVD.<br>GAINESVILLE GA 30501<br>UNITED STATES |

PO Number: 4503701382
Sales Rep: Robbie Wyatt
Packing Slip: 1445

Terms: 1% 10 Net 30
Ordered: 10/13/2008

Ship Via: LLOYD'S
Ship Date: 11/6/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 18.00 | 19.00 | 3020-2473<br>80905 16.5 X 60 X 7000 PRINTED<br>CRYOVAC FILM<br>SES340/OSS500E/P#/A/6<br>COLOR LINE/600-126224 | 224.45000 | 4,264.55 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/10/2008 | 4,264.55 |
| | *Total* | 4,264.55 |

**Terms Discount:** 42.65

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm:001:00



**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31414**

**INVOICE**

Page: 1 of 1
Date: 11/10/2008

**Sold To:**
**3019**

PILGRIM'S PRIDE CORPORATION
P.O. BOX 5000
PITTSBURG TX 75686-5000
UNITED STATES

**Ship To:**
**3020**

PILGRIM'S PRIDE - GAINESVILLE
949 INDUSTRIAL BLVD.
GAINESVILLE GA 30501
UNITED STATES

PO Number: 4503712991
Sales Rep: Robbie Wyatt
Packing Slip: 1446

Terms: 1% 10 Net 30
Ordered: 10/28/2008

Ship Via: LLOYD'S
Ship Date: 11/6/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 18.00 | 18.00 | 3020-2310<br>#6 TRAY 19.00" X 60G 7000' PRINTED CRYOVAC FILM SES340/OSSID500E/PUERTO RICO/NO A/P#177/6COLOR/LINE | 250.70000 | 4,512.60 |

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 12/10/2008 | 4,512.60 |
| | *Total* | 4,512.60 |

**Terms Discount:** 45.13

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00




**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31415**

# INVOICE

Page: 1 of 1
Date: 11/10/2008

**Sold To:**
**3019**

PILGRIM'S PRIDE CORPORATION
P.O. BOX 5000
PITTSBURG TX 75686-5000
UNITED STATES

**Ship To:**
**3040**

PILGRIM'S PRIDE - GUNTERSVILLE
3500 LAKE GUNTERSVILLE
HWY. 227
GUNTERSVILLE AL 35976
UNITED STATES

PO Number: 4503732855
Sales Rep: Robbie Wyatt
Packing Slip: 1461
Terms: 1% 10 Net 30
Ordered: 10/31/2008
Ship Via: Southeastern Freigl
Ship Date: 11/7/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 33.00 | 36.00 | 3040-2077<br>#25NOA (600-126895) 21"X 60G 7000'<br>PRINTED CRYOVAC FILM<br>SES340/OSSID500E/NOA/NOP/4<br>COLOR/600-126895 | 268.85000 | 9,678.60 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/10/2008 | 9,678.60 |
| | *Total* | 9,678.60 |

**Terms Discount:** 96.79

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm 001:00

**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31416**

# INVOICE

Page: 1 of 2
Date: 11/10/2008

**Sold To:**
**3019**

PILGRIM'S PRIDE CORPORATION
P.O. BOX 5000
PITTSBURG TX 75686-5000
UNITED STATES

**Ship To:**
**3041**

PILGRIM'S PRIDE - LIVE OAK
HWY. 90 WEST
LIVE OAK FL 32060
UNITED STATES

PO Number: 4503732751
Sales Rep: Robbie Wyatt
Packing Slip: 1459

Terms: 1% 10 Net 30
Ordered: 11/3/2008

Ship Via: FedEx Freight
Ship Date: 11/7/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 25.00 | 24.00 | 3041-2023<br>71505 (600-126253) 17.5" X 60 GA X 7000' PRINTED CRYOVAC FILM SES340/OSSID500E/NO A/PUBLIX PREMIUM | 237.45000 | 5,698.80 |
| 24.00 | 23.26 | 3041-2025<br>82905 (600-126254) 16.5" X 60 GA X 7000'<br>PRINTED CRYOVAC FILM SES340/OSSID500E/A PUBLIX PREMIUM | 224.45000 | 5,220.71 |
| 25.00 | 26.00 | 3041-2023<br>71505 (600-126253) 17.5" X 60 GA X 7000' PRINTED CRYOVAC FILM SES340/OSSID500E/NO A/PUBLIX PREMIUM | 237.45000 | 6,173.70 |
| 18.00 | 16.70 | 3041-2037<br>80605 17.5 X 60 X 7000 PRINTED CRYOVAC FILM SES340/OSS500E/A/6 COLOR LINE/600-126222 | 237.45000 | 3,965.42 |
| | | | Setup/Break-In Fee | 1,275.00 |
| 18.00 | 18.00 | 3041-2051 | 264.30000 | 4,757.40 |

