EXHIBIT A

# CAMERICAN INTERNATIONAL, INC
45 Eisenhower Drive
Paramus, NJ 07652
Tel: (201) 587-0101 Fax: (201) 587-2040

# INVOICE

| Ship To | PILGRIM'S PRIDE<br>FRANCONIA PLANT<br>471 HARLEYSVILLE PIKE<br>FRANCONIA<br>PA 18924 | | 042693<br>Invoice# | 11/26/2008<br>Invoice Date |
|---|---|---|---|---|

| Sold To | PILGRIM'S PRIDE CORP. A/P<br>PO BOX 5000<br>PITTSBURG TX 756860093<br>TX 75686-0093 | Remit To | CAMERICAN INTERNATIONAL - A/R<br>#774300<br>4300 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4003 |
|---|---|---|---|

| Customer PO | Ship Via | Warehouse | Broker |
|---|---|---|---|
| 4503617053-01 | J&E | OVERFLO/PATTIE | ATLANTIC COAST MARKETING |

| Payment Terms | Customer# | Slsm | Shipped | Freight Reference |
|---|---|---|---|---|
| 2% 10/NET 30 DAYS | 083125-0000 | 155 | 11/26/08 | 669341 |

| Product Code | Ship Qty | Description | Unit Price | Amount |
|---|---|---|---|---|
| IDTUS9LL66CS | 1,425 CS | 6/66.5 SYSCO CLASSIC SOLID WHITE TUNA -L | 58.4700 CS | 83,319.75 |
| Unit Total | 1,425 | | Invoice Total | 83,319.75 |

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# OVERFLO WAREHOUSE

PHONE: (410) 646-5[  ]
FAX: (410) 644-2224

## STRAIGHT BILL OF LADING
### ORIGINAL — NOT NEGOTIABLE

BILL OF LADING NUMBER: 11/25/2008 09:51:4
PAGE 1
BL#669341

| | |
|---|---|
| SHIPPER | CAMER CAN CAMERI C/O Overflo Warehouse, LLC 3131 ASH BLVD, BALTIMORE MD, 21230 |
| CONSIGNEE AND DESTINATION | PILGRIM'S PRIDE ANCONIA PLANT 1 HARLEYSVILLE PIKE ANCONIA, PA 18324- Cst. Order No.: 61327-1 P.O. Number...: 4503617053-01 |

669341
4503617053-01

DATE: 11/24/2008
SHIPPER'S NO.
CARRIER: J&E FRT
CARRIER'S NO. PO# 4503617053-01
BY
DELIVERING CARRIER: DAYMAR
Seal 1:
Seal 2:
CAR OR VEHICLE INITIALS & NO. 19703

| NO. PACKAGES | HM | UN# | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | |
|---|---|---|---|---|---|---|
| 1425 | | | CN 0522295---IDTU59LL65C9 Desc: 6/66.5 SYS CLS 5OL WHY TUNA QTY 1425 LOT: X1855 Loc: 601-4/CP NET: 42750.00 GRS: 42750.00 | 42750.00 | | 17080 1065 |
| 1425 | | | BILL OF LADING SUMMARY TOTALS Total Net: 42750.00 Total Grs: | 42750.00 | | |

Special Handling N[  ]
PULLED BY: ___ LOADED BY: ___
PLT IN: ___ PLT OUT: 18
PROTECT FROM FREEZING CHECKED BY
J&E Plt Bar[  ]

—Bill of Lading Notes—

PO# 4503617053-01

had to switch from Chep Plts to regular pallets - See PR

TIME IN 9:56 am
TIME OUT 12:37 pm

Seal # 2044404

OVERFLO WAREHOUSE, LLC
(S) WILLIAM F. TIMME
OVERFLO'S F.D.A. REGISTRATION NUMBER 18142707508

If charges are to be prepaid, write or stamp here, "To be Prepaid"
**PREPAID**

Mail Freight Invoice to address at lower left corner of this form.

C.O.D. Amount ___
Collection Fee ___
Total Charges ___

11-26-8
Charges Advanced

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted, marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Carrier agrees that they have counted and inspected the loading of the material and agrees to hold the Shipper/Warehouse harmless due to unsafe conditions, improper loading, damages, shortages, personal injury or liability. Carrier agrees when Shipper/Warehouse seals a trailer, it is sealed for security against terrorism acts only, and not for accountability or damages. Carrier accepts all liability.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper.

**MAIL FREIGHT BILL TO:**
Send Frt. Bill To
CAMER CAN
45 EISENHOWER DRIVE
PARAMUS, NJ 07652

CARRIER NAME: DAYMAR
DRIVER'S SIGNATURE RECEIVED: [signature] Damar Trans
PRINT DRIVER'S NAME: MATT H
TIME IN: ___
TIME OUT: ___
DATE: 11/26/08

p.4

Nov 26 08 04:12p