16