United States Department of Justice
Office of the United States Trustee
1100 Commerce Street
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
For the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In Re** | § | **Chapter 11 Cases** |
| | § | |
| **Pilgrim's Pride Corporation, et al,** | § | **Case no. 08-45664-dml** |
| | § | |
| | § | **(jointly administered)** |
| | § | |
| **Debtors-In-Possession** | § | |

**Appointment of the Official Equity Security Holders' Committee**

TO THE HONORABLE D. MICHAEL LYNN:

Pursuant to 11 U.S.C. §1102(a)(1), the United States Trustee has appointed the following persons to the Official Equity Security Holders' Committee in the above-referenced case.

1. M & G Investment Management Ltd.
   Attn: PPM America, as agent/Joel Klein
   225 W. Wacker, Suite 1200
   Chicago, IL 60606
   Tel: (312) 634-2559
   Fax: (312) 634-0728
   Joel.klein@ppmamerica.com

2. Michael Cooper
   4825 E. Crystal Lane
   Paradise Valley, AZ 85253
   Tel: (602) 510-6633
   Fax: (480) 807-4995
   mcooper@krsearch.net

The United States Trustee reserves the right to change committee membership including the right to appoint additional members.

DATED: June 18, 2009					Respectfully submitted

								WILLIAM T. NEARY
								UNITED STATES TRUSTEE

								/s/ Erin Marie Schmidt
								Erin Marie Schmidt
								Texas State Bar No.24033042
								Office of the United States Trustee
								1100 Commerce St. Room 976
								Dallas, Texas 75242
								(214) 767-8967 x235
								Erin.Schmidt2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was sent by regular first class United States mail on June 19, 2009 and via ECF on June 18, 2009 to the persons on the attached service lists and the members of the unsecured creditors committee.

								/s/ Erin Marie Schmidt
								Erin Marie Schmidt