**Pilgrim's Pride Limited Service List**
**05-18-09**


Mark A. Lawrence
Pilgrims Pride Corporation, et al.
4845 US Hwy 271 N
Pittsburg, TX 75686

Weil Gotshal & Manges LLP
Martin A. Sosland & Stephen A. Youngman
200 Crescent Ct., Ste. 300
Dallas, TX 75201-6950

Weil Gotshal & Manges LLP
Gary T. Holtzer & Victoria Vron
767 Fifth Avenue
New York, NY 10153

Kurtzman Carson Consultants LLC
Pilgrim's Pride Claims Processing Center
2335 Alaska Avenue
El Segundo, CA 90245

Office of the United States Trustee
Lisa Lambert & Erin M. Schmidt
1100 Commerce St., Room 976
Dallas, TX 75242

Andrews Kurth LLP
Jason S. Brookner
1717 Main St., Ste. 3700
Dallas, TX 75201

Andrews Kurth LLP
Paul N. Silverstein & Jonathan Levine
450 Lexington Ave
New York, NY 10017

Mr. David Boyle
Airgas Inc.
259 Radnor-Chester Rd., Ste. 100
P.O. Box 6675
Radnor, PA 19087-8675

Balch & Bingham LLP, Eric T Ray
1901 Sixth Ave N., Ste. 1500
P.O. Box 306
Birmingham, AL 35203

Barack Ferrazzano Kirschbaum & Nag
Kimberly J. Robinson Esq.
200 W Madison St., Ste. 3900
Chicago, IL 60606

Barnes & Thornburg LLP
John T. Gregg & Scott R. Murphy
300 Ottawa Ave NW Ste. 500
Grand Rapids, MI 49503

Bell Nunnally & Martin LLP
Bruce W. Akerly & Heather H. Jobe
1400 1 McKinney Plz
3232 McKinney Ave
Dallas, TX 75204-2429

DAL:724497.1

BMO Capital Markets
Brian T. Zaban, Managing Dir US Sec
115 S. LaSalle St. 13W
Chicago, IL 60603

BMO Capital Markets
Carl Blackham
111 W. Monroe St. 20th Fl W
Chicago, IL 60603

Brackett & Ellis PC
B. Scot Pierce
100 Main St.
Fort Worth, TX 76102-3090

Bradley Arant Rose & White LLP
Jay R. Bender & Molly C. Taylor
1 Federal Pl, 1819 5th Ave N
Birmingham, AL 35203

Carrington Coleman Sloman & Blumenthal
S. A. Goodwin & J. M. Sutherland & L. M. Lucas
901 Main St., Ste. 5500
Dallas, TX 75202

Chapman & Cutler LLP
James E Spiotto
111 W Monroe St.
Chicago, IL 60603-4080

Chapman and Cutler LLP
Ann E Acker
111 W Monroe St.
Chicago, IL 60603-4080

Entergy Services, Inc.
Alan H Katz Asst General Counsel
639 Loyola Ave 26th Fl
New Orleans, LA 70113

Ford Nassen & Baldwin PC
Jeffrey A Ford & Timothy D Matheny
8080 N Central Expressway Ste. 1600
Dallas, TX 75206-1819

FPC Financial fsb
Michelle Samuelson Litigation Admin
6400 NW 86th St., PO Box 6600
Johnston, IA 50131-6600

Frank Gecker LLP
Joseph D Frank
325 N LaSalle St., Ste. 625
Chicago, IL 60654

Frost Brown Todd LLC
Ronald E Gold Esq
2200 PNC Ctr 201 E 5 St.
Cincinnati, OH 45202

Fulbright & Jaworski LLP
Evelyn H Biery & Sharon M Beausoleil
1301 McKinney, Ste. 5100
Houston, TX 77010-3095

Fulbright & Jaworski LLP
Louis R Strubeck & Gregory M Wilkes
2200 Ross Ave., Ste. 2800
Dallas, TX 75201-2784

