JAMES T. JACKS
UNITED STATES ATTORNEY
Howard A. Borg
Assistant United States Attorney
State Bar No.  02667600
Burnett Plaza, Suite 1700
801 Cherry Street, Unit No. 4
Fort Worth, Texas 76102-6882
howard.borg@usdoj.gov
Telephone 817.252.5200
Facsimile:  817.978.6351
Attorneys for United States Department of Agriculture

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH  DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 08-45664-DML-11 |
| | § | CHAPTER 11 |
| PILGRIM'S PRIDE CORPORATION, *et al.*, | § | |
| | § | JOINTLY ADMINISTERED |
| Debtors. | § | |
| | § | Debtors' Amended Joint Plan of |
| | § | Reorganization (Docket #4035) |
| | § | |

OBJECTION OF UNITED STATES DEPARTMENT OF AGRICULTURE
TO DEBTORS' AMENDED JOINT PLAN
OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

The United States of America on behalf of the United States Department of Agriculture

("USDA") on behalf of its agencies and subdivisions, including but not limited to the Food

Safety and Inspection Service ("FSIS"),  the Grain Inspection, Packers and Stockyards

Administration ("GIPSA"),  the Agricultural Marketing Service ("AMS"), the Food and

Nutrition Service ("FNS"), a Governmental Unit, and a party in interest, with FSIS being a

creditor at the time of the filing of the case, files this  objection to the "Amended Joint Plan of

Reorganization Under Chapter 11 of the Bankruptcy Code (As Modified)" filed November 17,

2009, (Docket #4035) ("Plan") by Debtors Pilgrim's Pride Corporation, *et al.*, ("Debtors" or "Pilgrim's Pride") and would show the Court:

## SUMMARY OF THE OBJECTION

The USDA, on behalf of the FSIS, GIPSA, AMS, and FNS, objects to the discharge, injunction, exculpation, and release terms and provisions of the Plan as being over-broad in their application to the USDA, FSIS, GIPSA, AMS, FNS and other Governmental Units of the United States of America. There is no authority to excuse non-compliance by the Debtor and the Reorganized Debtor with applicable federal law and regulations or to excuse, release, or bar appropriate actions by those agencies under federal law and regulations.

The USDA proposes to remedy this objection with the following addition to the Plan and the order of confirmation:

> Nothing in the Amended Plan or the order of confirmation shall effect a release of any claim by the United States of America ("United States") or any of its agencies, departments, or subdivisions whatsoever, including without limitation any claim arising under the Internal Revenue Code, the environmental laws, criminal laws, or police and regulatory powers, laws, and regulations of the United States against any party or person, nor shall anything in the Amended Plan or the order of confirmation enjoin the United States from bringing any claim, suit, action, or other proceedings against any party or person for any liability of such persons whatever, including without limitation any claim, suit or action arising under the Internal Revenue Code, the environmental laws, criminal laws, or police and regulatory powers, laws, and regulations of the United States against such persons or parties, nor shall anything in the Amended Plan or order of confirmation exculpate any party or person from any liability to the United States, any of its agencies, departments or subdivisions whatsoever, including any liabilities arising under the Internal Revenue Code, the environmental laws, criminal laws, or police and regulatory powers, laws, and regulations of the United States against any party or person. This includes, without limitation, the Food Safety and Inspection Service, the Grain Inspection, Packers and Stockyards Administration, the Agriculture Marketing Service, and the Food and Nutrition Service of the United States Department of Agriculture. The aforementioned persons and parties include without limitation the Debtors, Reorganized Debtors, and non-debtors.

## BACKGROUND ON USDA, FSIS, GIPSA, AMS, FNS

A. <u>Food Safety and Inspection Service (FSIS)</u>

The Food Safety and Inspection Service ("FSIS") of the United States Department of Agriculture ("USDA") was owed money by Pilgrim's Pride for prepetition overtime and/or holiday poultry inspection services provided to them under section 21 U.S.C. §§ 468 of the Poultry Products Inspection Act and regulations enacted thereunder ( 9 C.F.R. §§ 381.38, and 381.39), and under 7 U.S.C. § 2219a, and/or pre-petition voluntary inspection services provided to them under section 1622 (7 U.S.C. § 1622) of the Agricultural Marketing Act of 1946, as amended (7 U. S.C. 1621 <u>et</u> <u>seq</u>.). The monies owed were paid by Pilgrim's Pride after the bankruptcy case was filed.

