**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| In re<br><br>PILGRIM'S PRIDE CORPORATION, *et. al.,*<br><br>Debtors. | Chapter 11<br><br>Case No: 08-45664 (DML) |

**OBJECTION OF KENNETH PATTERSON AND DENISE M. SMALLS TO DEBTORS'
AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE
BANKRUPTCY CODE**

Kenneth Patterson ("Patterson") and Denise M. Smalls ("Smalls") (together the "ERISA Plaintiffs" or "Objectors"), on behalf of themselves, the participants in the Pilgrim's Pride Retirement Savings Plan and the To-Ricos, Inc. Employee Savings and Retirement Plan (collectively the "Retirement Plans") and the Retirement Plans, file this objection to the Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code filed November 17, 2009 (Docket No. 4035) ("Plan") by Debtors Pilgrim's Pride Corporation *et al.*, ("Debtors" or "Pilgrim's Pride") and would show the Court:

**SUMMARY OF THE OBJECTION**

1. The ERISA Plaintiffs object to the discharge, exculpation, and release terms and provisions of the Plan as being over-broad in their application to the ERISA Plaintiffs, the Retirement Plans, and the participants in the Retirement Plans. Specifically, the ERISA Plaintiffs object to paragraphs 8.6, 10.4, 10.7 and 10.8 of Articles VIII and X of the Plan, and any other provisions of the Plan, to the extent that these provisions attempt to release Non-Debtors from any claims or causes of action against Non-Debtors that the ERISA Plaintiffs have asserted or could assert in the action entitled *In re Pilgrim's Pride Stock Investment Plan ERISA*

*Litig.*, Civil Action: 2:08-cv-472-TJW (the "*Pilgrim's Pride ERISA Action*"). Such overly broad releases for Non-Debtors as those found in the Plan are a blatant attempt by the Debtors to create an escape hatch for Non-Debtors of their obligations where there is none allowed under the law.

2. The ERISA Plaintiffs respectfully propose the following language be added to the Plan and the Order of confirmation to remedy this objection:

> Neither this Plan nor any contract, instrument, release, agreement or document executed or delivered in connection therewith, nor the occurrence of the Effective Date (i) shall release, waive, discharge, contribute, or assign any of the claims or causes of action asserted or that may be asserted against the current non-debtor defendants or potential non-debtor defendants in that certain action styled *In re Pilgrim's Pride Stock Investment Plan ERISA Litig.*, Civil Action: 2:08-cv-472-TJW (the "*Pilgrim's Pride ERISA Action*") and/or (ii) shall permanently or preliminarily enjoin, prohibit or prevent in any way the continuation and/or prosecution of the *Pilgrim's Pride ERISA Action* and the claims and causes of action asserted or that may be asserted therein against the existing non-debtor defendants or potential non-debtor defendants; and all such claims and causes of action, as well as any and all defenses and counterclaims, are hereby expressly preserved.

## BACKGROUND ON THE OBJECTORS' INTERESTS

3. Patterson and Smalls are the named plaintiffs in the consolidated class action *In re Pilgrim's Pride Stock Investment Plan ERISA Litig.*, Civil Action: 2:08-cv-472-TJW ("*Pilgrim's Pride ERISA Action*") currently pending in the Eastern District of Texas which is brought on behalf of themselves, the Retirement Plans sponsored by Pilgrim's Pride and all participants in or beneficiaries of the Retirement Plans whose plan accounts included investments in Pilgrim's Pride stock or units. Plaintiffs have the opportunity, pursuant to court order, to amend their complaint, the time for which has not yet expired. Currently, Plaintiffs allege that during the class period, as defined in the *Pilgrim's Pride ERISA Action*, the Non-Debtor fiduciaries of the Retirement Plans, both named and *de facto*, caused losses to the Retirement Plans and the participants in and of beneficiaries of those plans by offering and investing in Pilgrim's Pride

stock as an investment in the Retirement Plans when it was imprudent to do so and otherwise violated their obligations under the Plan and under ERISA. Ultimately, when the market learned of Pilgrim's Pride's problems, the value of Pilgrim's Pride stock plummeted, causing devastating losses to the Retirement Plans and to the retirement accounts of participants in and beneficiaries of the Retirement Plans which had been invested in Pilgrim's Pride stock.