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00



**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31416**

Page: 2 of 2
Date: 11/10/2008

# INVOICE

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| | | 85905 20.5 X 60 X 7000 PRINTED CRYOVAC FILM SES340/OSS500E/A/6 COLOR LINE/600-126229 | | |




| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/10/2008 | 27,091.03 |
| | *Total* | 27,091.03 |

**Terms Discount:** 270.91

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Favetteville. AR 72702-0360**

ARForm:001:00




**Packaging Specialties of Georgia, Inc.**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31417**

# INVOICE

Page: 1 of 1
Date: 11/10/2008

| Sold To: | Ship To: |
|---|---|
| **3019** | **3222** |
| PILGRIM'S PRIDE CORPORATION | PILGRIM'S PRIDE - LUFKIN |
| P.O. BOX 5000 | 1710 WEST FRANK AVENUE |
| PITTSBURG TX 75686-5000 | LUFKIN TX 75902 |
| UNITED STATES | UNITED STATES |

PO Number: 4503738036
Sales Rep: Terry Ray
Packing Slip: 1450

Terms: 1% 10 Net 30
Ordered: 11/4/2008

Ship Via: FedEx Freight
Ship Date: 11/6/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 18.00 | 18.00 | 3222-2001<br>#6 TRAY 19.00" X 60G 7000' PRINTED CRYOVAC FILM SES340/OSSID500E/PUERTO RICO/NO A/P#218/6COLOR/LINE | 250.70000 | 4,512.60 |

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/10/2008 | 4,512.60 |
| | ***Total*** | 4,512.60 |

**Terms Discount:** 45.13

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville, AR 72702-0360**

ARForm:001:00



**_Packaging Specialties of Georgia, Inc._**
2390 Murphy Blvd
Gainesville Georgia 30504
UNITED STATES

Phone: 770-534-2200
Fax: 770-534-0638

**Invoice: 31434**

# INVOICE

Page: 1 of 1
Date: 11/13/2008

**Sold To:**
**3019**

PILGRIM'S PRIDE CORPORATION
P.O. BOX 5000
PITTSBURG TX 75686-5000
UNITED STATES

**Ship To:**
**3136**

PILGRIM'S PRIDE - SANFORD
484 ZIMMERMAN ROAD
SANFORD NC 27330
UNITED STATES

PO Number: 4503720358
Sales Rep: Robbie Wyatt
Packing Slip: 1452

Terms: 1% 10 Net 30
Ordered: 10/28/2008

Ship Via: Southeastern Freigl
Ship Date: 11/6/2008

*****DO NOT MAIL INVOICE, PAID BY B.O.L.*****

| Qty. Ordered | Quantity | Part Number/Description | Unit Price | Ext Price |
|---|---|---|---|---|
| | | | Setup/Break-In Fee | 1,275.00 |
| 36.00 | 36.00 | 3136-2010<br>#25 TRAY-YC A 21"X 60G 7000'<br>PRINTED CRYOVAC FILM<br><br>SES340/OSSID500E/noP#/A/600-126896 | 268.85000 | 9,678.60 |

x 4839.30
x 1275.00

| Payment Schedule | Due Date | Amount |
|---|---|---|
| 1 | 12/13/2008 | 10,953.60 |
| | ***Total*** | 10,953.60 |

**Terms Discount:** 109.54

No Returned Goods Will Be Accepted Without Proper Authorization. Shortages Must Be Reported Within 7 Days After Receipt of Goods Before Claim Can Be Honored.

Please Remit To: **Packaging Specialties**
**PO Box 360**
**Fayetteville. AR 72702-0360**

ARForm 001:00