DAL:724497.1

Greenberg Traurig LLP
Bruce H White & Bryan L Elwood
2200 Ross Ave., Ste. 5200
Dallas, TX 75201

Greenberg Traurig LLP
C R Jessup Jr & B H White & B L Elwood
2200 Ross Ave., Ste. 5200
Dallas, TX 75201

Hahn Loeser & Parks LLP
Lawrence E Oscar Esq
200 Public Sq., Ste. 2800
Cleveland, OH 44114

Haynes and Boone LLP
Charles A Beckham Jr.
1 Houston Ctr.
1221 Mckinney, Ste. 2100
Houston, TX 77010

Haynes and Boone LLP
Scott Everett
2323 Victory Ave., Ste. 700
Dallas, TX 75219

Hermes Sargent Bates LLP
H. Joseph Acosta Esq.
901 Main St., Ste. 5200
Dallas, TX 75202

Hiersche Hayward Drakeley & Urbach PC
Russell W Mills & Jason M Katz
15303 Dallas Pkwy., Ste. 700
Addison, TX 75001

IKON Financial Services
Bankruptcy Administration
1738 Bass Rd, PO Box 13708
Macon, GA 31208-3708

Jones Day
Jeffrey B Ellman & Robbin S Rahman
1420 Peachtree St. NE, Ste. 800
Atlanta, GA 30309-3053

Kane Russell Coleman & Logan PC
Joseph M. Coleman & George H. Barber
3700 Thanksgiving Tower, 1601 Elm St.
Dallas, TX 75201

Kohner Mann & Kailas SC
S. C. Wisotzkey, Washington Bldg.
Barnabas Bus Ctr, 4650 N Port Wash Rd
Milwaukee, WI 53212-1059

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St., Ste. 1600
Dallas, TX 75201

Linebarger Goggan Blair & Sampson LLP
Travis Bldg
711 Navarro, Ste. 300
San Antonio, TX 78205

Greg Lowry
Locke Lord Bissell & Liddell LLP
2200 Ross Ave., Ste. 2200
Dallas, TX 75201

DAL:724497.1

| | |
|---|---|
| Mark Browning TX Atty. Gen.<br>Bankruptcy & Collections Div.<br>PO Box 12548<br>Austin, TX 78711-2548 | McCreary Veselka Bragg & Allen PC<br>Michael Reed<br>PO Box 1269<br>Round Rock, TX 78680 |
| Russell L. Munsch/Kevin M. Lippman/Joe E. Marshall<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard St.<br>Dallas, TX 75201-6659 | Moore & Van Allen PLLC<br>David B. Wheeler Esq.<br>40 Calhoun St., Ste. 300<br>P.O. Box 22828<br>Charleston, SC 29413-2828 |
| Perdue Brandon Fielder Collins & Mott<br>c/o Elizabeth Banda<br>PO Box 13430<br>Arlington, TX 76094-0430 | Neligan Foley LLP<br>David Ellerbe Esq.<br>325 N St. Paul, Ste. 3600<br>Dallas, TX 75201 |
| Riddell Williams PS<br>Joseph E Shickich Jr<br>1001 4th Ave Ste. 4500<br>Seattle, WA 98154-1192 | Richards Elder & Green LLP<br>Dulan D. Elder<br>P.O. Box 64657<br>Lubbock, TX 79464-4657 |
| Rochelle McCullough LLP<br>Scott M. DeWolf<br>101 E Park Blvd Ste. 951<br>Plano, TX 75074 | Ritcheson Lauffer Vincent & Dukes PC<br>Scott A Ritcheson<br>821 ESE Loop 323 530<br>Tyler, TX 75701 |
| Sims Hubbert & Wilson<br>John C. Sims<br>PO Box 10236<br>Lubbock, TX 79408 | Shackelford Melton McKinley LLP<br>Wm Chris Wolffarth<br>3333 Lee Pkwy Tenth Fl.<br>Dallas, TX 75219 |
| The Curtis Law Firm PC<br>S. D. Curtis & M. A. Castillo & J. Carruth<br>901 Main St., Ste. 6515<br>Dallas, TX 75202 | Smith Katzenstein & Furlow<br>Kathleen M. Miller<br>800 Delaware Ave. 7th Fl<br>P.O. Box 410<br>Wilmington, DE 19899 |