The FSIS administers the Poultry Products Inspection Act ("PPIA") ( 21 U.S.C. § 451 <u>et</u> <u>seq</u>.). This act, and the regulations enacted under it regulate the slaughter of poultry, and the preparation and processing of poultry products in order to prevent the distribution of poultry products that are adulterated or misbranded (21 U.S.C. §§ 452) . The PPIA requires establishments, except those that are exempt from federal inspection, that prepare poultry products for distribution in interstate or foreign commerce to have the poultry products prepared federally inspected (21 U.S.C. §§ 455). Exempt establishment include retail stores, restaurants.

Establishments that solely prepare poultry products for distribution within "designated states" are also required to have their poultry products federally inspected, unless they are exempt from the requirements of federal inspection. A state becomes a designated state under the PPIA when the Secretary of Agriculture determines that it has failed to develop or is not effectively enforcing with respect to all establishments within its jurisdiction, except for

establishments that are exempt from federal inspection, requirements at least equal to those imposed under sections 451 to 453, 455 to 459, and 461 to 467d of the PPIA ( § 454(c)).

Poultry establishments are provided inspection services free of charge during their non-overtime and non-holiday hours of operation. Establishments are required to pay for inspection services provided by FSIS during overtime and holiday hours of operation.

Before operations can be conducted at poultry establishments that are required to have their products federally inspected, an application for a grant of inspection must be submitted to FSIS and approved. Specified conditions must be met in order for an establishment to obtain a grant of inspection. When the ownership of an establishment changes, the location of an establishment changes, or the establishment's name changes, a new application for inspection must be submitted and approved.

The PPIA provides the USDA with a variety of enforcement tools to prevent the distribution of adulterated and misbranded poultry products and, in turn, to take actions against individuals and entities who violate the provisions of the PPIA. The term adulterated and the term misbranded are defined in the PPIA ( 21 U.S.C. § 453(g), (h)). The enforcement methods provided for in the PPIA include the imposition of fines and imprisonment for criminal violations, the refusal to issue a grant of inspection, the withdrawal of a grant of inspection, the suspension of inspection, the imposition of an injunction, and the detention and seizure of poultry products (21 U.S.C. §§ 461, 467, 467a, 467b, 467c).

B. Grain Inspection, Packers and Stockyards Administration (GIPSA)

Pilgrim's Pride Corporation is subject to regulation as a live poultry dealer under the Packers and Stockyards Act, 1921, as amended and supplemented (7 U.S.C. § 181 *et. seq.*)("P&S

**Objection of USDA to Plan**      **Page 4 of 23**

Act"). The Grain Inspection, Packers and Stockyards Administration ("GIPSA"), which administers the Act for the Secretary of Agriculture, investigates complaints that live poultry growers may not have received full payment under poultry growing arrangements with live poultry dealers. Section 410 of the P&S Act (7 U.S.C. § 228b-1). This provision may be enforced in an administrative disciplinary proceeding under which the Secretary may issue a cease and desist order, and impose a civil penalty payable of up to $27,000.00 for each violation under section 411 of the P&S Act (7 U.S.C. § 228b-2). GIPSA also investigates complaints that live poultry dealers have engaged in unfair, unjustly discriminatory, or deceptive practices, or has made or given undue or unreasonable preferences or advantages in violation of subsections 202(a) and (b) of the P&S Act (7 U.S.C. § 192(a)(b)). The unfair or discriminatory termination of growers, or the inaccurate weighing of feed or live poultry are examples of practices that could violate these provisions. Sections 208, 209 and 210 of the P&S Act (7 U.S.C. §§ 197, 19a, 197b) impose contract requirements for poultry growing arrangements. Enforcement of these provisions would be by a civil action for injunctive relief brought by the Attorney General pursuant to section 404 of the P&S Act (7 U.S.C. § 224).

The enforcement of the P&S Act comes under the exception to the automatic stay provided by 11 U.S.C. § 362(b)(4). Moreover, the express exception provided in 11 U.S.C. § 525 for the enforcement the Packers and Stockyards Act, 1921 (7 U.S.C. § 181 et seq.), and section 1 of the Act entitled "An Act making appropriations for the Department of Agriculture for the fiscal year ending June 30, 1944, and for other purposes," approved July 12, 1943 (7 U.S.C. 204) [which is the provision authorizing the suspension of registrants under the P&S Act] has been recognized by the United States Bankruptcy Court as a statement of statutory intent that

enforcement of the Packers and Stockyards regulatory program take priority even if the relief sought might have an impact on the bankruptcy goals.  See *In re Farmers and Ranchers Livestock Auction, Inc.*, 46 B.R. 781, 796 (Bkrtcy.E.D.Ark.1984), and *In re Fresh Approach, Inc.*, 49 B.R. 494, 497-98 (Bkrtcy.N.D.Tex.1985).