4. The *Pilgrim's Pride ERISA Action* does not name the Debtors as defendants. The only defendants are Non-Debtors, including Pilgrim's Pride officers, directors and employees as defendants who served as named and *de facto* fiduciaries of the Retirement Plans at issue in the *Pilgrim's Pride ERISA Action*.[1]

5. The Debtors submitted a voluntary petition for bankruptcy on December 1, 2008 and sought to extend the automatic stay to prevent the ERISA Plaintiffs (and the plaintiffs in approximately 100 other lawsuits) from pursuing their claims against the Non-Debtors under §105(a). On March 3, 2009 this Court denied the Debtors' attempt to extend the automatic stay to these Non-Debtors, including to the ERISA Plaintiffs' actions. (Docket No. 1031).

6. On July 20, 2009 the District Court consolidated the ERISA Plaintiffs' two ERISA Actions and appointed plaintiffs Patterson and Smalls as Interim Lead Plaintiffs in the consolidated action. *See* Exhibit A, July 20, 2009 Consolidation Order. The consolidated action, *i.e. Pilgrim's Pride ERISA Action*, is currently stayed to allow the parties to mediate the case. *See* Exhibit B, September 28, 2009 Order Staying Litigation. In the event the parties do not

---

[1] Specifically, the ERISA Plaintiffs each named following Non-Debtor individual and entity defendants in each of their respective original complaints: Lonnie "Bo" Pilgrim, Lonnie Ken Pilgrim, J. Clinton Rivers, Don Jackson, Richard A. Cogdill, Charles L. Black, Linda Chavez, S. Key Coker, Keith W. Hughes, Blake D. Lovette, Vance C. Miller, James G. Vetter, Jr., Donald L. Wass, Renee N. Debar, Robert A. Wright, Jane Brookshire, O.B. Goolsby, Cliff Butler, Pilgrim's Pride Board of Directors, the Pilgrim's Pride Administrative Committee, and the Pilgrim's Pride Pension Committee. The ERISA Plaintiffs expect to name additional Non-Debtor defendants in their consolidated complaint based on the limited discovery that has been conducted since the filing of their original complaints including: Gerry Evenwez, Stacy Evans, Judith Sitton, Evelyn Boyden, Annessa Lewis, Lenore Shields.

resolve the litigation during mediation, the ERISA Plaintiffs intend to file a consolidated complaint, which may name additional Non-Debtor defendants not already named in the ERISA Plaintiffs' initial complaints.

**OBJECTION TO PLAN**

7. The ERISA Plaintiffs object to the discharge, exculpation, and release terms and provisions of the Plan as being over-broad in their application to the ERISA Plaintiffs, the participants in or beneficiaries of the Retirement Plans, and the Retirement Plans. The terms and provisions include without limitation: paragraphs 8.6 (*Indemnification Obligations*), 10.4 (*Injunction or Stay*), 10.7 (*Exculpation*) and 10.8 (*Releases by Holders of Claims and Equity Interests*) (Plan, at 27, 31-33).

8. The ERISA Plaintiffs object to the provisions in paragraphs 8.6, 10.4, 10.7 and 10.8 of Articles VIII and X of the Plan, and any other provisions of the Plan, to the extent that these provisions purport to release, discharge, exculpate or enjoin any claims or causes of action against Non-Debtors. Specifically, paragraphs 8.6 and 10.4 of the Plan propose enjoining any actions against Non-Debtors that would be indemnifiable by the Debtors. Such provisions as written could be construed to limit the ERISA Plaintiffs' ability to recover against Non-Debtors defendants in the *Pilgrim's Pride ERISA Action*. And paragraphs 10.7 and 10.8 improperly propose to cast a wide net that would exculpate and release various Non-Debtors, including current or former directors, officers, employees, affiliates, agents, and other representatives of the Debtors, from a broad swath of liability.

9. The Bankruptcy Code squarely prohibits these types of releases. Bankruptcy Code 524(e) clearly states that "discharge of a debt of the debtor does not affect the liability of any other entity on ... such debt." *In re Pacific Lumber Co.*, 584 F.3d 229, 252 (5th Cir. 2009)