DAL:724497.1

Thompson & Knight LLP
David M. Bennett & Will A. Pruitt
1722 Routh St., Ste. 1500, 1 Arts Plaza
Dallas, TX 75201

Thompson & Knight LLP
Allison D. Byman
333 Clay St., Ste. 3300
Houston, TX 77002

Weycer Kaplan Pulaski & Zuber PC
E L Rothberg & H M Ray III & JL Hickford
11 Greenway Plz, Ste. 1400
Houston, TX 77046

Thompson & Knight LLP
Ira L Herman
919 Third Ave., 39th Fl.
New York, NY 10022

Mark R. Somerstein
Anne H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York 10036-8704

Winstead PC, P L Lamberson
5400 Renaissance Twr
1201 Elm St., Ste. 5400
Dallas, TX 75270

Centerbridge Partners LP
Kyle N. Cruz
375 Park Avenue, 12th Floor
New York, NY 10152

Brown & Connery LLP
Donald K Ludman
6 N Broad St
Woodbury, NJ 08096

Pilgrim's Pride Corporation, et al.,
c/o William Snyder CRG Partners Group
4845 US Highway 271 N.
Pittsburg, Texas 75686

Fay-J Packaging
c/o Jason R. Searcy & Associates, P.C.
P. O. Box 3929
Longview, TX 75606

Forshey & Prostok LLP
J. R Forshey & Clarke Rogers & Julie John
777 Main Street, Suite 1290
Fort Worth, Texas 76102

Davis Brown Koehn Shors & Roberts PC
Julie Johnson McLean
215 10th Street, Suite 1300
Des Moines, IA 50309

Hunton & Williams LLP
Larry Chek
1445 Ross Ave., Ste. 3700
Dallas, Texas 75202-2799

Haynsworth Sinkler Boyd PA
Tara E. Nauful
P. O. Box 11889
Columbia, SC 29211-1889

DAL:724497.1

International Business Machines Credit LLC
IBM Corporation
Vicky Namken
13800 Diplomat Dr.
Dallas, Texas 75234

Hunton & Williams LLP
Lynnette R. Warman
1445 Ross Ave., Ste. 3700
Dallas, Texas 75202

Johnston Allison & Hord PA
Constance L. Young
1065 E. Morehead St.
Charlotte, NC 28204

Jason R. Searcy & Associates PC
Attn: J R. Searcy & A B Ames & J P Searcy
P. O. Box 3929
Longview, Texas 75606

Nelson Mullins Riley & Scarborough LLP
George B. Cauthen & Jody A. Bedenbaugh
1320 Main Street, 17th Floor
P. O. Box 11070
Columbia, SC 29201

John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P. O. Box 3064
Houston, Texas 77253-3064

Burbank Dodson & Baker
Gary R Burbank
215 N Washington
El Dorado, AR 71730

Seyfarth Shaw LLP
Paul Baisier & Shuman Sohrn
1545 Peachtree St., NE Ste. 700
Atlanta, GA 30309

Campbell & Cobbe OC
David Campbell & Claude Smith
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Campbell & Cobbe PC
Charles Cobbe & Claude Smith
900 Jackson St
120 Founders Square
Dallas, TX 75202

Cantey Hanger LLP
Perry Cockerell
1999 Bryan Street St 3330
Dallas, TX 75201

Monarch Alternative Capital LP
Andrew Herenstein
535 Madison Ave.
New York, NY 10022

Capehart & Scatchard PA
Sergio I Scuteri
8000 Midlantic Dr Ste 300 S
Mt Laurel, NJ 08054

Atmos Energy Corp & Mktg Inc.
Munsch Hardt Kopf & Harr PC
Joe E. Marshall
3800 Lincoln Plz, 500 N. Akard
Dallas, TX 75201-6659