C.  Agriculture Marketing Service (AMS)

The Agriculture Marketing Service ("AMS") administers provisions of the Agricultural Marketing Act of 1946, as amended ("AMA") (7 U.S.C.§§ 1621 et seq.).  This Act, along with regulations enacted under it, authorizes the Secretary of Agriculture to inspect, certify and identify the class, quality, quantity, and condition of agricultural products, and to collect fees to cover the cost of the service rendered. It authorizes these services so that agricultural products are marketed to their best advantage,  trading is  facilitated, and  consumers are able to obtain the quality products that they desire (7 U.S.C. §§ 1622 (h)).  Section 1622(h) of Title 7 of the United States Code provides for the imposition of imprisonment and fines for persons who commit specified actions including the knowing making, issuing, altering, forging, or counterfeiting of any official certificate with regard to inspection.  AMS also procures goods and services, including food items, pursuant to the Federal Acquisition Regulations at 48 CFR Parts 1-53.

D.  Food and Nutrition Service (FNS)

The Food and Nutrition Service ("FNS") relationship with Pilgrim's Pride is regulatory oversight, administrative, and monitoring responsibilities.  FNS entered into a National Processing Agreement ("NPA") with Pilgrim's Pride in January of 2005.  The NPA remains in effect until terminated by either party as detailed in Article 20 of the NPA.

OBJECTIONS TO PLAN

The USDA, on behalf of the FSIS, GIPSA, AMS, and FNS, objects to the discharge, injunction, exculpation, and release terms and provisions of the Plan as being over-broad in their application to the USDA, FSIS, GIPSA, AMS, FNS and other Governmental Units of the United States of America.   The terms and provisions include, without limitation: Article X, paragraphs 10.2 *Discharge of Claims and Termination of Equity Interests*, 10.3 *Discharge of Debtors*, 10.4 *Injunction or Stay*, 10.5 *Term of Injunctions or Stays*,  10.6 *Injunction Against Interference With Plan*, 10.7 *Exculpation*,  10.8 *Releases by Holders of Claims and Equity Interests*, and 10.9 *Releases by Debtors and Reorganized Debtors.*    (Plan, pages 31-33).

The Debtor, in its Disclosure Statement acknowledges that it is subject to federal government regulation:

> The chicken industry is subject to government regulation, particularly in the health and environmental areas, including provisions relating to the discharge of materials into the environment, by the USDA, the Food and Drug Administration ("FDA") and the Environmental Protection Agency ("EPA") in the U.S. and by similar governmental agencies in Mexico.

(Disclosure Statement, II, B, 11 *Regulation and Environmental Matters*, page 16.)

There is no authority to excuse non-compliance by the Debtor and the Reorganized Debtor with applicable federal law and regulations or to excuse, release, or bar appropriate actions by those agencies under federal law and regulations.

Further and more specific, the USDA objects to the provisions in paragraphs 10.7 and 10.8 of  Article X of the Plan, and any other provisions of the Plan, to the extent that these provisions purport to release, discharge, exculpate or enjoin any claims or causes of action against

non-debtors. Sections 10.7 and 10.8 of Article X of the Plan, for example, propose to discharge, exculpate, release and enjoin a panoply of non-debtors from a broad swath of liability.

As drafted, this amounts to a discharge of claims against non-debtors of a sort that is squarely prohibited by the Bankruptcy Code. A bankruptcy discharge is limited solely to the debtor. Section 524(e) of the Bankruptcy Code "only releases the debtor, not co-liable third parties." *Matter of Pacific Lumber Co.*, 584 F.3d 229 at 252 (5th Cir. 2009). "These cases seem broadly to foreclose non-consensual non-debtor releases and permanent injunctions." *Id.*

The USDA proposes to remedy this objection with the following addition to the Plan and the order of confirmation:

> Nothing in the Amended Plan or the order of confirmation shall effect a release of any claim by the United States of America ("United States") or any of its agencies, departments, or subdivisions whatsoever, including without limitation any claim arising under the Internal Revenue Code, the environmental laws, criminal laws, or police and regulatory powers, laws, and regulations of the United States against any party or person, nor shall anything in the Amended Plan or the order of confirmation enjoin the United States from bringing any claim, suit, action, or other proceedings against any party or person for any liability of such persons whatever, including without limitation any claim, suit or action arising under the Internal Revenue Code, the environmental laws, criminal laws, or police and regulatory powers, laws, and regulations of the United States against such persons or parties, nor shall anything in the Amended Plan or order of confirmation exculpate any party or person from any liability to the United States, any of its agencies, departments or subdivisions whatsoever, including any liabilities arising under the Internal Revenue Code, the environmental laws, criminal laws, or police and regulatory powers, laws, and regulations of the United States against any party or person. This includes, without limitation, the Food Safety and Inspection Service, the Grain Inspection, Packers and Stockyards Administration, the Agriculture Marketing Service, and the Food and Nutrition Service of the United States Department of Agriculture. The aforementioned persons and parties include without limitation the Debtors, Reorganized Debtors, and non-debtors.