(quoting 11 U.S.C. § 524(e)). As the Fifth Circuit recently reconfirmed, "[i]n a variety of contexts, this court has held that Section 524(e) only releases the debtor, not co-liable third parties." *Id.* (citing *In re Coho Resources, Inc.,* 345 F.3d 338, 342-43 (5th Cir.2003) ("The discharge and injunction, however, are expressly designed to protect only the *debtor,* and do 'not affect the liability of any other entity' for the debt") (citations omitted); *Hall v. Nat'l Gypsum Co.,* 105 F.3d 225, 229 (5th Cir. 1997) (holding that bankruptcy discharge of debtor did not bar a participant's suit against the debtor for benefits sought under the debtor's pension plan where the assets sought would come from the plan itself); *In re Edgeworth,* 993 F.2d 51, 53-54 (5th Cir. 1993) (holding that non-debtor insurer of debtor does not receive benefit of debtor's bankruptcy because "it makes no sense to allow an insurer to escape coverage for injuries caused by its insured merely because the insured receives a bankruptcy discharge." "The 'fresh-start' policy is not intended to provide a method by which an insurer can escape its obligations based simply on the financial misfortunes of the insured.") (citations omitted); *In re Zale Corp.,* 62 F.3d 746, 761 (5th Cir. 1995) (holding that the bankruptcy court exceeded its jurisdictional powers under the Bankruptcy Code because it had entered a permanent injunction that improperly discharged a non-debtor's potential debt).[2] The Fifth Circuit further held that "these cases seem broadly to foreclose non-consensual non-debtor releases and permanent injunctions." *In re Pacific Lumber Co., 589* F.3d at 252.

---

[2] *In re Bernhard Steiner Pianos USA, Inc.*, 292 B.R. 109, 116 (Bankr. N.D. Tex. 2002) (holding that a plan that releases a nondebtor could not be confirmed over creditor objections); *In re B.W. Alpha, Inc.*, 89 B.R. 592, 595 (Bankr. N.D. Tex.1988) (same). Further, in the *In re Zale Corp.*, the Fifth Circuit stated that "[s]ection 524 prohibits the discharge of debts of nondebtors." 62 F.3d at 760; *see also In re Boston Harbor Marina Co.*, 157 B.R. 726, 729-31 (Bankr. D. Mass.1993); *In re Texaco, Inc.*, 84 B.R. 893, 900 (Bankr. S.D.N.Y. 1988); *In re Arrowmill Dev. Corp.*, 211 B.R. 497, 500, 504-06 (Bankr. D.N.J. 1997).

**Objection of Kenneth Patterson
And Denise Smalls to Plan**   5

10. In light of the foregoing, the provisions in paragraphs 8.6, 10.4, 10.7 and 10.8 should be rejected to the extent that they attempt to release or discharge the debts of any Non-Debtors.

11. The ERISA Plaintiffs respectfully propose the following language be added to the Plan and the Order of confirmation to remedy this objection:

> Neither this Plan nor any contract, instrument, release, agreement or document executed or delivered in connection therewith, nor the occurrence of the Effective Date (i) shall release, waive, discharge, contribute, exculpate, or assign any of the claims or causes of action asserted or that may be asserted against the current non-debtor defendants or potential non-debtor defendants in that certain action styled *In re Pilgrim's Pride Stock Investment Plan ERISA Litig.*, Civil Action: 2:08-cv-472-TJW (the "*Pilgrim's Pride ERISA Action*") and/or (ii) shall permanently or preliminarily enjoin, prohibit or prevent in any way the continuation and/or prosecution of the *Pilgrim's Pride ERISA Action* and the claims and causes of action asserted or that may be asserted therein against the existing non-debtor defendants or potential non-debtor defendants; and all such claims and causes of action, as well as any and all defenses and counterclaims, are hereby expressly preserved.

## CONCLUSION

12. The ERISA Plaintiffs object to the Plan to the extent that it would release any Non-Debtors from liability asserted or that could be asserted in the *Pilgrim's Pride ERISA Action*.

WHEREFORE, The ERISA Plaintiffs respectfully request that this Court deny confirmation of the Plan as currently written or, alternatively condition confirmation of the Plan on the language suggested here by the ERISA Plaintiffs or similar language that the Court deems proper.

Dated: December 1, 2009          SQUITIERI & FEARON, LLP

By: /s/Stephen J. Fearon, Jr.
    Stephen J. Fearon, Jr.
32 East 57th Street, 12th Floor
New York, New York 10022
Tel: (212) 421-6492
Fax: (212) 421-6553
Email: Stephen@sfclasslaw.com


GAINEY & McKENNA

By: /s/Thomas J. McKenna
    Thomas J. McKenna
295 Madison Avenue, 4th Floor
New York, New York 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmlaw2001@yahoo.com
       tjmckenna@gaineyandmckenna.com

**Interim Co-lead Counsel to the ERISA Plaintiffs**

THE JOHNSON LAW FIRM
James L. Johnson
6500 Greenville Avenue
Suite 345
Dallas, TX 75206

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the **Objection Of Kenneth Patterson And Denise M. Smalls To Debtors' Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code and Exhibits** attached thereto were served either by Electronic means to those parties listed on CM/ECF system or by regular mail on all parties listed below and on the attached list, this 1st day of December, 2009.