DAL:724497.1

Upshur City Rural Elec & Deep E TX Elec
c/o Jason R. Searcy & Associates PC
J R Searcy & A B Ames & J P Searcy
PO Box 3929
Longview, TX 75606

Bradley L. Drell
Gold, Weems, Bruser, Sues & Rundell
P. O. Box 6110
Alexandria, LA 71307-6118

Morgan Lewis & Bockius LLP
Richard S. Toder & Robert H Scheibe
101 Park Ave.
New York, NY 10178-0600

Cavazos Hendricks Poirot & Smitham PC
Lyndel Anne Mason
900 Jackson Street Ste 570 Founders Sq
Dallas, TX 75202

City of Athens Alabama
c/o Henry A Callaway III Esq.
Hand Arendall LLC
PO Box 123
Mobile, AL 33601

Ted W. Hight III
Thompson, O'Brien, Kemp Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092

Russell R. Johnson III
John M. Craig
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

Carruthers & Roth PA
Kenneth Greene & J Neal Robbins
235 N Edgeworth St
Greensboro, NC 27401

Cavazos Hendricks Poirot & Smitham PC
Charles B Hendricks
900 Jackson Street Ste 570, Founders Sq
Dallas, TX 75202-4425

Charles E. Long
Angela N. Offerman
Stumpf Farrimond, P.C.
1400 Post Oak Blvd., 4th Floor
Houston, Texas 77056

Patrick H. Autry
Nunley Jolley Cluck Aelvoet LLP
1580 South Main Street, Suite 200
Boerne, Texas 78006

Weldon L. Moore, III
Creel, Sussman & Moore, L.L.P.
8235 Douglas Ave., Suite 1100
Dallas, Texas 75225

Laurie A. Krepto, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street, 24th Floor
Philadelphia, PA 19109

Daniel J. Carrigan
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

DAL:724497.1

Wright Ginsberg Brusilow P.C.
E. P. Keiffer
The Elm Place Building
1401 Elm Street, Suite 4750
Dallas, Texas 75202

Kristofor D. Sodergren
Rosen Hardwood PA
2117 Jack Warner Parkway
P.O. Box 2727
Tuscaloosa, AL 35403-2727

David Campbell
McElree & Smith, P.C.
600 North Pearl, Suite 1600
Dallas, Texas 75202

Austin Nooney
McCormick & Company, Inc.
211 Schilling Circle
Hunt Valley, MD 21031

Henry F. Sewell, Jr.
McKenna Long & Aldridge, LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

Perdue, Brandon, Fielder, Collins & Mott
c/o Tab Beall
P. O. Box 2007
Tyler, Texas 75710-2007

Karen L. Kellett
The Kellett Law Firm
Founders Square
900 Jackson Street, Suite 120
Dallas, Texas 75202

El Dorado Water Utilities,
c/o Jason R. Searcy & Associates, P.C.
J R Searcy & A B Ames & J P Searcy
P.O. Box 3929
Longview, TX 75606

S. Ault Hootsell III
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

Stutzman, Bromberg, Esserman & Plifka
Sander L. Esserman
Andrea L. Ducayet & Heather J. Panko
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Susan B. Hersh, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251

Michael D. Gordon
Briggs and Morgan, P.A.
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Albertelli Law
James E. Albertelli Esq.
600 N. Westshore Blvd., Ste 400
Tampa, FL 33609

Albertson & Petrocchi
Joseph F. Postnikoff & Goodrich Postnikoff
777 Main Street, Suite 1360
Fort Worth, Texas 76102