Further, the USDA, on behalf of the FSIS, GIPSA, AMS, and FNS, objects to the retention of jurisdiction terms and provisions of the Plan, including without limitation Article XII Retention of Jurisdiction, to the extent that they conflict with and attempt to divest jurisdiction over the regulatory and enforcement functions of the United States and its departments, agencies, and subdivisions from the normal courts and administrative forums with jurisdiction to hear those cases and matters.

CONCLUSION

The USDA asks that its objections be sustained and that confirmation of the Plan be denied until the above objections are resolved.

DATED November 25, 2009.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY
  /s/  Howard A. Borg
Howard A. Borg
Assistant United States Attorney
State Bar No.  02667600
Burnett Plaza, Suite 1700
801Cherry Street, Unit # 4
Fort Worth, Texas 76102-6882
howard.borg@usdoj.gov
Telephone:  817.252.5200
Facsimile:   817.978.6351
Attorneys for USDA

<u>CERTIFICATE OF SERVICE</u>

On November 25, 2009, a true and correct copy of the foregoing pleading was

served by the method and to the following parties as indicated:

By Certified Mail Return Receipt Requested:

Weil, Gotshal & Manges, LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Attn: Stephen A. Youngman, Esq.

Weil, Gotshal & Manges, LLP
737 Fifth Avenue
New York, NY 10153
Attn: Victoria Vron, Esq.

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
Attn: Lisa Lambert, Esq.

Andrews Kurth, LLP
1717 Main Street, Suite 3700
Dallas, TX 75201
Attn: Jason S. Brookner, Esq.

Andrews Kurth, LLP
450 Lexington Avenue
New York, NY 10017
Attn: Paul N. Silverstein, Esq.
Jonathan I. Levine, Esq.

Security Holders of PPC
Brown Rudnick, LLP
One Financial Center
Boston, MA 02111
Attn: Jeremy B. Coffey, Esq.

By Electronic Means as listed on the Court's ECF Noticing System:

Ann E. Acker, Acker@chapman.com

Hirtzan Joseph Acosta, avillanueva@lrmlaw.com

David George Aelvoet, sanantonio.bankruptcy@publicans.com

David C. Aisenberg, daisenberg@lcra.com

Bruce W. Akerly, brucea@bellnunnally.com, ecffiling@bellnunnally,com, heatherj@bellnunnally,com

James Edward Albertelli, simone@albertellilaw.com, bkr@albertellilaw.com

David A. Alexander, david.alexander@dlapiper.com, jeff.goldfarb@dlapiper.com

Mark C. Alfieri, mark.alfieri@hsblaw.com, wanda.nelson@hsblaw.com

David B. Anderson, dbanderson@davidbandersonlaw.com, mdawson@davidbandersonlaw.com, nblack@davidbandersonlaw.com, afitchett@davidbandersonlaw.com

Mark Edward Andrews, mandrew@coxsmith.com, gmyers@coxsmith.com, dandreacchi@coxsmith.com

Zachery Z. Annabel, zannabel@coxsmith.com, mandrews@coxsmith.com

Keith Miles Aurzada, keith.aurzada@bryancave.com, lupe.rojas@bryancave.com, matt.pearce@bryancave.com, bryce.suzuki@bryancave.com

Patrick H. Autry, pautry@texastriallaw.com, waspcreek@gmail.com

Clayton E. Bailey, clayton.e.bailey@bankernet.com, karen.j.wagner@bankernet.com, wendi.j.wheeler@bankernet.com, jeannine.aiton@bankernet.com

Elizabeth Banda, ecobb@pbfcm.com; ebanda@pbfcm.com

David M. Banker, dbanker@lowenstein.com, bnathan@lowenstein.com, jprol@lowenstein.com, slevine@lowenstein.com, wjung@lowenstein.com,

George H. Barber, ecf@krcl.com, gbarber@krcl.com

Molly W. Bartholow, BBECF@bbbankruptcy.com; joe@bbbankruptcy.com, molly@bbbankruptcy.com