/s/ STEPHEN J. FEARON, JR.

VIA Regular Mail

| | |
|---|---|
| Debtors<br>Pilgrim's Pride Corporation<br>4845 US HWY 271 N.<br>Pittsburg, Texas 75686<br>Attn: Rachel Hatch | Andrews Kurth, LLP<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Paul N. Silverstein, Esq., Jonathan I. Levine, Esq. |
| Attorneys for Debtors<br>Stephen A. Youngman<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Victoria Vron, Esq. | Attorneys for The Committee Of Equity Security Holders Of PPC:<br>Brown Rudnick, LLP<br>One Financial Center<br>Boston, Massachusetts 0211<br>Attn: Jeremy B. Coffey, Esq. |
| Attorney For The Committee Of Unsecured Creditors<br>Andrews Kurth LLP<br>1717 Main Street<br>Suite 3700<br>Dallas, Texas 75201<br>Attn: Jason S. Brookner, Esq. | |

VIA CM/ECF

Ann E. Acker, Acker@chapman.com
Hirtzan Joseph Acosta, avillanueva@lrmlaw.com
David George Aelvoet, sanantonio.bankruptcy@publicans.com
David C. Aisenberg, daisenberg@lcra.com
Bruce W. Akerly, brucea@bellnunnally.com, ecffiling@bellnunnally,com, heatherj@bellnunnally,com
James Edward Albertelli, simone@albertellilaw.com, bkr@albertellilaw.com
David A. Alexander, david.alexander@dlapiper.com, jeff.goldfarb@dlapiper.com
Mark C. Alfieri, mark.alfieri@hsblaw.com, wanda.nelson@hsblaw.com
David B. Anderson, dbanderson@davidbandersonlaw.com, mdawson@davidbandersonlaw.com, nblack@davidbandersonlaw.com, afitchett@davidbandersonlaw.com
Mark Edward Andrews, mandrew@coxsmith.com, gmyers@coxsmith.com, dandreacchi@coxsmith.com
Zachery Z. Annabel, zannabel@coxsmith.com, mandrews@coxsmith.com
Keith Miles Aurzada, keith.aurzada@bryancave.com, lupe.rojas@bryancave.com, matt.pearce@bryancave.com, bryce.suzuki@bryancave.com
Patrick H. Autry, pautry@texastriallaw.com, waspcreek@gmail.com
Clayton E. Bailey, clayton.e.bailey@bankernet.com, karen.j.wagner@bankernet.com, wendi.j.wheeler@bankernet.com, jeannine.aiton@bankernet.com
Elizabeth Banda, ecobb@pbfcm.com; ebanda@pbfcm.com
David M. Banker, dbanker@lowenstein.com, bnathan@lowenstein.com, jprol@lowenstein.com, slevine@lowenstein.com, wjung@lowenstein.com,
George H. Barber, ecf@krcl.com, gbarber@krcl.com
Molly W. Bartholow, BBECF@bbbankruptcy.com; joe@bbbankruptcy.com, molly@bbbankruptcy.com
Tab Beall, tbeall@pbfcm.com, tylbkc@pbfcm.com
Kristi Belt, kbelt@shb.com, scooksey@shb.com
David M. Bennett, david.bennett@tklaw.com, bankruptcy@tklaw.com
Wanda Borges, borgeslawfirm@aol.com
Robert J. Bothe, rbothe@mcgrathnorth.com, dmcmanis@mcgrathnorth.com
Jason Neal Bramlett, jbramlett@fec.net
Michael V. Brodarick, mbrodarick@lloydmc.com
Mark Brodeur, brodrein@aol.com
Mark Brodeur, brodeurlaw@aol.com
Jason S. Brookner, jbrookner@akllp.com, susanholley@andrewskurth.com, domenicarowe@andrewskruth.com, jennifertrousdale@akllp.com
Courtney Brown, cbb@burglaw.com
Shawn Kevin Brown, sbrown@wgblawfirm.com
Mark Browning, bk-mbrowning@oag.state.tx.us
William Steven Bryant, hobankecf@lockelord.com
Mark A. Bukaty, bukatyatty@aol.com
Karl Burrer, karl.burrer@haynesboone.com
Stephen Paul Bussman, sbussman@payne.twcbc.com