DAL:724497.1

| | |
|---|---|
| Mr. David Laschenski<br>Farm Credit Leasing Services Corporation<br>600 Highway 169 S., Suite 300<br>Minneapolis, MN  55426 | Alston & Bird LLP<br>Joshua P. Martin Esq.<br>2200 Ross Ave., Suite 3601<br>Dallas, Texas  75201 |
| Roberta A. Colton, Esq.<br>Trenam, Kemker, Scharf, Barkin, Frye, O'Neill<br>  & Mullis, P.A.<br>Bank of America Plaza, Suite 2700<br>101 East Kennedy Blvd.<br>Tampa, FL  33602 | Andritz USA, Inc.<br>Deborah B. Zink<br>115 Northmeadow Pkwy.<br>Roswell, GA  30076 |
| Beirne Maynard & Parsons LLP<br>Sarah B. Davis & Michael B. Lee<br>1700 Pacific Ave., Suite 4400<br>Dallas, Texas  75201-7305 | Baab & Denison LLP<br>Sanford R. Denison<br>2777 N. Stemmons Fwy., Suite 1100<br>Dallas, Texas  75207 |
| BNSF Railway Company<br>Attn:  Quincy Chumley<br>2400 Western Ctr. Blvd.<br>Fort Worth, Texas  76131 | Bartholow & Bartholow<br>Molly W. Bartholow<br>11300 N. Central Expwy. No. 301<br>Dallas, Texas  75243 |
| Boult Cumming Conners & Berry PLC<br>William L. Norton III<br>1600 Division Street, Suite 700<br>Nashville, TN  37203 | Bickerstaff Heath Delgado Acosta LLP<br>John R. Jones<br>950 Echo Lane, Ste. 357<br>Houston, Texas  77024 |
| City of Chattanooga<br>Kenneth Fritz & Michael McMahan<br>801 Broad Street Ste 400<br>Chattanooga, TN 37402 | Borges & Associates LLC<br>Wanda Borges Esq.<br>575 Underhill Blvd., Ste. 118<br>Syosset, NY  11791 |
| Kantrow, Spaht, Weaver & Blitzer<br>(A Professional Law Corporation)<br>Attention:  David S. Rubin, Esq.<br>P. O. Box  2997<br>Baton Rouge, LA  70821-2997 | E. Lee Morris & Davor Rukavina<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard St.<br>Dallas, TX  75201-6659 |

DAL:724497.1

Ashley S. Burch
Brady D. King, II
McNew, King, Mills, Burch & Landry, LLP
1904 Royal Avenue
Monroe, LA 71201

Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Div.
P. O. Box 20207
Nashville, Tennessee 37202-0207

Margaret M. Anderson
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 West Madison, Suite 3000
Chicago, IL 60606

Peter A. Franklin, III & Lloyd A Lim
Locke Lord Bissell & Liddell LLP
2200 Ross Ave., Ste. 2200
Dallas, TX 75201-6776

Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031

David B. Anderson
Anderson & Associates, LLC
505 20th Street North, Suite 1450
Birmingham, Alabama 35203

Cohen Milstein Sellers & Toll PLLC
Jenny Yang
1100 New York Ave NW Ste 500 W
Washington DC 20005

Deanna L. Weidner
Anderson & Associates, LLC
505 20th Street North, Suite 1450
Birmingham, Alabama 35203

Cox Smith Matthews Incorporated
Mark Andrews & Aaron Kaufman
1201 Elm Street Ste 3300
Dallas, TX 75270

Cohen Weiss & Simon LLP
Richard M Seltzer
330 W 42nd St
New York, NY 10036

Curtin & Heefner LLP
Robert Szwajkos &Daniel Mazo
250 N Pennsylvania Ave
Morrisville, PA 19067

Cox Smith Matthews Incorporated
Zachery Z Annable
1201 Elm Street Ste 3300
Dallas, TX 75270

Ernest A Laun
4245 N Central Expressway Ste 350
Dallas, TX 75205

Cynthia Johnson Rerko Esq. PC
2605 Hibernia St
Dallas, TX 75204

DAL:724497.1

Nancy Sparrow
PO Box 34390
Louisville, KY 40232

J Keith Stanley
1801 N St. PO Drawer 631668
Nacogdoches, TX 75963

FPEC Corporation of Arkansas
2216 Ford Ave
Springdale, AR 72764

Food Processing Equipment Company
13623 Pumice Street
Santa Fe Springs, CA 90670

Frilot LLC
Patrick Talley Jr. & Louis Grossman
1100 Poydras St Ste 3600
New Orleans, LA 70119