Tab Beall, tbeall@pbfcm.com, tylbkc@pbfcm.com

Kristi Belt, kbelt@shb.com, scooksey@shb.com

David M. Bennett, david.bennett@tklaw.com, bankruptcy@tklaw.com

Wanda Borges, borgeslawfirm@aol.com

Robert J. Bothe, rbothe@mcgrathnorth.com, dmcmanis@mcgrathnorth.com

Jason Neal Bramlett, jbramlett@fec.net

Michael V. Brodarick, mbrodarick@lloydmc.com

Mark Brodeur, brodrein@aol.com

Mark Brodeur, brodeurlaw@aol.com

Jason S. Brookner, jbrookner@akllp.com, susanholley@andrewskurth.com, domenicarowe@andrewskruth.com, jennifertrousdale@akllp.com

Courtney Brown, cbb@burglaw.com

Shawn Kevin Brown, sbrown@wgblawfirm.com

Mark Browning, bk-mbrowning@oag.state.tx.us

William Steven Bryant, hobankecf@lockelord.com

Mark A. Bukaty, bukatyatty@aol.com

Karl Burrer, karl.burrer@haynesboone.com

Stephen Paul Bussman, sbussman@payne.twcbc.com

Henry A. Callaway, hcallaway@handarendall.com, npayne@handarendall.com

David L. Campbell, dcampbell@mspc.com, blbarnes@mspc.com, klittlejohn@mspc.com

George B. Cauthen, george.cauthen@nelsonmullins.com, jody.bedenbaugh@nelsonmullins.com, mary.wilkinson@nelsonmullins.com, brook.wright@nelsonmullins.com

Sonia A. Chae, chaes@sec.gov

Lawrence Check, lcheck@hunton.com

Tiffany Strelow Cobb, tscobb@vorys.com, edfricke@vorys.com

Charles M. Cobbe, ccobbe@shfirm.com, csmith@chfirm.com, chps.ecfnotices@gmail.com

Perry J. Cockerell, pcockerell@canteyhanger.com, kmchenzie@cantehanger.com

Roberta A. Colton, rcolton@trenam.com

Sidney L. Cottingham, scottingham@windstream.net

James Grady Curenton, jim_jcl@bellsourth.net

Stephanie Diane Curtis, scurtis@curtislaw.net

Sarah Brooke Davis, sdavis@bmpllp.com; bskandier@bmpllp.com

Scott Mark DeWolf, sdewolf@romclawyers.com, wohl@romclawyers.com, doler@romclawyers.com

Andrew J. Decker, decklaw@windstream.net, andrewjdecker@windstream.net

Debra Rose Deitsch-Perez, ddp@lhlaw.net, cdm@lhlaw.net, jid@lhlaw.net, rep@lhlaw.net

Sanford Ross Denison, denison@baabdenison.com, denison.ecf.filings@baabdension.com

John P. Dillman, houston_bankruptcy@publicians.com

Tammy R. Dodson, tdodson@speerlawfirm.com

Daniel D. Doyle, ddoyle@spencerfane.com, kreitz@spencerfane.com;ssidebottom@spencerfane.com

Bradley L. Drell, bdrell@goldweems.com

Andrea L. Ducayet, ducayet@sbep-law.com

Jay H. Dushkin, jay@jaydushkin.com

Michael L. Edwards, mleclo@belsouth.net

Dulan D. Elder, delder@richards-elder.com

David Elerbe, dellerbe@neliganlaw.com

Bryan L. Elwood, elwoodb@gtlaw.com

Andrew F. Emerson, aemerson@pamlaw.com

Scott W. Everett, scott.everett@haynesboone.com, kim.morzak@haynesboone.com

Stephen John Fearon, stephen@sfclasswal.com

Mark Stuart Finkelstein, mfinkelstein@smfs.com, sgrimm@smfs.com

Steven B. Flancher, flanchers@michigan.gov

J. Robert Forshey, jrf@forsheyprostock.com, lvarner@forsheyprostock.com, calendar@forsheyprostock.com, lbreedlove@forsheyprostock.com

Joseph D. Frank, jfrank@fgllp.com, ccarpenter@fgllp.com, rheiligman@fgllp.com

Robert P. Franke, robert.franke@strasburger.com

Kenneth O. Fritz, fritz_ken@mail.chattanogga.gov

Susan R. Fuertes, bnkatty@adline.k12.tx.us

Henry Clay Fulcher, clayfulcher@wyoming.com

Jospheine Garrett, filing@jgarrettlaw.com

Amanda M. Gibbs, agibbs@reinhartlaw.com, lberg@reinhartlaw.com

Hal Keith Gillespie, hkg@grwlawfirm.com, josephgillespie@grwlawfirm.com, drichard@@grwlawfirm.com, djury@usw.org; tciantra@cwsny.com