**Objection of Kenneth Patterson**         9
**And Denise Smalls to Plan**

Henry A. Callaway, hcallaway@handarendall.com, npayne@handarendall.com
David L. Campbell, dcampbell@mspc.com, blbarnes@mspc.com, klittlejohn@mspc.com
George B. Cauthen, george.cauthen@nelsonmullins.com, jody.bedenbaugh@nelsonmullins.com, mary.wilkinson@nelsonmullins.com, brook.wright@nelsonmullins.com
Sonia A. Chae, chaes@sec.gov
Lawrence Check, lcheck@hunton.com
Tiffany Strelow Cobb, tscobb@vorys.com, edfricke@vorys.com
Charles M. Cobbe, ccobbe@shfirm.com, csmith@chfirm.com, chps.ecfnotices@gmail.com
Perry J. Cockerell, pcockerell@canteyhanger.com, kmchenzie@cantehanger.com
Roberta A. Colton, rcolton@trenam.com
Sidney L. Cottingham, scottingham@windstream.net
James Grady Curenton, jim_jcl@bellsourth.net
Stephanie Diane Curtis, scurtis@curtislaw.net
Sarah Brooke Davis, sdavis@bmpllp.com; bskandier@bmpllp.com
Scott Mark DeWolf, sdewolf@romclawyers.com, wohl@romclawyers.com, doler@romclawyers.com
Andrew J. Decker, decklaw@windstream.net, andrewjdecker@windstream.net
Debra Rose Deitsch-Perez, ddp@lhlaw.net, cdm@lhlaw.net, jid@lhlaw.net, rep@lhlaw.net
Sanford Ross Denison, denison@baabdenison.com, denison.ecf.filings@baabdension.com
John P. Dillman, houston_bankruptcy@publicians.com
Tammy R. Dodson, tdodson@speerlawfirm.com
Daniel D. Doyle, ddoyle@spencerfane.com, kreitz@spencerfane.com; ssidebottom@spencerfane.com Bradley L. Drell, bdrell@goldweems.com
Andrea L. Ducayet, ducayet@sbep-law.com
Jay H. Dushkin, jay@jaydushkin.com
Michael L. Edwards, mleclo@belsouth.net
Dulan D. Elder, delder@richards-elder.com
David Elerbe, dellerbe@neliganlaw.com
Bryan L. Elwood, elwoodb@gtlaw.com
Andrew F. Emerson, aemerson@pamlaw.com
Scott W. Everett, scott.everett@haynesboone.com, kim.morzak@haynesboone.com
Mark Stuart Finkelstein, mfinkelstein@smfs.com, sgrimm@smfs.com
Steven B. Flancher, flanchers@michigan.gov
J. Robert Forshey, jrf@forsheyprostock.com, lvarner@forsheyprostock.com, calendar@forsheyprostock.com, lbreedlove@forsheyprostock.com
Joseph D. Frank, jfrank@fgllp.com, ccarpenter@fgllp.com, rheiligman@fgllp.com
Robert P. Franke, robert.franke@strasburger.com
Kenneth O. Fritz, fritz_ken@mail.chattanogga.gov
Susan R. Fuertes, bnkatty@adline.k12.tx.us
Henry Clay Fulcher, clayfulcher@wyoming.com
Jospheine Garrett, filing@jgarrettlaw.com