Friday, Elridge & Clark LLP
Jason N Bramlett
Fayetteville, AR 72703

Gillespie Rozen Watsky & Jones PC
Hal K & Joseph H Gillespie
3402 Oak Grove Ave Ste 200
Dallas, TX 75204

George A Breschi
409 Washington Ave Ste 600
Towson, MD 21204

Glen Patrick
PO Box 1080
Tyler, TX 75710-1080

Glast Phillips & Murray PC
Sidney H Scheinberg Esq
2200 1 Galleria Tower 13355 Noel Rd LB 48
Dallas, TX 75240

Hoover Slovacek LLP
Patrick D Sullivan File No 411059 131
5847 San Felipe Ste 2200
Houston, TX 77057

Goins Underkofler Crawford & Langdon
Neil J Orleans
1201 Elm Street Ste 4800
Dallas, TX 75202

Hunton & Williams LLP
M P Massad & S T Holmes & J L Hale
1445 Ross Ave Ste 3700
Dallas, TX 75202

Howard Marc Spector PC
Attn Howard Spector
12770 Coit Road Ste 1100
Dallas, TX 75251

DAL:724497.1

Hutchison Myers Eckert & Vohs
Jeffrey T Myers
705 Douglas St Ste 402
Sioux City, IA 51101

Husch Blackwell Sanders LLP
Robert D Maher
1200 Main Ste 2300
Kansas City, MO 64105

Invesco LLC, Poultry Swine & Tech Services
Richard Burton Business Unit Dir
910 Shaver St
Springdale, AR 72762

IKON Office Solutions
Katrina Rumph
Recovery & Bankruptcy Group
3920 Arkwright Rd Ste 400
Macon, GA 31210

Jackson Walker LLP
Marvin E Sprouse III
100 Congress Ave Ste 1100
Austin, TX 78701

J Michael McBride PC
J M McBride & J Kathleen Munden
777 Main Street Ste 1150
Fort Worth, TX 76102

Jordan Price Wall Gray Jones & Carlton
Joseph E Propst
1951 Clark Ave PO Box 10669
Raleigh, NC 27605-0669

James G Curenton Jr. PC
PO Box 1435
Fairhope, AL 36533

K&L Gates LLP
Lawrence E Behning
Hearst Twr, 214 N Tryon St 47th Fl.
Charlotte, NC 28202

Josephine Garrett
3119 W Fifth St
Fort Worth, TX 76107

Kelsch Kelsch Ruff & Kranda
Arlen M Ruff
103 Collins Ave PO Box 1266
Mandan, ND 58554-7266

K&L Gates LLP
W B Finkelstein & D I Morenoff
1717 Main Street Ste 2800
Dallas, TX 75201

Lackey Hershman LLP
Deborah Deitsch Perez
3102 Oak Lawn Ave Ste 777
Dallas, TX 75219-4241

Key Greer Frawley Key & Harrison
James H Greer
PO Box 360345
Birmingham, AL 35236

DAL:724497.1

Latham & Watkins LLP
Robert A Klyman
355 S Grand Ave
Los Angeles, CA 90071-1560

Langley Weinstein Hamel LLP
Keith A Langley
901 Main Street Ste 600
Dallas, TX 75202

Law Offices of Jay H Dushkin
Attn Jay H Dushkin
4615 SW Fwy Ste 600
Houston, TX 77027

Law Offices of J Michael Hughes PC
Attn J Michael Hughes
2600 S Shore Blvd Ste 300
League City, TX 77573

Linebarger Goggan Blair & Sampson LLP
Diane W Sanders
1949 S I H 35 PO Box 17428
Austin, TX 78741

Law Offices of St Clair Newbern III PC
Attn St Clair Newbern III
1701 River Run Ste 1000
Fort Worth, TX 76107

Looney Cohen Reagan & Aisenberg LLP
David C Aisenberg
33 Broad St 6th Fl
Boston, MA 02109