Matthew Gold, courts@argopartners.net

Ronald Eric Gold, rgold@fbtlaw.com, kgrubbs@fbtlaw.com

Stephen A. Goodwin, sgoodwin@ccsb.com

Richard G. Grant, rgrant@robertsandgrant.com

James H. Greer, jgreer@keygreer.com, honiejo@keygreer.com

John T. Gregg, jgregg@btlaw.com

Michael S. Haynes, mhaynes@gardere.com, koliver@gardere.com

Melissa S. Hayward, Mhayward@FSLHlaw.com, mholmes@fslhlaw.com

Marcus Alan Helt, mhelt@gardere.com

Charles Brackett Hendricks, chuckh@chfirm.com, chps.ecfnotices@gmail.com

Susan B. Hersh, susan@susanbhershp.com, she261@airmail.net, assistant@susanbhershpc.com

Jessica L. Hickford, jhickford@tx.vwluck.com, jessica.l.hickford@gmail.com

Ted W. Hight, thigh@tokn.com

Robert L. Holladay, robert.holladay@youngwilliams.com

William S. Hommell, bhommel@hommelfirm.com, smiller@hommelfirm.com, smclaughlin@homelfirm.com

S. Ault Hootsell, hootsela@phelps.com, crombiet@phelps.com

Jonathan L. Howell, jhowell@munsch.com

Weiting Hsu, whsu@winstead.com

Clifton R. Jessup, jessupc@gtlaw.com

Heather H. Jobe, heatherj@bellnunnally.com, bruccea@bellnunnally.com, ecffiling@bellnunnally.com

John Robert Jones, jjones@bickerstaff.com, jrjoneslaw@aol.com

Robert J. Jud, rjjud@jonesday.com

Alan Harry Katz, alan.katz@alum.mit.edu

Jason Michael Katz, jkatz@hhdulaw.com

Aaron Michael Kaufman, akaufman@coxsmith.com, aseifert@coxsmith.com

Edwin Paul Keiffer, pkeiffer@wgblawfirm.com

Karen Lynn Kellett, kkellett@kellettlaw.com, igotnotices@kellettlaw.com

Charles Stephen Kelley, ckelley@mayerbrownrowe.com, sswihart@mayerbrownrowe.com, hsmelley@mayerbrownrowe.com

Brian A. Kilmer, bkilmer@oakllp.com

William B kingman, bkingman@kingmanlaw.com, mavilla@kingmanlaw.com

Robert Klyman, robert.klyman@lw.com, kathryn.bowman@lw.com

Bradley Clay Knapp, bknapp@lockelord.com, tle@lockelord.com

Peter Gray Kumpe, pkumpe@williamsanderson.com, jarmour@williamsanderson.com

Darryl S. Laddin, bkrfilings@agg.com

Phillip L. Lamberson, plamberson@winstead.com

Lisa Laura Lambert. Lisa.l.lambert@usdoj.gov

Rick L. Lambert, rlambert@cwlaw.net, abranch@cwlaw.net, smerani@cwlaw.net

Keith A. Langley, klandley@lwhllp.com, tbarrera@lwhllp.com

Lynda L. Lankford, llandford@forsheyprostok.com, cbennett@forsheyprostok.com, lbreedlove@forsheyprostok.com; calendar@forsheyprostok.com

Charles E. Lauffer, crystal@rllawfirm.net

Ernest A. Laun, elaw@airmail.net

Jonathan Irvin Levine, jlevine@akllp.com

I. Richard Levy, levy@irlevylaw.com, irlevylaw@sbcglobal.net

Eric A. Liepins, eric@ealpc.com, martha@ealpc.com

Lloys A. Lim, llim@winstead.com

Julie Ann Linares, jlinares@linareslawfirm.com

James Greer Lingle, kim@linglelaw.com, julia@linglelaw.com

Kevin M. Kipman, klipman@munsch.com

Gregory A. Lowry, glowry@lockelord.com

Donald K. Ludman, dludman@brownconnery.com

John W. Luster, luster_j@bellsouth.net

Mark MacDonald, mark@macdonaldlaw.com, ecf@macdonaldlaw.com, memacdonald2@aol.com