Amanda M. Gibbs, agibbs@reinhartlaw.com, lberg@reinhartlaw.com Hal Keith Gillespie,
hkg@grwlawfirm.com, josephgillespie@grwlawfirm.com,
drichard@@grwlawfirm.com, djury@usw.org; tciantra@cwsny.com
Matthew Gold, courts@argopartners.net
Ronald Eric Gold, rgold@fbtlaw.com, kgrubbs@fbtlaw.com
Stephen A. Goodwin, sgoodwin@ccsb.com
Richard G. Grant, rgrant@robertsandgrant.com
James H. Greer, jgreer@keygreer.com, honiejo@keygreer.com
John T. Gregg, jgregg@btlaw.com
Michael S. Haynes, mhaynes@gardere.com, koliver@gardere.com
Melissa S. Hayward, Mhayward@FSLHlaw.com, mholmes@fslhlaw.com
Marcus Alan Helt, mhelt@gardere.com
Charles Brackett Hendricks, chuckh@chfirm.com, chps.ecfnotices@gmail.com
Susan B. Hersh, susan@susanbhershp.com, she261@airmail.net,
assistant@susanbhershpc.com
Jessica L. Hickford, jhickford@tx.vwluck.com, jessica.l.hickford@gmail.com
Ted W. Hight, thigh@tokn.com
Robert L. Holladay, robert.holladay@youngwilliams.com
William S. Hommell, bhommel@hommelfirm.com, smiller@hommelfirm.com,
smclaughlin@homelfirm.com
S. Ault Hootsell, hootsela@phelps.com, crombiet@phelps.com
Jonathan L. Howell, jhowell@munsch.com
Weiting Hsu, whsu@winstead.com
Clifton R. Jessup, jessupc@gtlaw.com Heather H. Jobe, heatherj@bellnunnally.com,
bruccea@bellnunnally.com,
ecffiling@bellnunnally.com
John Robert Jones, jjones@bickerstaff.com, jrjoneslaw@aol.com
Robert J. Jud, rjjud@jonesday.com
Alan Harry Katz, alan.katz@alum.mit.edu
Jason Michael Katz, jkatz@hhdulaw.com
Aaron Michael Kaufman, akaufman@coxsmith.com, aseifert@coxsmith.com
Edwin Paul Keiffer, pkeiffer@wgblawfirm.com
Karen Lynn Kellett, kkellett@kellettlaw.com, igotnotices@kellettlaw.com
Charles Stephen Kelley, ckelley@mayerbrownrowe.com,
sswihart@mayerbrownrowe.com, hsmelley@mayerbrownrowe.com
Brian A. Kilmer, bkilmer@oakllp.com
William B kingman, bkingman@kingmanlaw.com, mavilla@kingmanlaw.com
Robert Klyman, robert.klyman@lw.com, kathryn.bowman@lw.com
Bradley Clay Knapp, bknapp@lockelord.com, tle@lockelord.com
Peter Gray Kumpe, pkumpe@williamsanderson.com, jarmour@williamsanderson.com
Darryl S. Laddin, bkrfilings@agg.com
Phillip L. Lamberson, plamberson@winstead.com
Lisa Laura Lambert. Lisa.l.lambert@usdoj.gov
Rick L. Lambert, rlambert@cwlaw.net, abranch@cwlaw.net, smerani@cwlaw.net
Keith A. Langley, klandley@lwhllp.com, tbarrera@lwhllp.com
Lynda L. Lankford, llandford@forsheyprostok.com, cbennett@forsheyprostok.com,

**Objection of Kenneth Patterson**  11
**And Denise Smalls to Plan**

lbreedlove@forsheyprostok.com; calendar@forsheyprostok.com Charles E. Lauffer, crystal@rllawfirm.net
Ernest A. Laun, elaw@airmail.net
Jonathan Irvin Levine, jlevine@akllp.com
I. Richard Levy, levy@irlevylaw.com, irlevylaw@sbcglobal.net
Eric A. Liepins, eric@ealpc.com, martha@ealpc.com
Lloys A. Lim, llim@winstead.com
Julie Ann Linares, jlinares@linareslawfirm.com
James Greer Lingle, kim@linglelaw.com, julia@linglelaw.com
Kevin M. Kipman, klipman@munsch.com
Gregory A. Lowry, glowry@lockelord.com
Donald K. Ludman, dludman@brownconnery.com
John W. Luster, luster_j@bellsouth.net
Mark MacDonald, mark@macdonaldlaw.com, ecf@macdonaldlaw.com, memacdonald2@aol.com
Meri C. Maguire, mmaguire@smfs.com, merichang@gmail.com
John A. Majors, jam@morganandpottinger.com, acarey@morganandpottinger.com
Beverly Weiss Manne, bmanne@tuckerlaw.com, Bewmanne@aol.com
Joe. E. Marshall, jmarshall@munsch.com
Joshua Pain Martin, josh.martin@alston.com, chelsea.smith@alston.com
Richard M. Maseles, ndtx@dor.mo.gov
Lyndel Anne Mason, lmason@chfirm.com, chps.ecfnotice@gmail.com Kelle K. Masters, kmasters@gdhm.com, jhoeffner@gdhm.com, fmoonroe@gdhm.com
Timothy Dwayne Matheny, tdmatheny@fordnassen.com
Daniel P. Mazo, dpm@curtinheefner.com, rsz@curtinheefner.com
John Michael McBride, enotices@mcbridelgal.com, creeves@mcbridelegal.com
Michael A. McConnel, michael.mcconnell@khh.com
James Brian McTigue, bmctigue@mctiguelaw.com, dbond@mctiguelaw.com
Julio E. Mendoza, rmendoza@nexsenpruet.com
Robert Milbank, rob@milbanklaw.com
Kathleen M. Miller, kmiller@skfdelaware.com
Russell W. Mills, rmills@hhdulaw.com, dpehnert@hhdulaw.com, jkratz@hhdulaw.com, jvaughn@hhdulaw.com
Robert Kenneth Minkoff, rminkoff@jefferies.com
Monarch Alternative Capital, LP, roger.schmitz@monarchlp.com
Jesse T. Moore, wmoore@scmlaw.net
Daniel I. Morenoff, dan.morenoff@klgates.com
Christopher J. Moser, cmoser@qsclpc.com
Jeffrey T. Myers, jmyrsslcaw@aol.com, hmelaw@aol.com
R. Joseph Naus, rjnaus@wwmlaw.com, gbrown@wwmlaw.com
St. Clair Newbern, filling@newbernlawoffice.com, autonotices@newbernlawoffice.com
Neil J. Orleans, neilo@gucl.com
Christopher Joshua Osborne, josh.osborne@khh.com T. Lawrence Palmer, lpalmer@attorneygeneral.gov, agrice@attorneygeneral.gov
Heather J. Panko, panko@sbep-law.com
David William Parham, david.w.parham@bakernet.com