Liskow & Lewis
Michael D Rubenstein
1001 Fannin St Ste 1800
Houston, TX 77002

Lowenstein Sandler PC
Bruce S Nathan & David M Banker
1251 Ave of the Americas
New York, NY 10020

Love Law Firm PC
Gabriel Acuna c/o Greg P Love
109 W Tyler St
Longview, TX 75601

Manier & Herod
T Pennington & S Williams & R Howald
1 Nashville Pl Ste 2200 150 Fourth Ave N
Nashville, TN 37219

Lowenstein Sandler PC
Jeffrey Prol Esq
65 Livingston Ave
Roseland, NJ 07068

Michael L Edwards Esq
218 E Ashley St
Jacksonville, FL 32202

Melva Harmon
111 Center St Ste 1200
Little Rock, AR 72201

DAL:724497.1

Miller & Martin PLLC
Nicholas Whittenburg & M Craig Smith
832 Georgia Ave Ste 1000, Volunteer Bldg
Chattanooga, TN 37402-2289

Millard Refrigerated Services Inc
Steven L Offner Gen Counsel
4715 S 132nd St
Omaha, NE 68137

Morgan & Pottinger PSC
John A Majors
601 W Main Street
Louisville, KY 40202

Missouri Dept of Rev Bankruptcy Unit
Richard M Maseles Spec Asst Atty Gen
PO Box 475
Jefferson City, MO 65405-0475

Office of Unemp Compensation Tax Services
T Bortz UC Tax Agent Bankruptcy Rep
Bankruptcy and Compliance Unit
625 Cherry St Rm 203 Dept of Labor & Ind
Reading, PA 19602-1184

Office of the Attorney General
Sallie Sanders, James Phillips & Stacey deBlieux
1885 N Third St
Baton Rouge, LA 70802

Porter Wright Morris & Arthur LLP
Suzana K Koch
925 Euclid Ave Ste 1700
Cleveland, OH 44115-1483

Perdue Brandon Fielder Collins Mott
Owen M Sonik
1235 N Loop W Ste 600
Houston, TX 77008

Qualcomm Inc
Sally Anne Cadirci AA 4420
5775 Morehouse Dr
San Diego, Ca 92121-1714

Powell Goldstein LLP
K Aurzada & J Krystinik
2200 Ross Ave Ste 3300
Dallas, TX 75201

Samples Jennings Ray & Clem PLLC
Thomas E Ray
130 Jordan Dr
Chattanooga, TN 37421

Ritcheson Lauffer Vincent & Dukes PC
Charles E Lauffer Jr.
821 ESE Loop 323 Ste 530
Tyler, TX 75701

Schulman Law Group
2883 Executive Park Dr Ste 200
Weston, FL 33331

Schnader Harrison Segal & Lewis LLP
Nicholas J LePore III Esq
1600 Market St Ste 3600
Philadelphia, PA 19103

DAL:724497.1

Securities & Exchange Commission
Sonia A Chae
175 W Jackson Blvd Ste 900
Chicago, IL 60604

Searcy & Searcy PC
Jason R Searcy & Joshua P Searcy
PO Box 3929
Longview, TX 75606

Silverman Acampora LLP
Ronald J Friedman Esq
100 Jericho Quadrangle Ste 300
Jericho, NY 11753

Shannon Martin Finkelstein & Alvarado
M Finkelstein & M Maguire
2400 Two Houston Center 909 Fannin St
Houston, TX 77010

Sirote & Permutt PC
John Baggette
PO Box 18248
Huntsville, AL 35804-8248

Sirlin Gallogly & Lesser PC
Dana S Plon ID No 80361
1529 Walnut St Ste 600
Philadelphia, PA 19102

Speer Law Firm PA
Charles F Speer Esq.
The Stilwell Bldg 104 W 9th Ste 305
Kansas City, MO 64105

Southpaw Asset Management LP
Jeffrey Cohen
4 Greenwich Office Park 1st Fl
Greenwich, CT 06831

State of Michigan Dept of Treasury
Michael A Cox & Steven Flancher
PO Box 30754
Lansing, MI 48909