Meri C. Maguire, mmaguire@smfs.com, merichang@gmail.com

John A. Majors, jam@morganandpottinger.com, acarey@morganandpottinger.com

Beverly Weiss Manne, bmanne@tuckerlaw.com, Bewmanne@aol.com

Joe. E. Marshall, jmarshall@munsch.com

Joshua Pain Martin, josh.martin@alston.com, chelsea.smith@alston.com

Richard M. Maseles, ndtx@dor.mo.gov

Lyndel Anne Mason, lmason@chfirm.com, chps.ecfnotice@gmail.com

Kelle K. Masters, kmasters@gdhm.com, jhoeffner@gdhm.com, fmoonroe@gdhm.com

Timothy Dwayne Matheny, tdmatheny@fordnassen.com

Daniel P. Mazo, dpm@curtinheefner.com, rsz@curtinheefner.com

John Michael McBride, enotices@mcbridelgal.com, creeves@mcbridelegal.com

Michael A. McConnel, michael.mcconnell@khh.com

James Brian McTigue, bmctigue@mctiguelaw.com, dbond@mctiguelaw.com

Julio E. Mendoza, rmendoza@nexsenpruet.com

Robert Milbank, rob@milbanklaw.com

Kathleen M. Miller, kmiller@skfdelaware.com

Russell W. Mills, rmills@hhdulaw.com, dpehnert@hhdulaw.com, jkratz@hhdulaw.com, jvaughn@hhdulaw.com

Robert Kenneth Minkoff, rminkoff@jefferies.com

Monarch Alternative Capital, LP, roger.schmitz@monarchlp.com

Jesse T. Moore, wmoore@scmlaw.net

Daniel I. Morenoff, dan.morenoff@klgates.com

Christopher J. Moser, cmoser@qsclpc.com

Jeffrey T. Myers, jmyrsslcaw@aol.com, hmelaw@aol.com

R. Joseph Naus, rjnaus@wwmlaw.com, gbrown@wwmlaw.com

St. Clair Newbern, filling@newbernlawoffice.com, autonotices@newbernlawoffice.com

Neil J. Orleans, neilo@gucl.com

Christopher Joshua Osborne, josh.osborne@khh.com

T. Lawrence Palmer, lpalmer@attorneygeneral.gov, agrice@attorneygeneral.gov

Heather J. Panko, panko@sbep-law.com

David William Parham, david.w.parham@bakernet.com

Bradley J. Patten, bpatten@sgwmfirm.com

Ian T. Peck, ian.peck@haynesboone.com, dian.gwinnup@haynesboone.com, kim.morzak@haynesboone.com

John David Penn, john.penn@haynesboone.com, whiteca@haynesboone.com

Marc S. Pfeuffer, pfeuffer.marc@pbgc.gov, efile@pbgc.gov

Brandon Scott Pierce, spierce@belaw.com, ktuck@belaw.com, perduebkbackup@yahoo.com

Dana S. Plon, dplon@sirlinlaw.com

Joseph F. Postnikoff, jpostnikoff@gpalaw.com, bknotices@gpalaw.com

Jeff P. Prostok, jpp@forsheyprostok.com, lbreedlove@forsheyprostok.com, calendar@fosheyprostok.com, mmaben@forsheyprostok.com

Nancy B. Rapoport, nancy.rapoport@unlv.edu

Eric T. Ray, eray@balch.com

Thomas Eason Ray, tray@raylegal.com, brooke@samplelaw.com

Peter Michael Reed, dgibson@mvbalaw.com, sragsdale@mvbalaw.com, kmorriss@mvbalaw.com

Cynthia Johnson Ereko, cjrerko@swbell.net. Rerko2@swbell.net

Nancy Ribaudo, nancy.ribaudo@khh.com, kathryn.moore@khh.com

Robert G. Richardson, rrichardson@jw.com, vnelson@jw.com, tsalter@jw.com

Jerrod Lee Rinehart, pacer@livepad.com

Scott A. Ritcheson, andrea@rllawfirm.net, scottr@rllawfirm.net, mistyb@rllawfirm.net

Richard McCoy Roberson, rroberson@gardere.com

Kimberly Joan Robinson, kim.robinson@bfkn.com

Michael R. Rochelle, doler@romclawyers.com, buzz.rochelle@romclawyers.com

Orlando Rodriguez, mss@schulaw.com

Clarke Viron Rogers, crogers@forsheyprostok.com, cbennett@forsheyprostok.com, calendar@forsheyprostok.com

Edward L. Rothberg, erothberg@wkpz.com

Michael David Rubenstein, mdrubenstein@liskow.com, fhernandez@liskow.com

David S. Rubin, drubin@kswb.com

Davor Rukavina, drukavina@munsch.com

Diane W. Sanders, austin.bankruptcy@publicans.com

Sallie Jones Sanders, sanderss@ag.state.la.us

Sidney H. Scheinberg, sid@gpm-law.com, sidscheinberg@sbcglobal.net, swu@gpm-law.com, Sid-Temp3@gpmlaw.com, Sid-Temp4@gpm-law.com