**Objection of Kenneth Patterson**     12
**And Denise Smalls to Plan**

Bradley J. Patten, bpatten@sgwmfirm.com
Ian T. Peck, ian.peck@haynesboone.com, dian.gwinnup@haynesboone.com, kim.morzak@haynesboone.com
John David Penn, john.penn@haynesboone.com, whiteca@haynesboone.com
Marc S. Pfeuffer, pfeuffer.marc@pbgc.gov, efile@pbgc.gov
Brandon Scott Pierce, spierce@belaw.com, ktuck@belaw.com, perduebkbackup@yahoo.com
Dana S. Plon, dplon@sirlinlaw.com
Joseph F. Postnikoff, jpostnikoff@gpalaw.com, bknotices@gpalaw.com
Jeff P. Prostok, jpp@forsheyprostok.com, lbreedlove@forsheyprostok.com, calendar@fosheyprostok.com, mmaben@forsheyprostok.com
Nancy B. Rapoport, nancy.rapoport@unlv.edu
Eric T. Ray, eray@balch.com
Thomas Eason Ray, tray@raylegal.com, brooke@samplelaw.com
Peter Michael Reed, dgibson@mvbalaw.com, sragsdale@mvbalaw.com, kmorriss@mvbalaw.com
Cynthia Johnson Ereko, cjrerko@swbell.net. Rerko2@swbell.net
Nancy Ribaudo, nancy.ribaudo@khh.com, kathryn.moore@khh.com
Robert G. Richardson, rrichardson@jw.com, vnelson@jw.com, tsalter@jw.com
Jerrod Lee Rinehart, pacer@livepad.com Scott A. Ritcheson, andrea@rllawfirm.net, scottr@rllawfirm.net, mistyb@rllawfirm.net
Richard McCoy Roberson, rroberson@gardere.com
Kimberly Joan Robinson, kim.robinson@bfkn.com
Michael R. Rochelle, doler@romclawyers.com, buzz.rochelle@romclawyers.com
Orlando Rodriguez, mss@schulaw.com
Clarke Viron Rogers, crogers@forsheyprostok.com, cbennett@forsheyprostok.com, calendar@forsheyprostok.com
Edward L. Rothberg, erothberg@wkpz.com
Michael David Rubenstein, mdrubenstein@liskow.com, fhernandez@liskow.com
David S. Rubin, drubin@kswb.com
Davor Rukavina, drukavina@munsch.com
Diane W. Sanders, austin.bankruptcy@publicans.com
Sallie Jones Sanders, sanderss@ag.state.la.us
Sidney H. Scheinberg, sid@gpm-law.com, sidscheinberg@sbcglobal.net, swu@gpmlaw.com, Sid-Temp3@gpmlaw.com, Sid-Temp4@gpm-law.com
Erin Marie Schmidt, ustpregion06.ecf@usdoj.gov, erin.schmidt2@usdoj.gov
Elliot D. Schuler, elliot.d.schuler@bankernet.com
Sarah A. Schultz, sschultz@akingump.com
Jason R. Searcy, jrspc@jrsearcylaw.com, jsearcy@jrsearcylaw.com
Misty Ann Segura, misty@k-hpc.com, swhtrey@aol.com, ktempone@k-hpc.com
Paige N. Shelton, pshelton@cwlaw.com
Daniel J. Sherman, corky@syllp.com
Joseph E. Shickich, jshickich@riddlewilliams.com
William L. Siegel, silvashrus@gmail.com
Tammy E. Eilvas, silvasrush@gmail.com
John C. Sims, skhandw@nts-online.net, tonideleon26@yahoo.com