State of MD Dept of Labor Lic & Reg
Office of Unemp Ins Contrib Div
Litigation & Prosecution Unit
1100 N Eutaw St Rm 401
Baltimore, MD 21201

Stinson Morrison Hecker LLP
Darrell W Clark & Tracey M Ohm
1150 18th St NW Ste 800
Washington, DC 20008

Stephen P Bussman
212 Alabama Ave S
PO Box 680925
Fort Payne, AL 35967

T Lawrence Palmer Senior Deputy Attorney General
5th Fl Manor Complex
564 Forbes Ave
Pittsburgh, PA 15219

Stockland & Trantham PA
Charles S Trantham
157 E Colt Sq. Ste 1, PO Box 1723
Fayetteville, AR 72703-1723

DAL:724497.1

| | |
|---|---|
| The Douglas Firm PC<br>Glenn M Douglas<br>3 Riverway Ste 1775<br>Houston, TX 77056 | The Decker Firm PA<br>Andrew J Decker III Esq.<br>PO Drawer 1288<br>Live Oak, FL 32064 |
| The Linares Law Firm PLLC<br>Julie A Linares<br>2911 Turtle Creek Blvd Ste 300<br>Dallas, TX 75219 | The Emerson Law Firm<br>Andrew F Emerson<br>8111 Lyndon B Johnson Fwy Ste 480<br>Dallas, TX 75251 |
| Thompson Coburn LLP<br>David D Farrell & Seth A Albin<br>1 US Bank Plz Ste 3200<br>St Louis, MO 63101 | The Ralston Law Firm<br>Mark H Ralston<br>2603 Oak Lawn Ave Ste 230 LB 2<br>Dallas, TX 75219-9109 |
| Peter Ford Asst. General Counsel<br>1775 K St. NW<br>Washington, DC 20006-1598 | UFCW Int. Union Industry Pension Fund<br>c/o Amanda M Gibbs Esq<br>Reinhart Boerner Van Deuren SC<br>PO Box 2965<br>Milwaukee, WI 53201-2965 |
| United Steel Workers<br>David R Jury Assoc. General Counsel<br>Five Gateway Ctr Room 807<br>Pittsburgh, PA 15222 | Unisys Corporation<br>Janet Fitzpatrick Legal Assistant<br>Unisys Way PO Box 500<br>M/S E8 108<br>Blue Bell, PA 19424 |
| Virginia International Terminals<br>Megan Whitmore<br>Credit & Collections Adjustor<br>PO Box 1387<br>Norfolk, VA 23501 | US Attorney for N District of Texas<br>James T Jacks<br>1100 Commerce St Rm 300<br>Dallas, TX 75242 |
| Wachovia Securities<br>Jonathan Griffith<br>1 N Jefferson<br>Proxy Mailcode MO3540<br>St Louis, MO 63103 | Vorys Sater Seymour & Pease LP<br>Tiffany Strelow Cobb Esq.<br>52 E Gay Street<br>Columbus, OH 43215 |

DAL:724497.1

Wiener Weiss & Madison
R Joseph Naus
PO Box 21990
Shreveport, LA 71120-1990

Stockland & Trantham
Attn: C S Trantham
157 E Colt Sq Ste 1, PO Box 1723
Fayetteville, AR 72703-1723

Wimberly Lawson Steckel Scheinder Stine
Jim Wimberly & James L Hughes
3400 Peachtree Rd Ste 400
Atlanta, GA 30326

Williams Gautier Gwynn DeLoach Sorenson
J Sorenson & D Tyler & Mary Van Leuven
C D Heckman & J S Gardner, PO Box 4128
Tallahassee, FL 32315-4128

Young Williams PA
Robert L Holladay Jr.
210 E Capitol St Ste 2000
Jackson, MS 39201

Wright Ginsberg Brusilow PC
Shawn K Brown
The Elm Place Bldg
1401 Elm St Ste 4750
Dallas, TX 75202

Misty A. Segura
1800 Bering Drive, Suite 600
Houston, Texas  77057

DAL:724497.1