Erin Marie Schmidt, ustpregion06.ecf@usdoj.gov, erin.schmidt2@usdoj.gov

Elliot D. Schuler, elliot.d.schuler@bankernet.com

Sarah A. Schultz, sschultz@akingump.com

Jason R. Searcy, jrspc@jrsearcylaw.com, jsearcy@jrsearcylaw.com

Misty Ann Segura, misty@k-hpc.com, swhtrey@aol.com, ktempone@k-hpc.com

Paige N. Shelton, pshelton@cwlaw.com

Daniel J. Sherman, corky@syllp.com

Joseph E. Shickich, jshickich@riddlewilliams.com

William L. Siegel, silvashrus@gmail.com

Tammy E. Eilvas, silvasrush@gmail.com

John C. Sims, skhandw@nts-online.net, tonideleon26@yahoo.com

Claude D. Smith, csmith@chfirm.com, ccobbe@chfirm.com, chps.ecfnotices@gmailcom

James Edwin Smith, jes2esq@frontiernet.com

Kristofor D. Sodergren, ksodergren@rosenhardwood.com

Shuman Sohrn, ssohrn@seyfarth.com

Mark R. Somerstein, mark.somerstein@ropesgray.com, nila.williams@rospegray.com

Owen M. Sonik, osonik@pbfcm.com

James E. Sorenson, jsorenson@wggdlaw.com

Martin A. Sosland, martin.sosland@weil.com, lyle.bartram@weil.com,
evonne.mcgee@weil.com

Howard Marc Spector, hspector@spectorjohnson.com, hrogers@spectorjohnson.com

Charles F. Speer, cspeer@speerlawfirm.com

Marvin E. Sprouse, msprouse@jw.com, ccthomas@jw.com, kgradney@jw.com

Jerrell Keith Stanley, kstanley@fairchildlawfirm.com

Catherine L. Steege, esteege@jenner.com, mhinds@jenner.com, mterrien@jenner.com

Larry N. Stopol, lstopol@levystopol.com

Louis R. Strubeck, lstrubeck@fulbright.com

J. Michael Sutherland, msutherland@ccsb.com, bmeade@ccsb.com, amore@ccsb.com,

tmapes@ccsb.com

Robert Szwajkos, rsz@curtinheefner.com

Eric J. Taube, erict@hts-law.com, markt@hts-law.com, sherris@hts-law.com, annmariej@hts-law.com

Clay M. Taylor, clay_taylor@khh.com

Neil Taylor, neiltaylorjr@hotmail.com

Angelo Thalassinos, athalassinos@brownrudnick.com, bcarroll@brownrudnick.com, spohl@brownrudnick.com, jcoffey@brownrudnick.com, eweisfelner@brownrudnick.com, cpinarchick@brownrudnick.com, msgro@brownrudnick.com

Charles S. Trantham, ctrantham@sandtlaw.com

Andrew R. Turner, aturner@cwlaw.com

US. Trustee, ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

Lynnette R. Warman, lwarman@hunton.com

Elizabeth Weller, dallas.bankruptcy@publicans.com

David B. Wheller, davidwheller@mvalaw.com

Bruce H. White, whiteb@gtlaw.com

Nicholas W. Whittenburg, nwhittenburg@millermartin.com

Bryan J. Wick, bryan,wick@wickphillips.com, mary.williams@wickphillips.com

Gregory Michael Wilkes, gwilkes@fulbright.com

Michael Benton Willey, agbanktexas@ag.tn.gov, michael.willey@ag.tn.gov

Teresa Maria Wineland, twineland@williamsanderson.com, arochelle@williamsanderson.com

Sanuel Conrad Wisotzkey, swisotzkey@kmksc.com, kmksc@kmksc.com

Douglas Mathew Wolfe, dwolfe@asmcapital.com

William Chris Wolffarth, cwolffarth@shacklaw.net

William A. (Trey)Wood, trey.wood@bgllp.com, gale.gattis@bgllp.com

David L. Woods, dwoods@mcslaw.com

Stephen A. Youngman, stephen.youhngman@weil.com, martin.sosland@weil.com, lyle.bartram@weil.com, melanie.gray@weil.com, victoria.vron@weil.com, Pfatolahzadeh@weil.com, Mrobin@weil.com, evonne.mcgee@weil.com

Gregory M. Zarin, gzarin@krcl.com, ecf@krcl.com


   /s/ Howard A. Borg
Howard A.  Borg
Assistant United States Attorney