**Objection of Kenneth Patterson**　　　13
**And Denise Smalls to Plan**

Claude D. Smith, csmith@chfirm.com, ccobbe@chfirm.com, chps.ecfnotices@gmailcom
James Edwin Smith, jes2esq@frontiernet.com
Kristofor D. Sodergren, ksodergren@rosenhardwood.com
Shuman Sohrn, ssohrn@seyfarth.com
Mark R. Somerstein, mark.somerstein@ropesgray.com, nila.williams@rospegray.com
Owen M. Sonik, osonik@pbfcm.com
James E. Sorenson, jsorenson@wggdlaw.com
Martin A. Sosland, martin.sosland@weil.com, lyle.bartram@weil.com, evonne.mcgee@weil.com
Howard Marc Spector, hspector@spectorjohnson.com, hrogers@spectorjohnson.com
Charles F. Speer, cspeer@speerlawfirm.com
Marvin E. Sprouse, msprouse@jw.com, ccthomas@jw.com, kgradney@jw.com
Jerrell Keith Stanley, kstanley@fairchildlawfirm.com
Catherine L. Steege, esteege@jenner.com, mhinds@jenner.com, mterrien@jenner.com
Larry N. Stopol, lstopol@levystopol.com
Louis R. Strubeck, lstrubeck@fulbright.com
J. Michael Sutherland, msutherland@ccsb.com, bmeade@ccsb.com, amore@ccsb.com, tmapes@ccsb.com
Robert Szwajkos, rsz@curtinheefner.com
Eric J. Taube, erict@hts-law.com, markt@hts-law.com, sherris@hts-law.com, annmariej@hts-law.com
Clay M. Taylor, clay_taylor@khh.com
Neil Taylor, neiltaylorjr@hotmail.com
Angelo Thalassinos, athalassinos@brownrudnick.com, bcarroll@brownrudnick.com, spohl@brownrudnick.com, jcoffey@brownrudnick.com, eweisfelner@brownrudnick.com, cpinarchick@brownrudnick.com, msgro@brownrudnick.com
Charles S. Trantham, ctrantham@sandtlaw.com
Andrew R. Turner, aturner@cwlaw.com
US. Trustee, ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov
Lynnette R. Warman, lwarman@hunton.com
Elizabeth Weller, dallas.bankruptcy@publicans.com
David B. Wheller, davidwheller@mvalaw.com
Bruce H. White, whiteb@gtlaw.com
Nicholas W. Whittenburg, nwhittenburg@millermartin.com
Bryan J. Wick, bryan,wick@wickphillips.com, mary.williams@wickphillips.com
Gregory Michael Wilkes, gwilkes@fulbright.com
Michael Benton Willey, agbanktexas@ag.tn.gov, michael.willey@ag.tn.gov
Teresa Maria Wineland, twineland@williamsanderson.com, arochelle@williamsanderson.com
Sanuel Conrad Wisotzkey, swisotzkey@kmksc.com, kmksc@kmksc.com Douglas Mathew Wolfe, dwolfe@asmcapital.com
William Chris Wolffarth, cwolffarth@shacklaw.net
William A. (Trey)Wood, trey.wood@bgllp.com, gale.gattis@bgllp.com
David L. Woods, dwoods@mcslaw.com
Stephen A. Youngman, stephen.youhngman@weil.com, martin.sosland@weil.com, lyle.bartram@weil.com, melanie.gray@weil.com, victoria.vron@weil.com,

**Objection of Kenneth Patterson**     14
**And Denise Smalls to Plan**

Pfatolahzadeh@weil.com, Mrobin@weil.com, evonne.mcgee@weil.com
Gregory M. Zarin, gzarin@krcl.com, ecf@krcl.com